**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF IDAHO

Case number *(if known)* _____    Chapter    **11**

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    **4/19**

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).
For more information, a separate document,** *Instructions for Bankruptcy Forms for Non-Individuals,* **is available.**

| | | | |
|---|---|---|---|
| 1. | **Debtor's name** | **RYAN HINTON INC.** | |

| | | |
|---|---|---|
| 2. | **All other names debtor used in the last 8 years** <br><br> Include any assumed names, trade names and *doing business as* names | |

| | | |
|---|---|---|
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **20-4033265** |

4. **Debtor's address**

| **Principal place of business** | **Mailing address, if different from principal place of business** |
|---|---|
| **651 Blue Lakes Blvd. N.** <br> **Twin Falls, ID 83301** <br> Number, Street, City, State & ZIP Code | **PO Box 5985** <br> **Twin Falls, ID 83301** <br> P.O. Box, Number, Street, City, State & ZIP Code |
| **Twin Falls** <br> County | **Location of principal assets, if different from principal place of business** <br> **290 Highway 30 Twin Falls, ID 83301** <br> Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL)    **https://ryanhintoninc.com/**

6. **Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor    **RYAN HINTON INC.**                                                          Case number (*if known*) _____
              Name

**7.** **Describe debtor's business**    A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.
      __4121__

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**    *Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply*:

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625 (amount subject to adjustment on 4/01/22 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**    ■ No.

☐ Yes.

If more than 2 cases, attach a separate list.

| District _____ | When _____ | Case number _____ |
|---|---|---|
| District _____ | When _____ | Case number _____ |

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**    ■ No

☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor _____ | | Relationship _____ |
|---|---|---|
| District _____ | When _____ | Case number, if known _____ |

Debtor    **RYAN HINTON INC.**                                                    Case number (*if known*) _____
　　　　　　Name

---

**11. Why is the case filed in this district?**    *Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

　　What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
　　　　　　　　　　　　Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

　　　　Contact name _____

　　　　Phone _____

---

**■ Statistical and administrative information**

**13. Debtor's estimation of available funds**    *Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ■ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

---

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

Debtor    **RYAN HINTON INC.**                                    Case number (*if known*) _____
_____Name_____

███    **Request for Relief, Declaration, and Signatures**

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature
of authorized
representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **May 20, 2019**
_____
MM / DD / YYYY

*X* **/s/ Robert Ryan Hinton**                              **Robert Ryan Hinton**
_____                    _____
Signature of authorized representative of debtor          Printed name

Title    **Owner**
_____

**18. Signature of attorney**    *X* **/s/ Chad R. Moody**                    Date    **May 20, 2019**
_____                    _____
Signature of attorney for debtor                        MM / DD / YYYY

**Chad R. Moody**
_____
Printed name

**ANGSTMAN JOHNSON**
_____
Firm name

**199 N. Capitol Blvd, Ste 200
BOISE, ID 83702**
_____
Number, Street, City, State & ZIP Code

Contact phone    **208-384-8588**        Email address    **info@angstman.com**
_____                            _____

**9946 ID**
_____
Bar number and State

**RYAN HINTON, INC.**

May 17, 2019

**Resolution authorizing filing of Chapter 11 Bankruptcy**

WHEREAS, the undersigned officer and sole shareholder of Ryan Hinton, Inc. (the "Company"), having complied with all operable provisions of the Company Bylaws; and

WHEREAS, the undersigned having received and reviewed reports furnished to him/them concerning the financial condition of the Company; and

WHEREAS, it appearing in the business judgment of the undersigned that the Company should be rehabilitated and reorganized under the supervision of the U.S. Bankruptcy Court, it is hereby

RESOLVED, that the Company initiate a case under Chapter 11 of the Bankruptcy Code; and it is further

RESOLVED, that Ryan Hinton is authorized and directed to prepare or cause to be prepared all documents, petitions, pleadings and other instruments necessary, or in the sole discretion of Ryan Hinton appropriate, to cause the initiation and prosecution of a case under the Bankruptcy Code; and it is further

RESOLVED, that Ryan Hinton is authorized and directed to employ and retain J. Justin May and Chad Moody, attorneys at law, of ANGSTMAN JOHNSON, to represent the Company in its case under the Bankruptcy Code upon such retainer and compensation agreement as may seem in the sole discretion of Ryan Hinton to be appropriate.

DATED this 20th day of May, 2019.

Ryan Hinton, President/Shareholder

**Fill in this information to identify the case:**

Debtor name **RYAN HINTON INC.**

United States Bankruptcy Court for the: DISTRICT OF IDAHO

Case number (if known) _____

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **May 20, 2019**      X */s/ Robert Ryan Hinton*
_____                    _____
                                                Signature of individual signing on behalf of debtor

                                                **Robert Ryan Hinton**
                                                _____
                                                Printed name

                                                **Owner**
                                                _____
                                                Position or relationship to debtor

Official Form 202                    **Declaration Under Penalty of Perjury for Non-Individual Debtors**

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **RYAN HINTON INC.** |
| United States Bankruptcy Court for the: | **DISTRICT OF IDAHO** |
| Case number (if known): | |

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **B & B HAY 158 CYPRESS WAY TWIN FALLS, ID 83301** | | **Alfalfa Contract** | **Unliquidated Disputed** | | | $329,909.25 |
| **BAILEY FARMS INTERNATIONAL PO BOX 694 EPHRAIM, UT 84627** | | **Vendor** | **Unliquidated Disputed Subject to Setoff** | | | $532,830.65 |
| **DENNEY & COMPANY, CHTD. 1096 N EASTLAND DRIVE SUITE 200 TWIN FALLS, ID 83301** | | **Vendor** | **Disputed** | | | $92,842.74 |
| **DRY CREEK FARMS 78 DRY CREEK ROAD CAREY, ID 83320** | | **Hay** | | | | $37,323.25 |
| **INTERNAL REVENUE SERVICE PO BOX 7346 PHILADELPHIA, PA 19101-7346** | | **Payroll Taxes** | | | | $169,028.61 |
| **JACK VERBREE DAIRIES 1574 E 2900 S WENDELL, ID 83355** | | **Hay** | | | | $42,507.92 |
| **JACKSON GROUP PACLEASE PO BOX 27634 SALT LAKE CITY, UT 84127** | | **Vendor** | | | | $32,629.32 |
| **JIM CENARRUSA PO BOX 65 CAREY, ID 83320** | | **Vendor  (Current work to be applied to past debt)** | **Disputed** | | | $61,398.40 |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | **RYAN HINTON INC.** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **KABBAGE, INC.** **925B PEACHTREE STREET NE SUITE 1688 ATLANTA, GA 30309** | | **Loan** | **Disputed** | | | $37,333.28 |
| **LES SCHWAB** **421 BLUE LAKES BLVD N. TWIN FALLS, ID 83301** | | **Vendor** | | | | $28,098.63 |
| **NATIONAL FUNDING 9820 TOWNE CENTRE DRIVE SAN DIEGO, CA 92121** | | **Loan** | **Disputed Subject to Setoff** | | | $239,357.15 |
| **NEDROW BROTHERS** **1401 N 3125 E ASHTON, ID 83420** | | **Vendor** | | | | $30,913.90 |
| **PALI FARM LLC** **8235 NORTH 4600 WEST ELWOOD, UT 84337** | | **Vendor** | **Disputed** | | | $46,441.05 |
| **PASCO FARMING INC.** **590 WEST 900 NORTH PAUL, ID 83347** | | **Vendor** | **Disputed** | | | $327,105.25 |
| **PHIL YOST** **1780 RICH ROAD GRACE, ID 83241** | | **Vendor** | | | | $46,425.55 |
| **SIMPSON BROTHERS** **BOX 208 CAREY, ID 83320** | | **Vendor** | | | | $29,431.80 |
| **SUNRISE FOODS INTERNATIONAL** **306 QUEEN STREET #200 SASKATOON, SK** | | **Vendor** | **Disputed** | | | $429,222.76 |
| **TRAIL RANCHES INC.** **5308 E TRAIL ROAD KING HILL, ID 83633** | | **Vendor** | **Disputed** | | | $61,866.70 |
| **US DEPT OF TRANSPORTATION GOLDEN HILLS OFFICE CENTRE 12600 W COLFAX AVE STE B-300 LAKEWOOD, CO 80215** | | **Civil Penalty** | | | | $31,400.00 |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor   **RYAN HINTON INC.**                                   Case number *(if known)*
         Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| --- | --- | --- | --- | --- | --- | --- |
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **WCF INSURANCE 100 W TOWNE RIDGE PKWY SANDY, UT 84070** | | **Workers Compensation Insurance** | **Disputed** | | | **$38,032.34** |

Official form 204     Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims     page 3

**Fill in this information to identify the case:**

Debtor name   **RYAN HINTON INC.**

United States Bankruptcy Court for the:   DISTRICT OF IDAHO

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals

**12/15**

| Part 1: | Summary of Assets |
|---|---|

1. **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*...................................................................................... $    **0.00**

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*.................................................................................. $    **4,417,715.73**

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*.................................................................................... $    **4,417,715.73**

| Part 2: | Summary of Liabilities |
|---|---|

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................................... $    **2,852,353.52**

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*........................................................... $    **195,873.64**

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*................................................ +$    **2,773,530.76**

4. **Total liabilities** ...................................................................................................
Lines 2 + 3a + 3b    $    **5,821,757.92**

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Fill in this information to identify the case: |
| --- |

Debtor name    **RYAN HINTON INC.**

United States Bankruptcy Court for the:    DISTRICT OF IDAHO

Case number (if known)    _____

☐ Check if this is an
amended filing

## Official Form 206A/B

# Schedule A/B: Assets - Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest.
Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties
which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts
or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write
the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an
additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset
schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the
debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:**    **Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
☑ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
| --- | --- | --- | --- |
| 3. | **Checking, savings, money market, or financial brokerage accounts** *(Identify all)* | | |
| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| 3.1. | **Mountain America** | **Savings** | 1076 | $500.19 |
| 3.2. | **Mountain America** | **Checking** | 1076 | $6,423.51 |
| 3.3. | **First Federal** | **Checking** | 2476 | $1,572.22 |
| 3.4. | **DL Evans- Checking** | **Checking Acct** | | $94.50 |
| 3.5. | **DL Evans- Custodial** | **Checking Acct** | | $73.90 |

4.    **Other cash equivalents** *(Identify all)*

5.    **Total of Part 1.**                    $8,664.32
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

**Part 2:**    **Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

Debtor   **RYAN HINTON INC.**                                      Case number *(If known)* _____
_____
Name

☐ No.  Go to Part 3.
■ Yes Fill in the information below.

7.      **Deposits, including security deposits and utility deposits**
        Description, including name of holder of deposit

        7.1.   **Pressure Washer Lease with Lease Consultants Corporation** _____      $368.54

8.      **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
        Description, including name of holder of prepayment

        8.1.   **Tech Strategies, Inc. for computer services.** _____      $186.76

9.      **Total of Part 2.**                                              | $555.30 |
        Add lines 7 through 8. Copy the total to line 81.

**Part 3:**   **Accounts receivable**

10. **Does the debtor have any accounts receivable?**

    ☐ No.  Go to Part 4.
    ■ Yes Fill in the information below.

11.     **Accounts receivable**

        11a. 90 days old or less:      **106,282.51**   -        **0.00**  = ....      $106,282.51
                                       _____              _____
                                       face amount              doubtful or uncollectible accounts

12.     **Total of Part 3.**                                             | $106,282.51 |
        Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

**Part 4:**   **Investments**

13. **Does the debtor own any investments?**

    ■ No.  Go to Part 5.
    ☐ Yes Fill in the information below.

**Part 5:**   **Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

    ■ No.  Go to Part 6.
    ☐ Yes Fill in the information below.

**Part 6:**   **Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

    ■ No.  Go to Part 7.
    ☐ Yes Fill in the information below.

**Part 7:**   **Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

| Debtor | **RYAN HINTON INC.** | | Case number *(If known)* | |
|--------|----------------------|--|--------------------------|--|
| | Name | | | |

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---------------------|------------------------------------------------------|------------------------------------------|-------------------------------------|
| 39.  **Office furniture**<br>**(7) Desks**<br>**(8) 4 drawer metal file cabinets**<br>**(2) 2 drawer metal file cabinets**<br>**(3) Lateral file cabinets**<br>**(12) Executive chairs**<br>**(9) Conference chairs**<br>**(1) Conference table** | **$0.00** | **Comparable sale** | **$4,000.00** |
| 40.  **Office fixtures** | | | |
| 41.  **Office equipment, including all computer equipment and communication systems equipment and software**<br>**(10) Computers**<br>**(16) Monitors**<br>**(11) Keyboard**<br>**(2) Monitor Stands**<br>**(4) Sets of Speakers**<br>**(12) Mouse**<br>**(2) Scan Snaps**<br>**(1) Network Computer**<br>**(6) HP Printers**<br>**(3) Brothers Printers**<br>**(11) Telephones**<br>**Misc. Phone Headsets**<br>**(1) Big Screen TV**<br>**(2) Shredders**<br>**(1) Shop Time Clock**<br>**(1) Diagnostic Laptop**<br>**Tablets for Drivers** | **$0.00** | **Comparable sale** | **$18,500.00** |

42.  **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43.  **Total of Part 7.**

Add lines 39 through 42.  Copy the total to line 86.

| | $22,500.00 |
|--|-----------|

44.  **Is a depreciation schedule available for any of the property listed in Part 7?**
☐ No
■ Yes

45.  **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 8:**    **Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
■ Yes Fill in the information below.

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | **RYAN HINTON INC.** | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|

**47.** **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

| | | | | |
|---|---|---|---|---|
| 47.1. | **See Exhibit A/B attached.** | **$0.00** | Comparable sale | **$1,660,000.00** |

**48.** **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

| | | | | |
|---|---|---|---|---|
| 48.1. | **See Exhibit A/B attached.** | **$0.00** | Comparable sale | **$1,312,500.00** |

**49.** **Aircraft and accessories**

**50.** **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

| | | | |
|---|---|---|---|
| **See Exhibit A/B attached.** | **$0.00** | Comparable sale | **$586,000.00** |

**51.** **Total of Part 8.**

Add lines 47 through 50.  Copy the total to line 87.

| | |
|---|---|
| | **$3,558,500.00** |

**52.** **Is a depreciation schedule available for any of the property listed in Part 8?**

☐ No
■ Yes

**53.** **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

■ No
☐ Yes

**Part 9:** **Real property**

**54. Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.
■ Yes Fill in the information below.

**55.** **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of<br>property<br>Include street address or other<br>description such as Assessor<br>Parcel Number (APN), and type<br>of property (for example,<br>acreage, factory, warehouse,<br>apartment or office building, if<br>available. | Nature and<br>extent of<br>debtor's interest<br>in property | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|---|
| 55.1. **651 Blue Lakes Blvd N.**<br>**Twin Falls, ID  83301** | **Lease Interest only** | **$0.00** | | **Unknown** |
| 55.2. **290 Highway 30**<br>**Hansen, ID 83334** | **Lease Interest only** | **Unknown** | | **Unknown** |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

| Debtor | **RYAN HINTON INC.** | Case number *(If known)* _____ |
|---|---|---|
| | Name | |

56. **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

| $0.00 |
|---|

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
☐ No
■ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 10: | Intangibles and intellectual property |
|---|---|

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61. **Internet domain names and websites** https://ryanhintoninc.com/ | **Unknown** | | **Unknown** |
| 62. **Licenses, franchises, and royalties** | | | |
| 63. **Customer lists, mailing lists, or other compilations** | | | |
| 64. **Other intangibles, or intellectual property** | | | |
| 65. **Goodwill** **Debtor's relationship with customers and suppliers of commodoties of hay or other organic commodoties.** | **Unknown** | | **Unknown** |

66. **Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

| $0.00 |
|---|

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
■ No
☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
■ No
☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 11: | All other assets |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor   **RYAN HINTON INC.**                                    Case number *(If known)* _____
_____
Name

■ Yes Fill in the information below.

| | Current value of debtor's interest |
|---|---|

71. **Notes receivable**
Description (include name of obligor)

72. **Tax refunds and unused net operating losses (NOLs)**
Description (for example, federal, state, local)

73. **Interests in insurance policies or annuities**

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**
**B & B Hay**
**158 Cypress Way**
**Boise, ID 83301**                                                            $166,424.90

| Nature of claim | Claim for monies due |
|---|---|
| Amount requested | $0.00 |

**Douglas Meyers**
**PO Box 242**
**Grandview, Idaho 83624**                                                     $2,522.30

| Nature of claim | Overpayment for Hay |
|---|---|
| Amount requested | $0.00 |

**Wade Prescott**
**PO Box 327**
**Carey, Idaho 83320**                                                         $13,266.40

| Nature of claim | Overpayment |
|---|---|
| Amount requested | $0.00 |

**Haasen Tara Feed, Inc.**
**1855 S. Freemont Drive**
**Salt Lake City, UT 84104**                                                   $539,000.00

| Nature of claim | Alfalfa Purchase |
|---|---|
| Amount requested | $539,000.00 |

**Oak Valley Dairy, LLC**
**468 South 800 West**
**Burley, ID 83318**                                                           Unknown

| Nature of claim | Organic Commodoties Contract |
|---|---|
| Amount requested | $0.00 |

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

76. **Trusts, equitable or future interests in property**

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

78. **Total of Part 11.**

| $721,213.60 |
|---|

Add lines 71 through 77. Copy the total to line 90.

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

| Debtor | **RYAN HINTON INC.** | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

79.   **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

■ No

☐ Yes

Debtor    **RYAN HINTON INC.**                                    Case number *(If known)* _____
Name

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $8,664.32 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $555.30 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $106,282.51 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $22,500.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $3,558,500.00 | |
| 88. **Real property.** *Copy line 56, Part 9*....................................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $721,213.60 | |
| 91. **Total.** Add lines 80 through 90 for each column | $4,417,715.73 | +91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $4,417,715.73 |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                              Best Case Bankruptcy

# EXHIBIT A/B

## TRUCKS

| | Make / Model | RHI Description | Identificaiton # | Book Value | Estimated Market Value |
|---|---|---|---|---|---|
| 2600 | 2000 Peterbilt 362 | Trk 33 | VIN# 1NP6LB9X5YD610955 | $ - | $35,000 |
| 2600 | 2000 Peterbilt 379 | Trk 34 | VIN# 1XP5D49X8YD537929 | $ 22,511.90 | $65,000 |
| | 2013 Freightliner | Trk 40 | VIN# 3AKJGLDR5DFD3536 | | $30,000 |
| 2600 | 2018 Volvo | Trk 43 | VIN# 4V4NC9EH5JN886275 | | $90,000 |
| 2660 | 2018 Peterbilt | Trk 45 Lease | VIN# 1XPXD49X6JD472559 | | $135,000 |
| 2685 | 2018 International LT625 | Trk 46 Lease | VIN# 3HSDZT2R9JNO73345 | | $115,000 |
| | 2018 International LT625 | Trk 48 Lease | VIN# 3HSDZTZR9JNO73348 | | $115,000 |
| | 2018 International LT625 | Trk 49 Lease | VIN# 3HSDZTZR2JNO73347 | | $115,000 |
| | 2018 International LT625 | Trk 50 Lease | VIN# 3HSDZTZROJNO73346 | | $115,000 |
| 2695 | 2018 International LT625 | Trk 47 Lease | VIN# 3HSDZAPR7JNO73349 | | $115,000 |
| 2690 | 2017 International Lonestar | Trk 51 Lease | VIN# 3HSCXAPRXHN649334 | | $125,000 |
| 2705 | 2016 Kenworth W900 | Trk 52 | VIN# 1XKWD49X8GJ103312 | $ 109,498.03 | $110,000 |
| 2720 | 2018 Mack Anthem | Trk 53 | VIN# IMIAN4GY1JM001094 | $ 130,409.41 | $125,000 |
| 2730 | 2019 Mack | Trk 54 Lease | VIN# KM006436 | | $125,000 |
| | 2018 Mack Anthem | Trk 55 | VIN# 1M1AN4GY3JM0010195 | | $125,000 |
| 2406 | 2018 Peterbilt | Trk 101 | VIN# 1XPXD49X1JD491648 | $ 172,055.25 | $120,000 |
| | | | | $ 434,474.59 | $ 1,660,000.00 |

## TRAILERS

| | Make / Model | RHI Description | Identificaiton # | Book Value | Estimated Market Value |
|---|---|---|---|---|---|
| 2640 | 2017 IMCO 50' Tanderm Trailer | Trl 010 | VIN# 1M9S50280J1041010 | $ 74,935.00 | $60,000 |
| | 2017 IMCO 50' Tandern Trailer | Trl 012 | VIN# IM9S50284J1041012 | $ 74,935.00 | $60,000 |
| 2655 | 2018 IMCO 50 Live Floor Trailer | Trl 016 | VIN# 1M9S50281J1041016 | $ 59,948.00 | $60,000 |
| 2610 | 2017 IMCO Tanderm Axle Live Floor Trailer | Trl 034 | VIN# 1M9S50280H1041034 | $ 62,040.00 | $60,000 |
| | 2017 IMCO Tandem Axle Live Floor Trailer | Trl 036 | VIN# 1M9S50284H1041036 | $ 62,040.00 | $60,000 |
| 2675 | 2018 Reitnour 53' Flatbed Trailer | Trl 134 | VIN# 1RNF53A29JR044 | $ 18,622.40 | $40,000 |
| | 2018 Reitnour 53' Flatbed Trailer | Trl 135 | VIN# 1RNF53A20JR044 | $ 18,622.40 | $40,000 |
| | 2018 Reitnour 53' Flatbed Trailer | Trl 136 | VIN# 1RNF53A22JR044 | $ 18,623.26 | $40,000 |
| 2250 | 1990 Western Trailer | Trl 167 | VIN# 1C923C4A9L0112167 | | $11,500 |
| | 1990 Western Trailer | Trl 166 | VIN# 1C913L2B8L0112166 | | $11,500 |
| | 1997 Utility Trailer | Trl 7002 | VIN# 1UYFF2291VA347002 | | $11,500 |
| 2745.3 | 2019 Wilson 48' Flatbed | Trl 370 | VIN# 1W15482A6K6627370 | | $35,000 |
| 2745.2 | 2019 Wilson 48' Flatbed | Trl 371 | VIN# 1W15482A6K6627371 | | $35,000 |

| | | | | | |
|---|---|---|---|---|---|
| 2710 | 2018 Mac 43' Flatbed Trailer | Trl 631 | VIN# 5MAPA4821JB044631 | $ 42,187.07 | $28,000 |
| 2510 | 2016 Western 18 Tandem Two Bin Hopper/Grain Trailer | Trl 654 | VIN# 5DN133825GBOO1654 | $ 32,681.25 | $36,000 |
| | 2016 Western 38 Tandem One Bin Hopper/Grain Trailer | Trl 656 | VIN# 5DN231828GB001656 | $ 32,681.25 | $36,000 |
| 2645 | 2017 WESTERN 28 X 102 Elite Flatbed | Trl 680 | VIN# 5DN112912HB000680 | | $35,000 |
| | 2017 WESTERN 28 X 102 Elite Flatbed | Trl 681 | VIN# 5DN212928HB000681 | | $35,000 |
| | 2016 WESTERN 28 X 102  Elite Flatbed | Trl 422 | VIN# 5DN212820GB001422 | | $35,000 |
| | 2016 WESTERN 28 X 102 Elite Flatbed | Trl 421 | VIN# 5DN112815GB001421 | | $35,000 |
| 2745.1 | 2018 Wilson 48' Flatbed | Trl 693 | VIN# 4WW5482A2J6626693 | $ 33,330.29 | $30,000 |
| 2725 | 2018 Western 28' Flatbed Trailer | Trl 752 | VIN# 5DN21292XJB00752 | $ 34,230.00 | $35,000 |
| | 2018 Western 28' Flatbed Trailer | Trl 753 | VIN# 5DN21292XJB00753 | $ 34,230.00 | $35,000 |
| 2715 | 2019 Vangard 53' | Trl 778 | VIN# 5V8VC5325KM900778 | $ 26,849.42 | $28,000 |
| | 2019 Vangard 53' | Trl 779 | VIN# 5V8VC5327KM900779 | $ 26,849.42 | $28,000 |
| | 2019 Vangard 53' | Trl 780 | VIN# 5V8VC5323KM900780 | $ 26,849.42 | $28,000 |
| | 2019 Vangard 53' | Trl 781 | VIN# 5V8VC5325KM900781 | $ 26,849.42 | $28,000 |
| | 2019 Vangard 53' | Trl 782 | VIN# 5V8VC5327KM900782 | $ 26,849.42 | $28,000 |
| | Western Flatbed Trailer 48' | Trl 857 | VIN# 5DN114829GB000857 | | $28,000 |
| 2670 | 2013 Reitnour 48' x 102" Flatbed | Trl 859 | VIN# 1RNF48A21DR026859 | $ 21,818.52 | $22,500 |
| | 2013 Reitnour 48' x 102" Flatbed | Trl 860 | VIN# 1RNF48A28DR026860 | $ 21,817.68 | $22,500 |
| 2700 | 2018 Mack Flatbed Trailer 48' | Trl 865 | VIN# 5MAPA4828JA042865 | | $32,500 |
| | 2018 Mack Flatbed Trailer 48' | Trl 866 | VIN# 5MAPA482XJA042866 | | $32,500 |
| 2600 | 1968 Cali 28' Flatbed | Trl 2310 | VIN# E22310 | | $10,000 |
| 2600 | 1973 Cali 28' Flatbed | Trl 264 | VIN# S736264 | | $10,000 |
| 2600 | 1973 Cali 28' Flatbed | Trl 725 | VIN# K20726 | | $10,000 |
| 2600 | 1973 Cali 28' Flatbed | Trl 250 | VIN# S736250 | | $10,000 |
| 2600 | 1987 Cali 28' Flatbed | Trl 803 | VIN# 1UYFF2286HC692803 | | $12,500 |
| 2600 | 1987 Cali 28' Flatbed | Trl 706 | VIN# 1UYFS1280HC692706 | | $12,500 |
| | 1997 Triples Utility Trailer | Trl 104 | VIN# 1UYFS1297VA346104 | | $12,500 |
| | 1997 Triples Utility Trailer | Trl 223 | VIN# 018223 | | $12,500 |
| | 2008 Triples Utility Trailer | Trl 222 | VIN# 018222 | | $12,500 |
| | 2001 Western Trailer | Trl 334 | VIN# 4WWFPA0N81N606334 | | $12,500 |
| | 2011 Western Trailer | Trl 219 | VIN# 5DN213026BB000219 | | $25,000 |
| | 2012 Western Trailer | Trl 225 | VIN# 5DN114822CB000225 | | $20,000 |
| | 1955 Utility Trailer | | VIN# 26483 | $ 1,916.67 | $7,500 |
| | 2008 Haui Trailer (Tony's Equipment Trailer) | | VIN# 059943 | | $2,500 |
| | | | | $778,906 | $1,312,500 |

# OTHER EQUIPMENT & VEHICLES

| Make / Model | RHI Description | Identificaiton # | Book Value | Estimated Market Value |
|---|---|---|---|---|
| 2019 Ford | 2019 Grey Ford | | | $50,000 |
| 2017 | 524K loader | | | $125,000 |
| JD 544 K | 544 K Loader | | $ 51,647.65 | $78,000 |
| 2017 | 926 M Loader | VIN# LTE00280 | $ 85,434.25 | $120,000 |
| 2015 | CAT TH407C | | | $92,000 |
| 9213.5 | Pressure Washer | | $ 10,319.12 | $8,000 |
| 2019 Grey Ford F250 | Pickup | VIN# B57035 | | $50,000 |
| 2008 Utility Dry Van | 618 | VIN# 1UYVS25348P489618 | | $15,000 |
| Fuel Tank and Pump | | N/A | | Unknown |
| Car Kotlon | | | $14,125 | Unknown |
| (2) Digital Hay Moisture | | N/A | $530 | Unknown |
| CAT BA25 Anglegroom | | N/A | $8,854 | $7,500 |
| 2015 Great Dane Dolley | | VIN# 1GRER1819FK246126 | | $7,500 |
| 2015 Great Dane Dolley | | VIN# 1GRER1813FK246140 | | $7,500 |
| 2015 Great Dane Dolley | | VIN# 1GRER1811FK246136 | | $7,500 |
| Miscellaneous Tools | | N/A | $1,633 | |
| Toolboxes | | N/A | $1,115 | |
| Dry Van | | | $13,513 | |
| Ford F350 (Mechanic's Use) | | | | $18,000 |
| | | | | |
| | | | | |
| | | | | |
| | | | $187,171 | $586,000 |

**Fill in this information to identify the case:**

Debtor name    **RYAN HINTON INC.**

United States Bankruptcy Court for the:    DISTRICT OF IDAHO

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                  12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>Amount of claim<br><br>Do not deduct the value<br>of collateral. | Column B<br>Value of collateral<br>that supports this<br>claim |
|---|---|---|---|

| 2.1 | **BMO TRANSPORTATION FINANCE** | $79,849.80 | Unknown |
|---|---|---|---|

Creditor's Name

**300 E JOHN CARPENTER FREEWAY SUITE 500 IRVING, TX 75062**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**9/12/17**

**Last 4 digits of account number**

**8363**

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**

**2018 Peterbilt Model: 389-Series: 389 131" BBC SFFA Tractor 6X4. (1XPXD49X6JD472559) (Trk #45)**

**Describe the lien**

**Lessor of leased equipment**

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

| 2.2 | **BMO TRANSPORTATION FINANCE** | $91,885.64 | $137,713.00 |
|---|---|---|---|

Creditor's Name

**300 E JOHN CARPENTER FREEWAY SUITE 500 IRVING, TX 75062**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**9/12/2017**

**Last 4 digits of account number**

**Describe debtor's property that is subject to a lien**

**2018 International (VIN 3HSDZAPR7JNO73349) Trk # 47**

**Describe the lien**

**Lessor of leased equipment**

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | **RYAN HINTON INC.** | Case number (if know) | |
|---|---|---|---|
| | Name | | |

5445

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: Check that all apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.3 | **BMO TRANSPORTATION FINANCE** | | $366,759.80 | Unknown |
|---|---|---|---|---|

Creditor's Name

**300 E JOHN CARPENTER FREEWAY
SUITE 500
IRVING, TX 75062**

Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**2018 International Model LT625 (VIN 3HSDZT2R9JNO73345) Trk #46; (VIN 3HSDZTZR9JN073348) Trk #48; (VIN 3HSDZTZR2JNO73347)Trk #49; (VIN 3HSDZTZROJN073346) Trk #50**

**Describe the lien**
**Lessor of leased equipment**

Creditor's email address, if known

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred
**9/12/2017**

Last 4 digits of account number
**5404**

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.4 | **BMO TRANSPORTATION FINANCE** | | $113,436.00 | Unknown |
|---|---|---|---|---|

Creditor's Name

**300 E JOHN CARPENTER FREEWAY
SUITE 500
IRVING, TX 75062**

Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**2017 International (VIN 3HSCXAPRXHN649334) Trk #51**

**Describe the lien**
**Lessor of leased equipment**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred

Last 4 digits of account number
**3522**

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.5 | **CATERPILLAR FINANCIAL SRVCS** | Describe debtor's property that is subject to a lien | Unknown | Unknown |
|---|---|---|---|---|

---

Debtor    **RYAN HINTON INC.**
_____
Name

Case number (*if know*) _____

---

Creditor's Name
_____

**2120 WEST END AVE
NASHVILLE, TN 37203-0986**

Creditor's mailing address
_____

_____

Creditor's email address, if known
_____

Date debt was incurred
**5/13/2015**

Last 4 digits of account number
**7802**

Do multiple creditors have an
interest in the same property?

■ No

☐ Yes. Specify each creditor,
including this creditor and its relative
priority.
_____

**One (1) Caterpillar TH460B Telehandler S/N:
SLF00752, with Quick Coupler and 48" Pallet
Ford. One (1) Forks Hay S/N: XXG030729 and
substiutions. This property has been sold.**

Describe the lien
**UCC security interest**
_____

Is the creditor an insider or related party?

■ No

☐ Yes

Is anyone else liable on this claim?

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

---

| 2.6 | **CATERPILLAR FINANCIAL SRVCS** | | Describe debtor's property that is subject to a lien | Unknown | Unknown |

Creditor's Name

**2120 WEST END AVE
NASHVILLE, TN 37203-0986**

Creditor's mailing address
_____

_____

Creditor's email address, if known
_____

Date debt was incurred
**7/21/16**

Last 4 digits of account number
**8974**

Do multiple creditors have an
interest in the same property?

■ No

☐ Yes. Specify each creditor,
including this creditor and its relative
priority.
_____

**One (1) Caterpillar TH407C Telehandler S/N:
MLH01248 and substitutions, replacements,
additions and accessions thereto, now
owned or hereafter acquired and proceds
thereof.  The property has been sold.**

Describe the lien
**UCC security interest**
_____

Is the creditor an insider or related party?

■ No

☐ Yes

Is anyone else liable on this claim?

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

---

| 2.7 | **CATERPILLAR FINANCIAL SRVCS** | | Describe debtor's property that is subject to a lien | Unknown | Unknown |

Creditor's Name

**2120 WEST END AVE
NASHVILLE, TN 37203-0986**

Creditor's mailing address
_____

_____

Creditor's email address, if known
_____

**One (1) Caterpillar 926M WHEEL LOADER
S/N: LTE00280 AND HAY FORKS and
substiutions. This property has been sold.**

Describe the lien
**Lessor of leased equipment / UCC Security
Interest**
_____

Is the creditor an insider or related party?

■ No

☐ Yes

Is anyone else liable on this claim?

---

| Debtor | RYAN HINTON INC. | Case number (if know) | |
|---|---|---|---|
| | Name | | |

**Date debt was incurred**
**12/5/16**
**Last 4 digits of account number**
**5032**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

---

| 2.8 | **CONTINENTAL BANK** | **Describe debtor's property that is subject to a lien** | $163,004.00 | $120,000.00 |
|---|---|---|---|---|

Creditor's Name

**15 W SOUTH TEMPLE STE 300**
**SALT LAKE CITY, UT 84101**
Creditor's mailing address

**2018 Peterbilt (VIN 1XPXD49X1JD491648) (Trk 101)**

**Describe the lien**
**Lessor of leased equipment**
**Is the creditor an insider or related party?**

■ No
☐ Yes
**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known

**Date debt was incurred**
**4/12/2018**
**Last 4 digits of account number**
**0704**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.9 | **CORPORATION SERVICE COMPANY** | **Describe debtor's property that is subject to a lien** | Unknown | $106,282.51 |
|---|---|---|---|---|

Creditor's Name

**801 ADLAI STEVENSON DR**
**SPRINGFIELD, IL 62703**
Creditor's mailing address

**90 days or less: Accounts Receivable**

**Describe the lien**
**UCC security interest**
**Is the creditor an insider or related party?**

■ No
☐ Yes
**Is anyone else liable on this claim?**

☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known

**Date debt was incurred**
**7/31/18**
**Last 4 digits of account number**
**0494**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.10 | **DEERE CREDIT, INC.** | **Describe debtor's property that is subject to a lien** | Unknown | Unknown |
|---|---|---|---|---|

---

Debtor    **RYAN HINTON INC.**
_____
Name                                                    Case number (if know) _____

---

Creditor's Name

JOHN DEERE 524K-11 4WD LOADER
S/N:681553 THE ABOVE DESCRIBED
PROPERTY IS OWEND BY THE SECURED
PARTY AND/OR ITS ASSIGNEE AND IS
LEASED TO THE DEBTOR . THIS
STATEMENT IS FILED TO GIVE NOTICE OF
THE SECURED PARTY'S (AND/OR ITS
ASSIGNEE) .....

**6400 NW 86TH STREET
JOHNSTON, IA 50131**
Creditor's mailing address

Describe the lien
**UCC security interest**
Is the creditor an insider or related party?
■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
☐ No

**Date debt was incurred**
**9/19/17**
**Last 4 digits of account number**
**7603**

☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an
interest in the same property?**
■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 1 | **DL EVANS BANK** | Describe debtor's property that is subject to a lien | **Unknown** | **Unknown** |

Creditor's Name

Describe debtor's property that is subject to a lien
**UCC B 2016-1180483-9  1968 Trimo Flatbed
Trailer (VIN E22310); 1973 Brown Flatbed
Trailer (VIN S736264); 1973 Trimo Flatbed
Trailer (VIN K20725); 1973 Brown Flatbed
Trailer (VIN S 736250); 1987 Utility Flatbed
Trailer (VIN 692803); 19**

**906 BLUE LAKES BLVD N
TWIN FALLS, ID 83301**
Creditor's mailing address

Describe the lien
**UCC security interest**
Is the creditor an insider or related party?
■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
☐ No

**Date debt was incurred**
**8/18/16**
**Last 4 digits of account number**
**3250**

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an
interest in the same property?**
■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 2 | **DL EVANS BANK** | Describe debtor's property that is subject to a lien | **$232,944.30** | **Unknown** |

Creditor's Name

Describe debtor's property that is subject to a lien
**Line of Credit.  DL Evans cashed out a CD
owned by Ryan Hinton personally and paid
on this account.**

**PO BOX 1188
BURLEY, ID 83318-0826**
Creditor's mailing address

Describe the lien
**Operating Line**

---

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**                    page  5 of 24

Debtor    **RYAN HINTON INC.**    Case number (if know) _____
_____
Name

|  |  |
|---|---|
| _____ <br> Creditor's email address, if known | **Is the creditor an insider or related party?** <br> ■ No <br> ☐ Yes <br> **Is anyone else liable on this claim?** <br> ■ No <br> ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **Date debt was incurred** <br> **Monthly** <br> **Last 4 digits of account number** <br> **4985** |  |
| **Do multiple creditors have an interest in the same property?** <br> ■ No <br> ☐ Yes. Specify each creditor, including this creditor and its relative priority. | **As of the petition filing date, the claim is:** <br> Check all that apply <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed |

---

| 2.1 3 | **DL EVANS BANK** <br> Creditor's Name <br><br> **PO BOX 1188** <br> **BURLEY, ID 83318-0826** <br> Creditor's mailing address | **Describe debtor's property that is subject to a lien** <br> **2019 Ford F250** <br><br><br> **Describe the lien** <br> **Auto Loan** | **$39,824.35** | **$50,000.00** |
|---|---|---|---|---|

|  |  |
|---|---|
| _____ <br> Creditor's email address, if known | **Is the creditor an insider or related party?** <br> ■ No <br> ☐ Yes <br> **Is anyone else liable on this claim?** <br> ☐ No <br> ■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **Date debt was incurred** <br><br> **Last 4 digits of account number** <br> **7950** |  |
| **Do multiple creditors have an interest in the same property?** <br> ■ No <br> ☐ Yes. Specify each creditor, including this creditor and its relative priority. | **As of the petition filing date, the claim is:** <br> Check all that apply <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed |

---

| 2.1 4 | **DL EVANS BANK** <br> Creditor's Name | **Describe debtor's property that is subject to a lien** <br> **1968 Trimo Flatbed 28' (E22310); 1973 Brow Flatbed 28' (S736250); 1973 Trimo Flatbed 28' (K20725); 1973 Brow Flatbed 28' (S736264); 1987 Utility Flatbed 28' (1UYFS1289HC692706) 1987 Utility Flatbed 28' (1UYFF2286HC692803); 2000 Peterbilt DS** | **$44,706.23** | **Unknown** |
|---|---|---|---|---|

|  |  |
|---|---|
| **PO BOX 1188** <br> **BURLEY, ID 83318-0826** <br> Creditor's mailing address <br><br><br> _____ <br> Creditor's email address, if known | **Describe the lien** <br> **Commercial Security Agreement** <br> **Is the creditor an insider or related party?** <br> ■ No <br> ☐ Yes <br> **Is anyone else liable on this claim?** <br> ☐ No <br> ■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **Date debt was incurred** <br> **12/19/2016** <br> **Last 4 digits of account number** <br> **3550** |  |
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** <br> Check all that apply |

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

| Debtor | **RYAN HINTON INC.** | Case number (if know) | |
|---|---|---|---|
| | Name | | |

☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 5 | **DL EVANS BANK** | Describe debtor's property that is subject to a lien | $74,737.33 | $120,000.00 |
|---|---|---|---|---|

Creditor's Name

**906 BLUE LAKES BLVD N TWIN FALLS, ID 83301**

Creditor's mailing address

**2017 IMCO Tandem Axle Live Floor Trailer (VIN IM9S50280H1041034) 2017 IMCO Tandem Axle Live Floor Trailer (VIN IM9S50284H1041036)**

Describe the lien
**Commercial Security Agreement**
Is the creditor an insider or related party?

Creditor's email address, if known

☑ No
☐ Yes
Is anyone else liable on this claim?

**Date debt was incurred**
**09/23/2016**
**Last 4 digits of account number**
**6550**

☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 6 | **ENGS COMMERCIAL FINANCE** | Describe debtor's property that is subject to a lien | $25,992.08 | Unknown |
|---|---|---|---|---|

Creditor's Name

**ONE PIERCE PLACE SUITE 11OO WEST ITASCA, IL 60143**

Creditor's mailing address

**2013 Freightliner (Trk #40) (VIN 3AKJGLDR5DFD3536)**

Describe the lien
**Purchase Agreement**
Is the creditor an insider or related party?

Creditor's email address, if known

☑ No
☐ Yes
Is anyone else liable on this claim?

**Date debt was incurred**
**2/2/17**
**Last 4 digits of account number**
**2590**

☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 7 | **ENGS COMMERCIAL FINANCE** | Describe debtor's property that is subject to a lien | $103,880.69 | $140,000.00 |
|---|---|---|---|---|

---

Debtor    **RYAN HINTON INC.**
_____ Name

Case number (if know) _____

---

Creditor's Name

**ONE PIERCE PLACE SUITE 11OO WEST ITASCA, IL 60143**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**03/16/2017**

**Last 4 digits of account number**
**2937**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**(2) 2016 Western 28 x 102 Elite Flatbed (VIN 5DN112815GB001421); (VIN 5DN21280GB001422); (2) 2017 Western 28 x 102 Trailer (VIN 5DN112912HB000680) (VIN 5DN212928HB00681)**

**Describe the lien**
**Commercial Finance Agreement**
**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out _Schedule H: Codebtors_ (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 8 | **ENGS COMMERCIAL FINANCE** | | $63,212.78 | $60,000.00 |
|---|---|---|---|---|

Creditor's Name

**ONE PIERCE PLACE SUITE 11OO WEST ITASCA, IL 60143**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**5/4/2017**

**Last 4 digits of account number**
**3450**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**2018 IMCO 50 LIVE FLOOR TRAILER (VIN 1M9S50281J1041016)**

**Describe the lien**
**Commercial Finance Agreement**
**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out _Schedule H: Codebtors_ (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 9 | **ENGS COMMERICAL FINANCE** | | $55,877.09 | $72,000.00 |
|---|---|---|---|---|

Creditor's Name

**2441 WARRENVILLE RD, STE 310 LISLE, IL 60532**

Creditor's mailing address

Creditor's email address, if known

**Describe debtor's property that is subject to a lien**
**2016 Western 18 Tandem One Bin Hopper/Grain Trailer (VIN 5DN231828GB001656) (Trl #656) ; 2016 Western 38 Tandem Two Bin Hopper/Grain Trailer (VIN 5DN133825GB001654) (Trl #654)**

**Describe the lien**
**Lessor of leased equipment**
**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**

---

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page  8 of 24

Debtor    **RYAN HINTON INC.**                                        Case number (if known) _____
         Name

| | |
|---|---|

**Date debt was incurred**
**11/25/2015**
**Last 4 digits of account number**
**8475**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.20**    **FIELDS TRUCKING LLC**
            Creditor's Name

**1252 INCA DRIVE**
**TWIN FALLS, ID 83301**
Creditor's mailing address


Creditor's email address, if known

**Date debt was incurred**
**1/18/2019**
**Last 4 digits of account number**
**N/A**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**1 Western Flatbed 48' Trailer (VIN 5DN114829GB000857) (Trl 857)**


**Describe the lien**
**Lessor of leased equipment**
**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

$16,213.38          $28,000.00

---

**2.21**    **FIRST FEDERAL SAVINGS**
            **BANK**
            Creditor's Name

**PO BOX 2906**
**TWIN FALLS, ID 83301**
Creditor's mailing address


Creditor's email address, if known

**Date debt was incurred**
**12/01/2006**
**Last 4 digits of account number**
**5927**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**2006 TA6622 Genic Reach Lift with Forks S/N GTH6622-14183. This property has been sold.**


**Describe the lien**
**UCC security interest**
**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

Unknown            Unknown

---

**2.22**    **FIRST FEDERAL SAVINGS**
            **BANK**

**Describe debtor's property that is subject to a lien**          Unknown            Unknown

---

Debtor    **RYAN HINTON INC.**
_____
Name    Case number (if know) _____

Creditor's Name

**All inventory, accounts, equipment and
general intagibles, whether any of the
foregoing is owned now or acquired later; all
accessions, additions, replacements, and
substitutions relating to any of the foregoing,
all records of any kind rel**

**PO BOX 2906
TWIN FALLS, ID 83301**

Creditor's mailing address

**Describe the lien
UCC security interest**
Is the creditor an insider or related party?

■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred
12/28/2007
Last 4 digits of account number
3018**

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an
interest in the same property?**
■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

---

| 2.2 3 | **FIRST FEDERAL SAVINGS BANK** | | Unknown | Unknown |

Creditor's Name

**PO BOX 2906
TWIN FALLS, ID 83301**

Creditor's mailing address

Describe debtor's property that is subject to a lien
**544J JOHN DEERE S/N DW544JZ593399, 2007
WALTON EQUIP TRAILER MODEL 24KBG,
EQUIPMENT. This property has been sold.**

**Describe the lien
UCC security interest**
Is the creditor an insider or related party?
■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred
12/31/2008
Last 4 digits of account number
7991**

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

**Do multiple creditors have an
interest in the same property?**
■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

---

| 2.2 4 | **FIRST FEDERAL SAVINGS BANK** | | Unknown | Unknown |

Creditor's Name

**PO BOX 2906
TWIN FALLS, ID 83301**

Creditor's mailing address

Describe debtor's property that is subject to a lien
**Caterpillar Model TH407 (S/N: TBY00462) This
property has been sold.**

**Describe the lien
UCC security interest**
Is the creditor an insider or related party?
■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
☐ No

**Date debt was incurred**

---

Official Form 206D    Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**    page 10 of 24

| Debtor | **RYAN HINTON INC.** | Case number (if know) | |
|---|---|---|---|
| | Name | | |

**9/22/15**

**Last 4 digits of account number**

**5798**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

---

| 2.2 5 | **HITACHI CAPITAL AMERICA CORP** | Describe debtor's property that is subject to a lien | $37,216.60 | $30,000.00 |
|---|---|---|---|---|

Creditor's Name

**800 CONNECTICUT AVENUE 4TH FLOOR NORTH NORWALK, CT 06854-1631**

**2018 Wilson CF-1080 4WW5482A2J6626693 (Trl #693)**

Creditor's mailing address

**Describe the lien**

**Motor Vehicle Security Agreement**

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No

**Date debt was incurred**

**06/06/2018**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**1001**

**Do multiple creditors have an interest in the same property?**

■ No

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Disputed

---

| 2.2 6 | **HITACHI CAPITAL AMERICA CORP** | Describe debtor's property that is subject to a lien | $41,143.40 | $35,000.00 |
|---|---|---|---|---|

Creditor's Name

**800 CONNECTICUT AVENUE 4TH FLOOR NORTH NORWALK, CT 06854-1631**

**2019 Wilson 48' 1W15482A6K6627371 (Trl #371)**

Creditor's mailing address

**Describe the lien**

**Motor Vehicle Security Agreement**

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No

**Date debt was incurred**

**06/06/2018**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**1002**

**Do multiple creditors have an interest in the same property?**

■ No

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Disputed

---

| Debtor | **RYAN HINTON INC.** | Case number (if know) | |
|---|---|---|---|
| | Name | | |

| 2.2 7 | **HITACHI CAPITAL AMERICA CORP** | Describe debtor's property that is subject to a lien | $41,143.40 | $35,000.00 |
|---|---|---|---|---|

Creditor's Name

**800 CONNECTICUT AVENUE**
**4TH FLOOR NORTH**
**NORWALK, CT 06854-1631**
Creditor's mailing address

**2019 Wilson 48' 1W15482A6K6627370 (Trl #370)**

Describe the lien
**Motor Vehicle Security Agreement**
Is the creditor an insider or related party?

■ No
☐ Yes
Is anyone else liable on this claim?

Creditor's email address, if known

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred
**06/06/2018**
Last 4 digits of account number
**1003**

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Do multiple creditors have an interest in the same property?
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

| 2.2 8 | **JOHN DEERE CONST & FORESTRY** | Describe debtor's property that is subject to a lien | $13,701.71 | Unknown |
|---|---|---|---|---|

Creditor's Name

**6400 NW 86TH STREET**
**JOHNSTON, IA 50131**
Creditor's mailing address

**John Deere 544K Wheel Loader S/N: 634182 Together with (1) All Attachments, Accessories and Components, Repairs and Improvements, (2)All Accounts, General Intagibles, Contract Rights and Chattel Paper Relating Thereto, and (3) All ....**

Describe the lien
**UCC security interest**
Is the creditor an insider or related party?

■ No
☐ Yes
Is anyone else liable on this claim?

Creditor's email address, if known

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred
**10/15/2014**
Last 4 digits of account number
**0893**

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Do multiple creditors have an interest in the same property?
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

| 2.2 9 | **LEASE CONSULTANTS CORP.** | Describe debtor's property that is subject to a lien | Unknown | $8,000.00 |
|---|---|---|---|---|

Creditor's Name

**PO BOX 71397**
**DES MOINES, IA 50325**
Creditor's mailing address

**Pressure Washer Lease with Lease Consultants Corporation**

Describe the lien
**Lessor of leased equipment**
Is the creditor an insider or related party?

■ No

---

Debtor    **RYAN HINTON INC.**                              Case number (if know) _____
_____
Name

Creditor's email address, if known          ☐ Yes
                                            **Is anyone else liable on this claim?**

**Date debt was incurred**                  ☐ No
**5/14/2018**
                                            ■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)
**Last 4 digits of account number**
**6733**
**Do multiple creditors have an**           **As of the petition filing date, the claim is:**
**interest in the same property?**          Check all that apply
■ No                                        ☐ Contingent
☐ Yes. Specify each creditor,               ☐ Unliquidated
including this creditor and its relative    ☐ Disputed
priority.

---

| 2.3 0 | **MACK FINANCIAL SERVICES** | **Describe debtor's property that is subject to a lien** | **Unknown** | **Unknown** |
|---|---|---|---|---|

Creditor's Name
**PO BOX 26131**          2016 Mack CHU613 1M1AN07Y5GM023178
**GREENSBORO, NC**        (Trk # 44) Property Returned to Creditor.
**27402-6131**
Creditor's mailing address

                          **Describe the lien**
                          **Secured Promissory Note**
                          **Is the creditor an insider or related party?**

Creditor's email address, if known          ■ No
                                            ☐ Yes
                                            **Is anyone else liable on this claim?**

**Date debt was incurred**                  ■ No
**6/9/2017**
                                            ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)
**Last 4 digits of account number**
**2391**
**Do multiple creditors have an**           **As of the petition filing date, the claim is:**
**interest in the same property?**          Check all that apply
■ No                                        ☐ Contingent
☐ Yes. Specify each creditor,               ☐ Unliquidated
including this creditor and its relative    ■ Disputed
priority.

---

| 2.3 1 | **MACK FINANCIAL SERVICES** | **Describe debtor's property that is subject to a lien** | **$98,853.55** | **$0.00** |
|---|---|---|---|---|

Creditor's Name
**PO BOX 26131**          2018 Mack Anthem 64T Sleeper 70 inch (VIN
**GREENSBORO, NC**        IMIAN4GY1JM001094) (Trk #53)
**27402-6131**
Creditor's mailing address

                          **Describe the lien**
                          **Secured Promissory Note**
                          **Is the creditor an insider or related party?**

Creditor's email address, if known          ■ No
                                            ☐ Yes
                                            **Is anyone else liable on this claim?**

**Date debt was incurred**                  ■ No
**3/5/2018**
                                            ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)
**Last 4 digits of account number**
**1011**
**Do multiple creditors have an**           **As of the petition filing date, the claim is:**
**interest in the same property?**          Check all that apply
■ No                                        ☐ Contingent
☐ Yes. Specify each creditor,               ☐ Unliquidated
including this creditor and its relative    ☐ Disputed
priority.

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor    **RYAN HINTON INC.**
_____
Name

Case number (if know) _____

| 2.3 2 | **MERCEDES-BENZ FINANCIAL SVCS** | Describe debtor's property that is subject to a lien | **Unknown** | **Unknown** |
|---|---|---|---|---|

Creditor's Name

**All of the Debtor's (i) new and used motor vehicles, trailers, and/or chassis, now owned or hereafter acquired, financed by, leased from or purchased through secured party (or any other affiliates), whether direcly or indirectly (ii) all ..**

**13650 HERITAGE PARKWAY**
**FORT WORTH, TX 76177**
Creditor's mailing address

Describe the lien
**UCC security interest**
**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Date debt was incurred**
**12/4/12**

**Last 4 digits of account number**
**7401**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

| 2.3 3 | **NORTHLAND CAPITAL EQUIPMENT** | Describe debtor's property that is subject to a lien | $109,618.56 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**PO BOX 7278**
**SAINT CLOUD, MN 56302-7278**
Creditor's mailing address

**(3) 2018 Reitnouer Flatbed Trailer (1RNF53A29JRD044) (1RNF53A2OJR044) (1RNF53A22JRD044)**

Describe the lien
**Lessor of leased equipment**
**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**
**2001**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

| 2.3 4 | **NORTHWEST EQUIPMENT SALES** | Describe debtor's property that is subject to a lien | $67,188.35 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**2405 S JANEEN STREET**
**BOISE, ID 83709**
Creditor's mailing address

**2018 Mac 48' Flatbed Trailer SN#5MAPA4828JA042865 and 2018 Mac 48' Flatbed Trailer SN#5MAPA482XJA042866**

Describe the lien
**Lessor of leased equipment**
**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

Debtor    **RYAN HINTON INC.**                                                    Case number (if know)
_____
Name

| | |
|---|---|
| **Date debt was incurred** | **Is anyone else liable on this claim?** |
| **11/8/17** | ■ No |
| **Last 4 digits of account number** | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **069L** | |
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** |
| ■ No | Check all that apply |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Contingent |
| | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.3 5 | **NORTHWEST EQUIPMENT SALES** | **Describe debtor's property that is subject to a lien** | $124,769.67 | $0.00 |
|---|---|---|---|---|
| | Creditor's Name | **2018 Volvo VNL647670 SN 4V4NC9EH5JN886275 (Trk 43)** | | |
| | **2405 SOUTH JANEEN STREET** | | | |
| | **BOISE, ID 83709** | | | |
| | Creditor's mailing address | **Describe the lien** | | |
| | | **Lessor of leased equipment** | | |
| | | **Is the creditor an insider or related party?** | | |
| | Creditor's email address, if known | ■ No | | |
| | | ☐ Yes | | |
| | | **Is anyone else liable on this claim?** | | |
| | **Date debt was incurred** | ■ No | | |
| | **5/12/2017** | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| | **Last 4 digits of account number** | | | |
| | **996L** | **As of the petition filing date, the claim is:** | | |
| | **Do multiple creditors have an interest in the same property?** | Check all that apply | | |
| | ■ No | ☐ Contingent | | |
| | ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

---

| 2.3 6 | **NORTHWEST EQUIPMENT SALES** | **Describe debtor's property that is subject to a lien** | $30,220.76 | $0.00 |
|---|---|---|---|---|
| | Creditor's Name | **2018 Mac 48' (VIN 5MAPA4821JB044631) Trk #631** | | |
| | **2405 SOUTH JANEEN STREET** | | | |
| | **BOISE, ID 83709** | | | |
| | Creditor's mailing address | **Describe the lien** | | |
| | | **Lessor of leased equipment** | | |
| | | **Is the creditor an insider or related party?** | | |
| | Creditor's email address, if known | ■ No | | |
| | | ☐ Yes | | |
| | | **Is anyone else liable on this claim?** | | |
| | **Date debt was incurred** | ■ No | | |
| | **1/29/2018** | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| | **Last 4 digits of account number** | | | |
| | **085L** | **As of the petition filing date, the claim is:** | | |
| | **Do multiple creditors have an interest in the same property?** | Check all that apply | | |
| | ■ No | ☐ Contingent | | |
| | ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

---

Official Form 206D         Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**         page 15 of 24

| Debtor | **RYAN HINTON INC.** | Case number *(if know)* | |
|---|---|---|---|
| | Name | | |

| 2.3 7 | **NORTHWEST LEASING** | Describe debtor's property that is subject to a lien | $10,028.77 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**NORTHWEST EQUIPMENT SALES**
**PO BOX 16510**
**BOISE, ID 83715**

Creditor's mailing address

**2019 Mack AN64T 6 (VIN# KM006436) Trk #54**

Describe the lien
**Lessor of leased equipment**

Is the creditor an insider or related party?
■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred
**Monthly**

Last 4 digits of account number
**04L1**

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Do multiple creditors have an interest in the same property?
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

| 2.3 8 | **OPEN ROAD FINANCIAL SERVICES** | Describe debtor's property that is subject to a lien | Unknown | Unknown |
|---|---|---|---|---|

Creditor's Name

**TRENA HARUSTAK**
**PO BOX 484**
**DALLAS, OR 97338-0484**

Creditor's mailing address

**All present and future assets of the Debtor, wherever located, now owner or existing hereafter acquired or created, all additions and accessions thereto, all replacements, insurance or condemnation proceeds, all documents covering any of...**

Describe the lien
**UCC security interest**

Is the creditor an insider or related party?
■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred
**3/7/19**

Last 4 digits of account number
**6631**

As of the petition filing date, the claim is:
Check all that apply
■ Contingent
☐ Unliquidated
■ Disputed

Do multiple creditors have an interest in the same property?
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

| 2.3 9 | **PACCAR FINANCIAL CORP.** | Describe debtor's property that is subject to a lien | $87,610.21 | $110,000.00 |
|---|---|---|---|---|

Creditor's Name

**PO BOX 1618**
**BELLEVUE, WA 98009**

Creditor's mailing address

**2016 Kenworth W900 (VIN 1XKWD49X8GJ103312) (Trk #52)**

Describe the lien
**Lessor of leased equipment**

Is the creditor an insider or related party?
■ No

---

| Debtor | **RYAN HINTON INC.** | Case number (if know) |
|---|---|---|
| | Name | |

Creditor's email address, if known

☐ Yes
**Is anyone else liable on this claim?**

**Date debt was incurred**
**2/2/2018**
**Last 4 digits of account number**
**1682**
**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.40 | **PORTER BILLING SERVICES LLC** | Describe debtor's property that is subject to a lien | **Unknown** | **Unknown** |
|---|---|---|---|---|

Creditor's Name

"Collateral"-any collateral now or hereafter described in any financing statement filed against Seller naming Purchaser as the seucred party (which financing statement may describe the collateral as "All assets." both now owned or hereaft..

**2112 1ST AVE N**
**BIRMINGHAM, AL 35203**
Creditor's mailing address

**Describe the lien**
**UCC security interest**
**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**6/22/18**
**Last 4 digits of account number**
**7664**
**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
■ Contingent
☐ Unliquidated
■ Disputed

---

| 2.41 | **QL TITLING TRUST LDT** | Describe debtor's property that is subject to a lien | **$70,718.60** | **$70,000.00** |
|---|---|---|---|---|

Creditor's Name

**2018 Western Trailer (5DN21292XJB00752) (Trl #752); 2018 Western Trailer (5DN21292XJB00753) (Trl #753)**

**PO BOX 83265**
**CHICAGO, IL 60691-0265**
Creditor's mailing address

**Describe the lien**
**Lessor of leased equipment**
**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**5/26/2017**
**Last 4 digits of account number**
**1021**
**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

---

Debtor   **RYAN HINTON INC.**
_____
Name

Case number (if know) _____

☐ Contingent
☐ Unliquidated
☐ Disputed

■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

---

| 2.4 2 | **TRANSPORTATION ALLIANCE BANK** | | $0.00 | $106,282.51 |

Creditor's Name

**Describe debtor's property that is subject to a lien**
**90 days or less: Accounts Receivable**

**4185 HARRISON BLVD STE 200**
**OGDEN, UT 84403**
Creditor's mailing address

**Describe the lien**
**UCC security interest**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**6/26/12**
**Last 4 digits of account number**
**7318**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

---

| 2.4 3 | **US BANK** | | $136,739.89 | $112,000.00 |

Creditor's Name

**Describe debtor's property that is subject to a lien**
**2019 Vanguard (VIN 5V8VC5327KM900782);**
**2019 Vanguard (VIN 5V8VC5325KM900781);**
**2019 Vanguard (VIN 5V8VC5323KM900780);**
**2019 Vanguard (VIN 5V8VC5327KM900779);**
**2019 Vanguard (VIN 5V8VC5325KM900778)**

**1310 MADRID STREET**
**MARSHALL, MN 56258**
Creditor's mailing address

**Describe the lien**
**Equipment Finance Agreement**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**2/10/18**
**Last 4 digits of account number**
**8000**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

---

| 2.4 4 | **VEHICLE LENDERS GROUP, LLC** | | $25,887.15 | $45,000.00 |

Creditor's Name

**Describe debtor's property that is subject to a lien**
**2013 Reitnour (VIN 1RNF48A21DR026859) (Trl #859) ; 2013 Reitnour (VIN 1RNF48A28DR026860) (Trl #860)**

**23 BERRY HILL ROAD**
**OYSTER BAY, NY 11771**

---

Debtor    **RYAN HINTON INC.**    Case number (if know) _____
_____
Name

| | |
|---|---|
| Creditor's mailing address | **Describe the lien**<br>**Lessor of leased equipment**<br>**Is the creditor an insider or related party?**<br>■ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>☐ No<br>■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| Creditor's email address, if known | |
| **Date debt was incurred**<br>**6/15/17**<br>**Last 4 digits of account number**<br>**7230** | |
| **Do multiple creditors have an interest in the same property?**<br>■ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | **As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

---

| 2.4 5 | **VEHICLE LENDERS GROUP, LLC**<br>Creditor's Name | **Describe debtor's property that is subject to a lien**<br>**2018 IMCO 50' Tanderm Trailer (VIN 1M9S50280J1041010) (Trl #10); 2018 IMCO 50' Tandem Trailer (VIN 1M9S50284J141012) (Trl #12)** | **$74,703.57** | **$120,000.00** |
|---|---|---|---|---|

**23 BERRY HILL ROAD**
**OYSTER BAY, NY 11771**
Creditor's mailing address

**Describe the lien**
**Lessor of leased equipment**
**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**3/16/2017**
**Last 4 digits of account number**
**7230**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 6 | **VFS US LLC**<br>Creditor's Name | **Describe debtor's property that is subject to a lien**<br>**2017 VOLVO VNL84T630, VIN 4V4N99KK3HN970362. This property has been returned.** | **Unknown** | **Unknown** |
|---|---|---|---|---|

**PO BOX 26131**
**GREENSBORO, NC 27402**
Creditor's mailing address

**Describe the lien**
**UCC security interest**
**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**2/24/16**
**Last 4 digits of account number**
**5957**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

---

Debtor    **RYAN HINTON INC.**                                                        Case number (if know) _____
_____
Name

■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

---

| 2.4 7 | **VFS US LLC** | Describe debtor's property that is subject to a lien | Unknown | Unknown |

Creditor's Name

■ Contingent
■ Unliquidated
■ Disputed

**VFS US LLC**
Creditor's Name

Describe debtor's property that is subject to a lien
**2017 MACK CHU613, VIN
1M1ANO7Y8HM026108 (Trk # 37) Property
Returned to Creditor.**

**PO BOX 26131
GREENSBORO, NC 27402**
Creditor's mailing address

Describe the lien
**UCC security interest**
Is the creditor an insider or related party?

■ No
☐ Yes
Creditor's email address, if known

Is anyone else liable on this claim?

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred
**9/22/16**
Last 4 digits of account number
**2677**

As of the petition filing date, the claim is:
Check all that apply

Do multiple creditors have an
interest in the same property?

☐ Contingent
■ Unliquidated
■ Disputed

■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

---

| 2.4 8 | **VFS US LLC** | Describe debtor's property that is subject to a lien | Unknown | Unknown |

Creditor's Name

Describe debtor's property that is subject to a lien
**2017 VOLVO VNL84T 630, VIN
4V4N99KK3HN973634 (Trk # 39) Property
Returned to Creditor.**

**PO BOX 26131
GREENSBORO, NC 27402**
Creditor's mailing address

Describe the lien
**UCC security interest**
Is the creditor an insider or related party?

■ No
☐ Yes
Creditor's email address, if known

Is anyone else liable on this claim?

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred
**12/15/16**
Last 4 digits of account number
**0551**

As of the petition filing date, the claim is:
Check all that apply

Do multiple creditors have an
interest in the same property?

☐ Contingent
■ Unliquidated
■ Disputed

■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

---

| 2.4 9 | **VOLVO FINANCIAL SERVICES** | Describe debtor's property that is subject to a lien | Unknown | Unknown |

Creditor's Name

Describe debtor's property that is subject to a lien
**2015 Volvo VNL84T630 VIN
4V4N99KK3HN940515 (Trk #30)  Property
Returned to Creditor.**

**PO BOX 26131
GREENSBORO, NC 27402**
Creditor's mailing address

Describe the lien
**Security Agreement**

---

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 20 of 24

| Debtor | **RYAN HINTON INC.** | Case number (if know) | |
| | Name | | |

---

| | |
|---|---|
| Creditor's email address, if known | Is the creditor an insider or related party? |
| | ■ No |
| | ☐ Yes |
| **Date debt was incurred** | Is anyone else liable on this claim? |
| **5/21/15** | ■ No |
| **Last 4 digits of account number** | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **1007** | |
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ■ Unliquidated |
| | ■ Disputed |

---

| 2.5 0 | **VOLVO FINANCIAL SERVICES** | Describe debtor's property that is subject to a lien | $92,751.74 | Unknown |
|---|---|---|---|---|
| | Creditor's Name | **2017 Volvo VNL64T 730 (VIN 4V4NC9EJ4HN973632) (Trk # 38) Property Returned to Creditor.** | | |
| | **PO BOX 26131 GREENSBORO, NC 27402** | | | |
| | Creditor's mailing address | Describe the lien | | |
| | | **Secured Promissory Note** | | |
| | | Is the creditor an insider or related party? | | |
| | | ■ No | | |
| | Creditor's email address, if known | ☐ Yes | | |
| | | Is anyone else liable on this claim? | | |
| | **Date debt was incurred** | ■ No | | |
| | **11/3/2016** | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| | **Last 4 digits of account number** | | | |
| | **1011** | | | |
| | **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply | | |
| | ■ No | ☐ Contingent | | |
| | ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

---

| 2.5 1 | **VOLVO FINANCIAL SERVICES** | Describe debtor's property that is subject to a lien | $105,594.03 | Unknown |
|---|---|---|---|---|
| | Creditor's Name | **2018 Mack CHU613 VIN 1M1AN07Y4JM027021 (Trk #41) Property Returned to Creditor.** | | |
| | **PO BOX 26131 GREENSBORO, NC 27402** | | | |
| | Creditor's mailing address | Describe the lien | | |
| | | **Secured Promissory Note** | | |
| | | Is the creditor an insider or related party? | | |
| | | ■ No | | |
| | Creditor's email address, if known | ☐ Yes | | |
| | | Is anyone else liable on this claim? | | |
| | **Date debt was incurred** | ■ No | | |
| | **4/20/2017** | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| | **Last 4 digits of account number** | | | |
| | **1013** | | | |
| | **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply | | |

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor    **RYAN HINTON INC.**
_____    Case number (if know) _____
Name

�■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.
_____

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.5 2 | **VOLVO FINANCIAL SERVICES** | Describe debtor's property that is subject to a lien | $109,663.86 | $125,000.00 |

Creditor's Name

**PO BOX 26131
GREENSBORO, NC 27402**
Creditor's mailing address

_____
Creditor's email address, if known

Date debt was incurred
**8/23/2018**
Last 4 digits of account number
**1016**
Do multiple creditors have an
interest in the same property?
■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.
_____

**2018 Mack Anthem Trk #55 (VIN 1M1AN4GY3JM0010195)**

Describe the lien
_____

Is the creditor an insider or related party?
■ No
☐ Yes
Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.5 3 | **WEX BANK** | Describe debtor's property that is subject to a lien | $102,476.23 | $106,282.51 |

Creditor's Name

**7090 UNION PARK
CENTER
SUITE 350
MIDVALE, UT 84047**
Creditor's mailing address

_____
Creditor's email address, if known

Date debt was incurred
**3/23/18**
Last 4 digits of account number
**0549**
Do multiple creditors have an
interest in the same property?
■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.
_____

**90 days or less: Accounts Receivable**

Describe the lien
**UCC security interest**
Is the creditor an insider or related party?
■ No
☐ Yes
Is anyone else liable on this claim?
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

---

| 3. | Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | $2,852,353.52 |

---

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Debtor | **RYAN HINTON INC.** | | Case number (if know) | |
| | Name | | | |

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **BMO HARRIS**<br>PO BOX 71810<br>CHICAGO, IL 60694-1810 | Line **2.1** | |
| **BMO HARRIS**<br>PO BOX 71810<br>CHICAGO, IL 60694-1810 | Line **2.2** | |
| **BMO HARRIS**<br>PO BOX 71810<br>CHICAGO, IL 60694-1810 | Line **2.3** | |
| **BMO HARRIS**<br>PO BOX 71810<br>CHICAGO, IL 60694-1810 | Line **2.4** | |
| **CORPORATION SERVICE COMPANY**<br>801 ADLAI STEVENSON DR<br>SPRINGFIELD, IL 62703 | Line **2.47** | |
| **CORPORATION SERVICE COMPANY**<br>PO BOX 2576<br>SPRINGFIELD, IL 62708 | Line **2.9** | |
| **DAIMLER TRUST**<br>13650 HERITAGE PARKWAY<br>FORT WORTH, TX 76177 | Line **2.32** | |
| **ENGS COMMERCIAL FINANCE**<br>PO BOX 4062<br>LISLE, IL 60532-4062 | Line **2.16** | |
| **ENGS COMMERICAL FINANCE**<br>2441 WARRENVILLE RD, STE 310<br>LISLE, IL 60532 | Line **2.16** | 2590 |
| **JOHN DEERE FINANCIAL**<br>LEASING DEPT<br>PO BOX 6600<br>JOHNSTON, IA 50131-6600 | Line **2.28** | |
| **MACK FINANCIAL SERVICES**<br>PO BOX 26131<br>GREENSBORO, NC 27402-6131 | Line **2.52** | |
| **PACAAR FINANCIAL CORP**<br>DEPT 1166<br>PO BOX 121166<br>DALLAS, TX 75312-1166 | Line **2.39** | |
| **SANTANDER BANK**<br>3 HUNTINGTON QUAD STE. 101N<br>MELVILLE, NY 11747 | Line **2.44** | |
| **SANTANDER BANK**<br>3 HUNTINGTON QUAD STE. 101N<br>MELVILLE, NY 11747 | Line **2.45** | |
| **UCC DIRECT SERVICES**<br>PO BOX 29071<br>GLENDALE, CA 91209-9071 | Line **2.42** | |

Official Form 206D    Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**    page 23 of 24

| Debtor | **RYAN HINTON INC.** | Case number (if know) | |
|---|---|---|---|
| | Name | | |

| | | |
|---|---|---|
| **UCC DIRECT SERVICES**<br>PO BOX 29071<br>GLENDALE, CA 91209-9071 | Line  **2.32** | |
| **US BANK FINANCE**<br>PO BOX 790448<br>SAINT LOUIS, MO 63179-0448 | Line  **2.43** | **8000** |
| **VFS US LLC & ASSIGNS**<br>654 AMHERST ROAD, STE. 353<br>SUNDERLAND, MA 01375 | Line  **2.47** | |
| **VOLVO FINANCIAL SERVICES**<br>PO BOX 26131<br>GREENSBORO, NC 27402 | Line  **2.30** | |
| **WESTERN STATE CAT**<br>500 E OVERLAND ROAD<br>MERIDIAN, ID 83642 | Line  **2.7** | **0480** |

**Fill in this information to identify the case:**

Debtor name **RYAN HINTON INC.**

United States Bankruptcy Court for the: DISTRICT OF IDAHO

Case number (if known) _____

☐ Check if this is an
   amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:**    **List All Creditors with PRIORITY Unsecured Claims**

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

    ☐ No. Go to Part 2.

    ☑ Yes. Go to line 2.

2.  **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
    with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|
| 2.1 | Priority creditor's name and mailing address | $17,196.80 | $17,196.80 |

**IDAHO STATE TAX COMMISSION
PO BOX 36
BOISE, ID 83722-0410**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Payroll Taxes**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
☑ No
☐ Yes

| 2.2 | Priority creditor's name and mailing address | $3,581.22 | $3,581.22 |
|---|---|---|---|

**INTERNAL REVENUE SERVICE
PO BOX 7346
PHILADELPHIA, PA 19101-7346**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**9/25/18**

Basis for the claim:
**Taxes**

Last 4 digits of account number **P161**
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
☑ No
☐ Yes

| Debtor | **RYAN HINTON INC.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $169,028.61 | $169,028.61 |
|---|---|---|---|---|

**INTERNAL REVENUE SERVICE**
**PO BOX 7346**
**PHILADELPHIA, PA 19101-7346**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Payroll Taxes**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $6,067.01 | $6,067.01 |
|---|---|---|---|---|

**TWIN FALLS COUNTY**
**TREASURER**
**PO BOX 88**
**TWIN FALLS, ID 83303-0088**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/19-3/19**

Basis for the claim:
**Taxes**

Last 4 digits of account number **3665**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

**Part 2:**   **List All Creditors with NONPRIORITY Unsecured Claims**

**3.**   **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
out and attach the Additional Page of Part 2.

|  |  | **Amount of claim** |
|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**ADRIAN ALVARADO-VARELA**
**2001 1 STREET**
**HEYBURN, ID 83336**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Employee**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**ANTHONY L MARLOW**
**2009 LAURA CIRCLE**
**TWIN FALLS, ID 83301**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Employee**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $329,909.25 |
|---|---|---|---|

**B & B HAY**
**158 CYPRESS WAY**
**TWIN FALLS, ID 83301**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Alfalfa Contract**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **RYAN HINTON INC.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.4** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$532,830.65**

**BAILEY FARMS INTERNATIONAL**
**PO BOX 694**
**EPHRAIM, UT 84627**

Date(s) debt was incurred  __2017__

Last 4 digits of account number __

- ☐ Contingent
- ☒ Unliquidated
- ☒ Disputed

Basis for the claim:  __Vendor__

Is the claim subject to offset? ☐ No  ☒ Yes

---

**3.5** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,568.13**

**BLUE BEACON**
**PO BOX 856**
**SALINA, KS 67402-0856**

Date(s) debt was incurred  __12/31/18 & 1/31/19__

Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  __Vendor__

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.6** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$468.00**

**BULK LOADS NOW, LLC**
**3625 MCLEAN ROAD**
**OZARK, MO 65721**

Date(s) debt was incurred  __10/29/18__

Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  __Vendor__

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.7** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**CARLOS A MONTANO**
**387 N CONANT AVE**
**BURLEY, ID 83318**

Date(s) debt was incurred  __

Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  __Employee__

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.8** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,179.86**

**COLEMAN RITCHIE & JACBOSON**
**156 2ND AVE W**
**TWIN FALLS, ID 83303**

Date(s) debt was incurred  __April of 2015__

Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  __Attorney Fees__

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.9** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$4,811.10**

**CT COMMODITIES**
**PO BOX DRAWER Q**
**PIXLEY, CA 93256**

Date(s) debt was incurred  __11/3/17 & 7/12/18__

Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  __Vendor__

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.10** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$7,000.00**

**DARIN PARKE**
**20341 SHED ROAD**
**CAREY, ID 83320**

Date(s) debt was incurred  __1/24/19__

Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  __Vendor__

Is the claim subject to offset? ☒ No  ☐ Yes

---

| Debtor | **RYAN HINTON INC.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $7,151.02 |
|---|---|---|---|

**DAVE PARKE**
**100 CATTLE DRIVE**
**CAREY, ID 83320**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  12/2018 & 1/2019

**Basis for the claim:**  Vendor

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $15,000.00 |
|---|---|---|---|

**DAVID EHLERS**
**1031 E 900 S**
**EDEN, ID 83325**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  2018

**Basis for the claim:**  Vendor

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $92,842.74 |
|---|---|---|---|

**DENNEY & COMPANY, CHTD.**
**1096 N EASTLAND DRIVE**
**SUITE 200**
**TWIN FALLS, ID 83301**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Vendor

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,380.20 |
|---|---|---|---|

**DL EVANS BANK**
**PO BOX 1188**
**BURLEY, ID 83318-0826**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  Monthly

**Basis for the claim:**  Credit Card (Donny Taylor)

Last 4 digits of account number  4975

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,368.43 |
|---|---|---|---|

**DL EVANS BANK**
**PO BOX 1188**
**BURLEY, ID 83318-0826**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  Monthly

**Basis for the claim:**  Credit Card (Anthony L Marlow)

Last 4 digits of account number  5451

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,393.67 |
|---|---|---|---|

**DL EVANS BANK**
**PO BOX 1188**
**BURLEY, ID 83318-0826**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  Monthly

**Basis for the claim:**  Credit Card (Travis Hinton)

Last 4 digits of account number  0825

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,627.66 |
|---|---|---|---|

**DL EVANS BANK**
**PO BOX 1188**
**BURLEY, ID 83318-0826**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  Monthly

**Basis for the claim:**  Credit Card (Scott Taylor)

Last 4 digits of account number  8530

Is the claim subject to offset? ☑ No  ☐ Yes

---

| Debtor | **RYAN HINTON INC.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,418.31 |
|---|---|---|---|

**DL EVANS BANK**
**PO BOX 1188**
**BURLEY, ID 83318-0826**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **Monthly**

Basis for the claim:  **Credit Card (Dan Gilly)**

Last 4 digits of account number  **4307**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $37,323.25 |
|---|---|---|---|

**DRY CREEK FARMS**
**78 DRY CREEK ROAD**
**CAREY, ID 83320**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2018**

Basis for the claim:  **Hay**

Last 4 digits of account number  **6010**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,282.09 |
|---|---|---|---|

**ELECTRIC 1 WEST, INC.**
**268 VICTORY AVENUE**
**TWIN FALLS, ID 83301**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **7/23/18**

Basis for the claim:  **Vendor**

Last 4 digits of account number  **HINTON TRUCKING**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $16,959.41 |
|---|---|---|---|

**ERRATIC INDUSTRIES**
**3531 E 3195 N**
**KIMBERLY, ID 83341**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019**

Basis for the claim:  **Vendor**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $51.00 |
|---|---|---|---|

**FASTRAK**
**PO BOX  26295**
**SAN FRANCISCO, CA 94126-6295**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **May 2019**

Basis for the claim:  **Toll Charges**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,487.28 |
|---|---|---|---|

**FLEETPRIDE**
**PO BOX 847118**
**DALLAS, TX 75284-7118**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2018-2019**

Basis for the claim:  **Vendor**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,071.00 |
|---|---|---|---|

**GARY AMOTH TRUCKING, INC.**
**PO BOX 448**
**TWIN FALLS, ID 83303**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2018-2019**

Basis for the claim:  **Vendor**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **RYAN HINTON INC.**
_____
Name

Case number *(if known)* _____

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $819.81 |

**GEM STATE WELDERS SUPPLY INC**
**PO BOX 384**
**TWIN FALLS, ID 83303-0384**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2018-2019**

Basis for the claim:  **Vendor**

Last 4 digits of account number  **NTO1**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $10,000.00 |

**HANSEN FARMS**
**2277 EAST 700 NORTH**
**RUPERT, ID 83350**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **9/17/18**

Basis for the claim:  **Vendor - Hay**

Last 4 digits of account number  **6060**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $12,725.00 |

**HATCH & COMPANY, CHTD**
**834 FALLS AVENUE, STE 1020-D**
**TWIN FALLS, ID 83301**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **7/1/18**

Basis for the claim:  **Accountant**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

**IVAN A GARCIA**
**6505 FERN STREET**
**RENO, NV 89506-1703**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  **Employee**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $42,507.92 |

**JACK VERBREE DAIRIES**
**1574 E 2900 S**
**WENDELL, ID 83355**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2018**

Basis for the claim:  **Hay**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,131.94 |

**JACK'S TIRE & OIL**
**172 HAWKINS ROAD SOUTH**
**KIMBERLY, ID 83341**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  **Vendor**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $32,629.32 |

**JACKSON GROUP PACLEASE**
**PO BOX 27634**
**SALT LAKE CITY, UT 84127**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2018-2019**

Basis for the claim:  **Vendor**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

| Debtor | **RYAN HINTON INC.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $66.13 |
|---|---|---|---|

**JACKSON GROUP PETERBILT**
**PO BOX 27634**
**SALT LAKE CITY, UT 84127**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred **3/18/19**

Basis for the claim: **Vendor**

Last 4 digits of account number **1600**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**JENNIE L HINTON**
**2701 E 3300 N**
**TWIN FALLS, ID 83301**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Employee**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $61,398.40 |
|---|---|---|---|

**JIM CENARRUSA**
**PO BOX 65**
**CAREY, ID 83320**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred **March 2019**

Basis for the claim: **Vendor  (Current work to be applied to past debt)**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**JOE P THOMAS**
**319 FILER AVE W**
**TWIN FALLS, ID 83301**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Employee**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**JUSTIN S PERRY**
**34 VIEW DRIVE**
**CENTERVILLE, ID 83631**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Employee**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25,063.71 |
|---|---|---|---|

**K  AND B INDUSTRIES LLC**
**2198 JULIE LN**
**TWIN FALLS, ID 83301**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2017-2018**

Basis for the claim: **Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $37,333.28 |
|---|---|---|---|

**KABBAGE, INC.**
**925B PEACHTREE STREET NE**
**SUITE 1688**
**ATLANTA, GA 30309**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: **Loan**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **RYAN HINTON INC.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.39** | Nonpriority creditor's name and mailing address
KALEB R HINTON
2290 SETTLERS LANE
TWIN FALLS, ID 83301

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Employee**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.40** | Nonpriority creditor's name and mailing address
KENWORTH SALES
322 E FRONTAGE ROAD
JEROME, ID 83338

Date(s) debt was incurred **2018-2019**

Last 4 digits of account number **6951**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

**$12,048.15**

---

**3.41** | Nonpriority creditor's name and mailing address
LANDVIEW, INC.
PO BOX 475
RUPERT, ID 83350

Date(s) debt was incurred **2017-2018**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

**$14,096.73**

---

**3.42** | Nonpriority creditor's name and mailing address
LAWRENCE K QUIRK
1334 HOLMAN AVENUE
POCATELLO, ID 83201

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Employee**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.43** | Nonpriority creditor's name and mailing address
LES SCHWAB
421 BLUE LAKES BLVD N.
TWIN FALLS, ID 83301

Date(s) debt was incurred **2018-2019**

Last 4 digits of account number **6941**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

**$28,098.63**

---

**3.44** | Nonpriority creditor's name and mailing address
LORI K HURLEY
4203 N 2100 E
FILER, ID 83328

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Employee**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.45** | Nonpriority creditor's name and mailing address
MCKENZIE FARMS
PO BOX 307
CAREY, ID 83320

Date(s) debt was incurred **10/22/18**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

**$24,360.70**

---

Debtor   **RYAN HINTON INC.**

_Name_

Case number _(if known)_ _____

---

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | **Unknown** |
|---|---|---|---|

**MICHAEL J FISH**
**790 S 14 E**
**MOUNTAIN HOME, ID 83647**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Employee**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | **$4,545.66** |
|---|---|---|---|

**MILK HAULERS SERVICES**
**PO BOX 745**
**JEROME, ID 83338-5483**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **1/30/19 & 2/1/19**

Basis for the claim:  **Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | **$239,357.15** |
|---|---|---|---|

**NATIONAL FUNDING**
**9820 TOWNE CENTRE DRIVE**
**SAN DIEGO, CA 92121**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Loan**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | **$30,913.90** |
|---|---|---|---|

**NEDROW BROTHERS**
**1401 N 3125 E**
**ASHTON, ID 83420**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **12/28/17**

Basis for the claim:  **Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | **$24,930.26** |
|---|---|---|---|

**NORTHWEST EQUIPMENT SALES**
**2992 KIMBERLY RD**
**TWIN FALLS, ID 83301**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2018-2019**

Basis for the claim:  **Vendor**

Last 4 digits of account number  **1504**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | **$7,193.00** |
|---|---|---|---|

**PACIFIC SOURCE HEALTH PLANS**
**PO BOX 7068**
**SPRINGFIELD, OR 97475**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **May 2019**

Basis for the claim:  **Health Insurance Benefits**

Last 4 digits of account number  **P001**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | **$46,441.05** |
|---|---|---|---|

**PALI FARM LLC**
**8235 NORTH 4600 WEST**
**ELWOOD, UT 84337**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  **8/24/18**

Basis for the claim:  **Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **RYAN HINTON INC.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 3.53 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$327,105.25** |
|---|---|---|---|

PASCO FARMING INC.
590 WEST 900 NORTH
PAUL, ID 83347

Date(s) debt was incurred  **2017-2018**

Last 4 digits of account number  **_**

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.54 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$46,425.55** |
|---|---|---|---|

PHIL YOST
1780 RICH ROAD
GRACE, ID 83241

Date(s) debt was incurred  **8/30/18**

Last 4 digits of account number  **241**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.55 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,992.09** |
|---|---|---|---|

PILOT THOMAS LOGISTICS
PO BOX 677289
DALLAS, TX 75267-7289

Date(s) debt was incurred  **11/12/18**

Last 4 digits of account number  **4201**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.56 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$21,023.80** |
|---|---|---|---|

R AG
1758 N 1775 W
PAUL, ID 83347

Date(s) debt was incurred  **7/27/17 & 8/30/18**

Last 4 digits of account number  **_**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.57 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

RHONDA M HANCOCK
673 MAIN STREET S
HANSEN, ID 83334

Date(s) debt was incurred  **_**

Last 4 digits of account number  **_**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Employee**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.58 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

ROBERT RYAN HINTON
3531 E 3195 N
KIMBERLY, ID 83341

Date(s) debt was incurred  **_**

Last 4 digits of account number  **_**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Employee**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.59 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

ROD L GILLEY
823 5TH STREET
RUPERT, ID 83350

Date(s) debt was incurred  **_**

Last 4 digits of account number  **_**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Employee**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| Debtor | **RYAN HINTON INC.** | | |
|---|---|---|---|
| | Name | Case number *(if known)* | |

| 3.60 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$10,513.16** |
|---|---|---|---|

**RUSH TRUCK CENTER**
**537 ARLEN ROAD**
**JEROME, ID 83338-5515**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2018-2019**

Basis for the claim:  **Vendor**

Last 4 digits of account number  **6612**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.61 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**SABRINA S HILL**
**175 E BLAINE AVE**
**RICHFIELD, ID 83349**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  **Employee**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.62 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**SCOTT T SCHOOLCRAFT**
**1761 E 2350 S**
**GOODING, ID 83330**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  **Employee**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.63 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$29,431.80** |
|---|---|---|---|

**SIMPSON BROTHERS**
**BOX 208**
**CAREY, ID 83320**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **8/18 & 9/18**

Basis for the claim:  **Vendor**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.64 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$6,592.26** |
|---|---|---|---|

**SIX ROBBLEES' INC.**
**PO BOX 3703**
**SEATTLE, WA 98124**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2018-2019**

Basis for the claim:  **Vendor**

Last 4 digits of account number  **5450**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.65 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,242.50** |
|---|---|---|---|

**SMOKIN DIESEL PERFORMANCE**
**360 MEADOWVIEW LANE**
**TWIN FALLS, ID 83301**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **10/12/18**

Basis for the claim:  **Vendor**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.66 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$429,222.76** |
|---|---|---|---|

**SUNRISE FOODS INTERNATIONAL**
**306 QUEEN STREET #200**
**SASKATOON, SK**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  _

Basis for the claim:  **Vendor**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **RYAN HINTON INC.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 3.67 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $16,752.73 |
|---|---|---|---|

TARP-IT, INC.
3000 WILSON CREEK ROAD
ELLENSBURG, WA 98926

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __2018-2019__

Basis for the claim:  __Vendor__

Last 4 digits of account number  __4194__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.68 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,982.50 |
|---|---|---|---|

TEC EQUIPMENT
PO BOX 11272
PORTLAND, OR 97211

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __12/18 & 3/19__

Basis for the claim:  __TEC Equipment__

Last 4 digits of account number  __0172__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.69 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $250.00 |
|---|---|---|---|

TONY'S  2T AUTO INC
2374 ADDISON AVE EAST
TWIN FALLS, ID 83301

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __May 2019__

Basis for the claim:  __Detail Equipment__

Last 4 digits of account number  __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.70 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,197.93 |
|---|---|---|---|

TRADESMEN STAFFING LLC
PO BOX 5393
TWIN FALLS, ID 83303-5393

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __10/3/18__

Basis for the claim:  __Vendor__

Last 4 digits of account number  __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.71 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $61,866.70 |
|---|---|---|---|

TRAIL RANCHES INC.
5308 E TRAIL ROAD
KING HILL, ID 83633

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  __9/10/18__

Basis for the claim:  __Vendor__

Last 4 digits of account number  __6040__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.72 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

TRAVIS D ZELLER
2208 E 4000 N
FILER, ID 83328

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __

Basis for the claim:  __Employee__

Last 4 digits of account number  __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.73 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

TRAVIS J HINTON
2701 E 3300 N
TWIN FALLS, ID 83301

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __

Basis for the claim:  __Employee__

Last 4 digits of account number  __

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **RYAN HINTON INC.** | | |
|---|---|---|---|
| | Name | Case number *(if known)* | |

---

**3.74** | Nonpriority creditor's name and mailing address

**TRUCKERS REPORTING SERVICE**
**PO BOX 8087**
**BOISE, ID 83707**

Date(s) debt was incurred  **May 2019**

Last 4 digits of account number  **_**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Licensing or Permits**

Is the claim subject to offset? ■ No ☐ Yes

**$206.00**

---

**3.75** | Nonpriority creditor's name and mailing address

**US DEPT OF TRANSPORTATION**
**GOLDEN HILLS OFFICE CENTRE**
**12600 W COLFAX AVE STE B-300**
**LAKEWOOD, CO 80215**

Date(s) debt was incurred  **3/28/2019**

Last 4 digits of account number  **1544**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Civil Penalty**

Is the claim subject to offset? ■ No ☐ Yes

**$31,400.00**

---

**3.76** | Nonpriority creditor's name and mailing address

**VERIZON WIRELESS**
**PO BOX 660108**
**DALLAS, TX 75266-0108**

Date(s) debt was incurred  **3/18/19**

Last 4 digits of account number  **_**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Cell Phone**

Is the claim subject to offset? ■ No ☐ Yes

**$5,256.76**

---

**3.77** | Nonpriority creditor's name and mailing address

**WCF INSURANCE**
**100 W TOWNE RIDGE PKWY**
**SANDY, UT 84070**

Date(s) debt was incurred  **3/20/2019**

Last 4 digits of account number  **3039**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Workers Compensation Insurance**

Is the claim subject to offset? ☐ No ☐ Yes

**$38,032.34**

---

**3.78** | Nonpriority creditor's name and mailing address

**WEST END DIESEL**
**1007 BURLEY AVE**
**BUHL, ID 83316**

Date(s) debt was incurred  **12/18 & 2/19**

Last 4 digits of account number  **4638**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

**$2,932.36**

---

**3.79** | Nonpriority creditor's name and mailing address

**WESTERN STATES EQUIPEMENT**
**PO BOX 3805**
**SEATTLE, WA 98124-3805**

Date(s) debt was incurred  **2018-2019**

Last 4 digits of account number  **_**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

**$832.51**

---

**3.80** | Nonpriority creditor's name and mailing address

**WESTERN TRAILERS**
**PO BOX 5598**
**BOISE, ID 83705**

Date(s) debt was incurred  **2018-2019**

Last 4 digits of account number  **_**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

**$308.07**

---

| Debtor | RYAN HINTON INC. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.81 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $13,179.90 |
|---|---|---|---|

**ZIONS BANKCARD CENTER**
**PO BOX 25787**
**SALT LAKE CITY, UT 84125-0787**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred   **March 2019**

Last 4 digits of account number   **8959**

Basis for the claim:   **Credit Card**

Is the claim subject to offset? ■ No ☐ Yes

---

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---|---|

**4.** List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **BAILEY FARMS INTERNATIONAL**<br>**850 NORTH 200 EAST**<br>**EPHRAIM, UT 84627** | Line **3.4**<br><br>☐ Not listed. Explain ____ | _ |
| 4.2 | **BLAIR R JACKSON**<br>**INVICTUS LAW**<br>**360 S TECHNOLOGY CT STE 100**<br>**LINDON, UT 84042** | Line **3.31**<br><br>☐ Not listed. Explain ____ | _ |
| 4.3 | **DANE BOLINGER**<br>**HAWLEY TROXELL**<br>**PO BOX 1617**<br>**BOISE, ID 83701-1617** | Line **3.53**<br><br>☐ Not listed. Explain ____ | _ |
| 4.4 | **HAWLEY TROXELL ENNIS HAWLEY**<br>**877 MAIN STREET SUITE 1000**<br>**BOISE, ID 83701-1617** | Line **3.66**<br><br>☐ Not listed. Explain ____ | _ |
| 4.5 | **JED MANWARING**<br>**EVANS KEANE LLP**<br>**PO BOX 959**<br>**BOISE, ID 83701-0959** | Line **3.71**<br><br>☐ Not listed. Explain ____ | _ |
| 4.6 | **JEREMY C VAUHGN**<br>**PO BOX 83**<br>**TWIN FALLS, ID 83303-0083** | Line **3.12**<br><br>☐ Not listed. Explain ____ | _ |
| 4.7 | **JEREMY C. SINK**<br>**MCKAY, BURTON & THURMAN**<br>**15 W SOUTH TEMPLE, STE 1000**<br>**SALT LAKE CITY, UT 84101** | Line **3.4**<br><br>☐ Not listed. Explain ____ | _ |
| 4.8 | **JOE DICKS**<br>**DICKS & WORKMAN**<br>**750 B STREET, STE 1820**<br>**SAN DIEGO, CA 92101** | Line **3.48**<br><br>☐ Not listed. Explain ____ | _ |
| 4.9 | **MICHAEL DANIELSON**<br>**PO BOX 366**<br>**TWIN FALLS, ID 83303-0366** | Line **3.40**<br><br>☐ Not listed. Explain ____ | _ |

| Debtor | **RYAN HINTON INC.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.10 | **MILES P. JENSEN**<br>**OLSON & HOGGAN PC**<br>**130 SOUTH MAIN, STE 200**<br>**LOGAN, UT 84321** | Line **3.52**<br><br>☐ Not listed. Explain ____ | _ |
| 4.11 | **NICOLE CANNON**<br>**TOLMAN BRIZEE & CANNON, PC**<br>**PO BOX 1276**<br>**TWIN FALLS, ID 83303-1276** | Line **3.41**<br><br>☐ Not listed. Explain ____ | _ |
| 4.12 | **RITA N CORNISH**<br>**PARR BROWN GEE & LOVELESS PC**<br>**101 SOUTH 200 EAST SUITE 700**<br>**SALT LAKE CITY, UT 84111** | Line **3.4**<br><br>☐ Not listed. Explain ____ | _ |
| 4.13 | **SCOTT B. LINDSTROM**<br>**PARSONS SMITH STONE LOVELAND**<br>**PO BOX 910**<br>**BURLEY, ID 83318** | Line **3.41**<br><br>☐ Not listed. Explain ____ | _ |
| 4.14 | **STARLEY LEAVITT INSURANCE**<br>**715 SHOSHONE STREET N**<br>**TWIN FALLS, ID 83301** | Line **3.77**<br><br>☐ Not listed. Explain ____ | _ |
| 4.15 | **TARA MUREN**<br>**9820 TOWNE CENTRE DRIVE**<br>**SUITE 200**<br>**SAN DIEGO, CA 92121** | Line **3.48**<br><br>☐ Not listed. Explain ____ | _ |
| 4.16 | **VISA**<br>**PO BOX 30495**<br>**TAMPA, FL 33630-3495** | Line **3.14**<br><br>☐ Not listed. Explain ____ | _ |
| 4.17 | **VISA**<br>**PO BOX 30495**<br>**TAMPA, FL 33630-3495** | Line **3.15**<br><br>☐ Not listed. Explain ____ | _ |
| 4.18 | **VISA**<br>**PO BOX 30495**<br>**TAMPA, FL 33630-3495** | Line **3.17**<br><br>☐ Not listed. Explain ____ | _ |
| 4.19 | **VISA**<br>**PO BOX 30495**<br>**TAMPA, FL 33630-3495** | Line **3.18**<br><br>☐ Not listed. Explain ____ | _ |

**Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims**

**5.** Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ 195,873.64 |
| **5b. Total claims from Part 2** | 5b. + | $ 2,773,530.76 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ 2,969,404.40 |

**Fill in this information to identify the case:**

Debtor name **RYAN HINTON INC.**

United States Bankruptcy Court for the: DISTRICT OF IDAHO

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.    **Does the debtor have any executory contracts or unexpired leases?**
☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal    Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| 2.1.  State what the contract or lease is for and the nature of the debtor's interest **Arco Freight is Lessee of 5 Trucks owned by Ryan Hinton, Inc.**<br><br>State the term remaining<br><br>List the contract number of any government contract | **ARCO FREIGHT**<br>**257 South 100 East**<br>**JEROME, ID 83338** |
| 2.2.  State what the contract or lease is for and the nature of the debtor's interest **Lease of 2018 International Truck #46 (VIN 3HSDZTZRJNO73345) $2,083.86 per month**<br><br>State the term remaining<br><br>List the contract number of any government contract | **BMO HARRIS**<br>**PO BOX 71810**<br>**CHICAGO, IL 60694-1810** |
| 2.3.  State what the contract or lease is for and the nature of the debtor's interest **Lease of 2018 International Truck #48 (VIN 3HSDZT2R9JNO73348) $2,083.86 per month**<br><br>State the term remaining<br><br>List the contract number of any government contract | **BMO HARRIS**<br>**PO BOX 71810**<br>**CHICAGO, IL 60694-1810** |
| 2.4.  State what the contract or lease is for and the nature of the debtor's interest **Lease of 2018 International Truck #49 (VIN 3HSDZTZR2JNO73347) $2,083.86 per month**<br><br>State the term remaining<br><br>List the contract number of any government contract | **BMO HARRIS**<br>**PO BOX 71810**<br>**CHICAGO, IL 60694-1810** |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

| Debtor 1 | **RYAN HINTON INC.** | | | Case number *(if known)* | |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Lease of 2018 International Truck #50 (VIN 3HSDZTZR0JNO73346) $2,083.86 per month** | |
|---|---|---|---|
| | State the term remaining | | **BMO HARRIS** |
| | List the contract number of any government contract | | **PO BOX 71810** |
| | | | **CHICAGO, IL 60694-1810** |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **Lease of 2018 International Truck #47 (VIN 3HSDZAPR7JN073349) -$2,088.31 per month October 2022** | |
|---|---|---|---|
| | State the term remaining | | **BMO HARRIS** |
| | List the contract number of any government contract | | **PO BOX 71810** |
| | | | **CHICAGO, IL 60694-1810** |

| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | **Lease of 2018 Peterbilt 389 Series Truck #45 (VIN 1XPXD49X6JD472559) - $2,575.80 per month. Expires September 2021** | |
|---|---|---|---|
| | State the term remaining | | **BMO HARRIS** |
| | List the contract number of any government contract | | **PO BOX 71810** |
| | | | **CHICAGO, IL 60694-1810** |

| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | **Lease of 2018 Peterbilt Model 389-Series of $2,575.80 per month** | |
|---|---|---|---|
| | State the term remaining | **Expires 10/12/21** | **BMO TRANSPORTATION FINANCE** |
| | List the contract number of any government contract | | **300 E JOHN CARPENTER FREEWAY SUITE 500** |
| | | | **IRVING, TX 75062** |

| 2.9. | State what the contract or lease is for and the nature of the debtor's interest | **Lease of 2018 Peterbilt Truck #101 (VIN 1XPXD49X1JD491648) $2,652.08 per month** | |
|---|---|---|---|
| | State the term remaining | **Expires May 13, 2023** | **CONTINENTAL BANK** |
| | List the contract number of any government contract | | **15 W SOUTH TEMPLE STE 300** |
| | | | **SALT LAKE CITY, UT 84101** |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor 1    **RYAN HINTON INC.**

First Name            Middle Name            Last Name            Case number *(if known)*

 **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| 2.10. | State what the contract or lease is for and the nature of the debtor's interest | **Contract for delivery of organic barley for the 2019 crop year.** | |
|---|---|---|---|
| | State the term remaining | **2019 Crop Year** | **DOUBLE EAGLE DAIRY** |
| | List the contract number of any government contract | | **4960 E 3100 N**<br>**MURTAUGH, ID 83344** |

| 2.11. | State what the contract or lease is for and the nature of the debtor's interest | **Lease of 2016 Western 18 Tandem One Bin Hopper/Grain Trailer (VIN 5DN231828GB001656) and 2016 Western 38 Tandem Two Bin Hopper/Grain Trailer (VIN 5DN133825GB001654) $1,515.70 per month** | |
|---|---|---|---|
| | State the term remaining | **Expires 11/25/2021** | **ENGS COMMERICAL FINANCE** |
| | List the contract number of any government contract | | **2441 WARRENVILLE RD, STE 310**<br>**LISLE, IL 60532** |

| 2.12. | State what the contract or lease is for and the nature of the debtor's interest | **Lease of 1 Western Flatbed 48' Trailer VIN 5DN114829GB000857) $700 per month** | |
|---|---|---|---|
| | State the term remaining | | **FIELDS TRUCKING LLC** |
| | List the contract number of any government contract | | **1252 INCA DRIVE**<br>**TWIN FALLS, ID 83301** |

| 2.13. | State what the contract or lease is for and the nature of the debtor's interest | **Lease of Pressure Washer (Watts DHG-4004-BOH6G) - $184.27 per month** | |
|---|---|---|---|
| | State the term remaining | **Expires 3/4/2023** | **LEASE CONSULTANTS CORP.** |
| | List the contract number of any government contract | | **PO BOX 71397**<br>**DES MOINES, IA 50325** |

| 2.14. | State what the contract or lease is for and the nature of the debtor's interest | **Purchase Agreement of 2000 Peterbilt VIN# 1NP6LB9X5YD610955. Monthly payments of $1,384.35** | |
|---|---|---|---|
| | State the term remaining | | **MARK SMITH** |
| | List the contract number of any government contract | | **HUMBOLDT HAY COMPANY**<br>**7015 MCNINCH ROAD**<br>**WINNEMUCCA, NV 89445-8918** |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor 1 | **RYAN HINTON INC.** | | | Case number *(if known)* | |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.15. | State what the contract or lease is for and the nature of the debtor's interest | **Lease of 2018 Retnour 53' Trailer #134 (VIN IRNF53A2JRD044) (1RNF53A2OJR044) (1RNF53A22JRD044)** | |
| | State the term remaining | | **NORTHLAND CAPITAL EQUIPMENT PO BOX 7278 SAINT CLOUD, MN 56302-7278** |
| | List the contract number of any government contract | | |

| 2.16. | State what the contract or lease is for and the nature of the debtor's interest | **Lease of 2018 Mac 48' Flatbed Trailer (5MAPA4828JA042865) and 2018 Mac 48' Flatbed Trailer (5MAPA482XJA042866) - $2,097.29 per month Expires October 08, 2021** | |
| | State the term remaining | | **NORTHWEST EQUIPMENT SALES 2405 SOUTH JANEEN STREET BOISE, ID 83709** |
| | List the contract number of any government contract | | |

| 2.17. | State what the contract or lease is for and the nature of the debtor's interest | **Lease of 2018 Volvo VNL SN 4V4NC9EH5JN886275 (Trk 43) $2,695.00 per month Expires 5/12/2022** | |
| | State the term remaining | | **NORTHWEST EQUIPMENT SALES 2405 SOUTH JANEEN STREET BOISE, ID 83709** |
| | List the contract number of any government contract | | |

| 2.18. | State what the contract or lease is for and the nature of the debtor's interest | **Lease of 2019 Mack Truck #54 (VIN: KM003436)** | |
| | State the term remaining | | **NORTHWEST LEASING 2405 S JANEEN STREET BOISE, ID 83709** |
| | List the contract number of any government contract | | |

| 2.19. | State what the contract or lease is for and the nature of the debtor's interest | **Lease of 2018 Mac 48' Trailer #631 (VIN 5MAPA4821JB044631) $888.98 per month. Expires 12/31/2021** | |
| | State the term remaining | | **NORTHWEST LEASING 2405 S JANEEN STREET BOISE, ID 83709** |
| | List the contract number of any government contract | | |

Debtor 1   **RYAN HINTON INC.**
_____   Case number (*if known*) _____
First Name          Middle Name          Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.20.** State what the contract or lease is for and the nature of the debtor's interest | **Lease of 2016 Kenworth Truck #52 (VIN 1XKWD49X8GJ103312) - $2,232.46 per month** |
| State the term remaining | **Expires** |
| List the contract number of any government contract | **PACAAR FINANCIAL CORP.**<br>**PO BOX 31001-7416**<br>**PASADENA, CA 91110-7416** |
| **2.21.** State what the contract or lease is for and the nature of the debtor's interest | **Month to Month Lease of 2017 IMCO (VIN# 1M9550284H1041036) - $2,000 per month; 2017 IMCO (VIN# 1M9550284J10401) - $2,000 per month; 2017 IMCO VIN# 280J1041010) - $2,000 per month.** |
| State the term remaining | **Month to Month** |
| List the contract number of any government contract | **PERFECT BLEND**<br>**DANIEL HAZEN**<br>**10900 NE 8TH STREET**<br>**BELLEVUE, WA 98004** |
| **2.22.** State what the contract or lease is for and the nature of the debtor's interest | **Lease of 2018 Western Trailer #752 (VIN 5DN21292XJB000752)** |
| State the term remaining | |
| List the contract number of any government contract | **QL TITLING TRUST LDT**<br>**PO BOX 83265**<br>**CHICAGO, IL 60691-0265** |
| **2.23.** State what the contract or lease is for and the nature of the debtor's interest | **Lease of 2018 Western Trailer #753 (VIN 5DN21292XJB000753)** |
| State the term remaining | |
| List the contract number of any government contract | **QL TITLING TRUST LDT**<br>**PO BOX 83265**<br>**CHICAGO, IL 60691-0265** |
| **2.24.** State what the contract or lease is for and the nature of the debtor's interest | **Lease of property located at 2290 Settlers Lane, Twin Falls, ID.** |
| State the term remaining | **Expires 10/20/22** |
| List the contract number of any government contract | **ROBERT RYAN HINTON**<br>**3531 E 3195 N**<br>**KIMBERLY, ID 83341-5351** |

Debtor 1    **RYAN HINTON INC.**

First Name         Middle Name         Last Name                    Case number (*if known*) _____

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- |

| 2.25. | State what the contract or lease is for and the nature of the debtor's interest | **Lease of property located at 290 Highway 30, Hansen, ID 83334.** | |
| | State the term remaining | **Expires 06/01/23** | |
| | List the contract number of any government contract | _____ | **ROBERT RYAN HINTON**<br>**3531 E 3195 N**<br>**KIMBERLY, ID 83341-5351** |

| 2.26. | State what the contract or lease is for and the nature of the debtor's interest | **Lease of 2012 Reitnour Trailer #859 (VIN 1RNF48A28DR026859)** | |
| | State the term remaining | **March 2021** | |
| | List the contract number of any government contract | _____ | **VEHICLE LENDERS GROUP, LLC**<br>**23 BERRY HILL ROAD**<br>**OYSTER BAY, NY 11771** |

| 2.27. | State what the contract or lease is for and the nature of the debtor's interest | **Lease of 2012 Reitnour Trailer #860 (VIN IRNF48A28DR026860)** | |
| | State the term remaining | **March 2021** | |
| | List the contract number of any government contract | _____ | **VEHICLE LENDERS GROUP, LLC**<br>**23 BERRY HILL ROAD**<br>**OYSTER BAY, NY 11771** |

| 2.28. | State what the contract or lease is for and the nature of the debtor's interest | **Lease of 2017 IMCO Trailers #10 & 12 (VIN 1M9550280J1041012 & 1M9550280J1041010)** | |
| | State the term remaining | **March 2021** | |
| | List the contract number of any government contract | _____ | **VEHICLE LENDERS GROUP, LLC**<br>**23 BERRY HILL ROAD**<br>**OYSTER BAY, NY 11771** |

| 2.29. | State what the contract or lease is for and the nature of the debtor's interest | **Lease of 651 Blue Lakes Blvd. N. Twin Falls, ID 83301 at $1,190 per month. Expires 12/9/2019** | |
| | State the term remaining | | |
| | List the contract number of any government contract | _____ | **VERITY PROPERTY MANAGEMENT**<br>**200 N 23RD STREET**<br>**BOISE, ID 83702** |

| 2.30. | State what the contract or lease is for and the nature of the debtor's interest | **Lease of 926 M Loader Cat 2017 Forks and Bucket** | |
| | State the term remaining | | |
| | List the contract number of any | _____ | **WESTERN STATE CAT**<br>**500 E OVERLAND ROAD**<br>**MERIDIAN, ID 83642** |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

| Debtor 1 | **RYAN HINTON INC.** | | | Case number *(if known)* | |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **RYAN HINTON INC.** |
| United States Bankruptcy Court for the: | DISTRICT OF IDAHO |
| Case number *(if known)* | |

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors
12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **ROBERT RYAN HINTON** | **3531 EAST 3195 NORTH KIMBERLY, ID 83341** | **FIRST FEDERAL SAVINGS BANK** | ■ D __2.22__<br>☐ E/F _____<br>☐ G _____ |
| 2.2 | **ROBERT RYAN HINTON** | **3531 EAST 3195 NORTH KIMBERLY, ID 83341** | **WEX BANK** | ■ D __2.53__<br>☐ E/F _____<br>☐ G _____ |
| 2.3 | **ROBERT RYAN HINTON** | **3531 EAST 3195 NORTH KIMBERLY, ID 83341** | **PORTER BILLING SERVICES LLC** | ■ D __2.40__<br>☐ E/F _____<br>☐ G _____ |
| 2.4 | **ROBERT RYAN HINTON** | **3531 EAST 3195 NORTH KIMBERLY, ID 83341** | **CORPORATION SERVICE COMPANY** | ■ D __2.9__<br>☐ E/F _____<br>☐ G _____ |
| 2.5 | **ROBERT RYAN HINTON** | **3531 EAST 3195 NORTH KIMBERLY, ID 83341** | **LEASE CONSULTANTS CORP.** | ■ D __2.29__<br>☐ E/F _____<br>☐ G _____ |

Debtor    **RYAN HINTON INC.**

Case number *(if known)* _____

| | | |
|---|---|---|
| ⬛ | **Additional Page to List More Codebtors** | |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.6 | ROBERT RYAN HINTON | 3531 EAST 3195 NORTH KIMBERLY, ID 83341 | FIRST FEDERAL SAVINGS BANK | ⬛ D __2.24__<br>☐ E/F _____<br>☐ G _____ |
| 2.7 | ROBERT RYAN HINTON | 3531 EAST 3195 NORTH KIMBERLY, ID 83341 | VEHICLE LENDERS GROUP, LLC | ⬛ D __2.44__<br>☐ E/F _____<br>☐ G _____ |
| 2.8 | ROBERT RYAN HINTON | 3531 EAST 3195 NORTH KIMBERLY, ID 83341 | VEHICLE LENDERS GROUP, LLC | ⬛ D __2.45__<br>☐ E/F _____<br>☐ G _____ |
| 2.9 | ROBERT RYAN HINTON | 3531 EAST 3195 NORTH KIMBERLY, ID 83341 | BMO TRANSPORTATION FINANCE | ⬛ D __2.1__<br>☐ E/F _____<br>☐ G _____ |
| 2.10 | ROBERT RYAN HINTON | 3531 EAST 3195 NORTH KIMBERLY, ID 83341 | ENGS COMMERCIAL FINANCE | ⬛ D __2.17__<br>☐ E/F _____<br>☐ G _____ |
| 2.11 | ROBERT RYAN HINTON | 3531 EAST 3195 NORTH KIMBERLY, ID 83341 | ENGS COMMERICAL FINANCE | ⬛ D __2.19__<br>☐ E/F _____<br>☐ G _____ |
| 2.12 | ROBERT RYAN HINTON | 3531 EAST 3195 NORTH KIMBERLY, ID 83341 | ENGS COMMERCIAL FINANCE | ⬛ D __2.18__<br>☐ E/F _____<br>☐ G _____ |
| 2.13 | ROBERT RYAN HINTON | 3531 EAST 3195 NORTH KIMBERLY, ID 83341 | DL EVANS BANK | ⬛ D __2.11__<br>☐ E/F _____<br>☐ G _____ |

Debtor   **RYAN HINTON INC.**                                        Case number *(if known)* _____

███  **Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.14 | **ROBERT RYAN HINTON** | **3531 EAST 3195 NORTH KIMBERLY, ID 83341** | **DL EVANS BANK** | ■ D __2.14__ ☐ E/F ____ ☐ G ____ |

| Column 1: **Codebtor** | | | Column 2: **Creditor** | |
|---|---|---|---|---|
| 2.14 | **ROBERT RYAN HINTON** | **3531 EAST 3195 NORTH KIMBERLY, ID 83341** | **DL EVANS BANK** | ■ D __2.14__ <br>☐ E/F ____ <br>☐ G ____ |
| 2.15 | **ROBERT RYAN HINTON** | **3531 EAST 3195 NORTH KIMBERLY, ID 83341** | **DL EVANS BANK** | ■ D __2.15__ <br>☐ E/F ____ <br>☐ G ____ |
| 2.16 | **ROBERT RYAN HINTON** | **3531 EAST 3195 NORTH KIMBERLY, ID 83341** | **ENGS COMMERCIAL FINANCE** | ■ D __2.16__ <br>☐ E/F ____ <br>☐ G ____ |
| 2.17 | **ROBERT RYAN HINTON** | **3531 EAST 3195 NORTH KIMBERLY, ID 83341** | **US BANK** | ■ D __2.43__ <br>☐ E/F ____ <br>☐ G ____ |
| 2.18 | **ROBERT RYAN HINTON** | **3531 EAST 3195 NORTH KIMBERLY, ID 83341** | **OPEN ROAD FINANCIAL SERVICES** | ■ D __2.38__ <br>☐ E/F ____ <br>☐ G ____ |
| 2.19 | **ROBERT RYAN HINTON** | **3531 EAST 3195 NORTH KIMBERLY, ID 83341** | **DL EVANS BANK** | ■ D __2.13__ <br>☐ E/F ____ <br>☐ G ____ |
| 2.20 | **ROBERT RYAN HINTON** | **3531 EAST 3195 NORTH KIMBERLY, ID 83341** | **BMO TRANSPORTATION FINANCE** | ■ D __2.2__ <br>☐ E/F ____ <br>☐ G ____ |
| 2.21 | **ROBERT RYAN HINTON** | **3531 EAST 3195 NORTH KIMBERLY, ID 83341** | **BMO TRANSPORTATION FINANCE** | ■ D __2.3__ <br>☐ E/F ____ <br>☐ G ____ |

| Debtor | **RYAN HINTON INC.** | Case number *(if known)* |
|---|---|---|

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.22 | ROBERT RYAN HINTON | 3531 EAST 3195 NORTH KIMBERLY, ID 83341 | VEHICLE LENDERS GROUP, LLC | ☐ D ____ <br> ☐ E/F ____ <br> ■ G __2.26__ |
| 2.23 | ROBERT RYAN HINTON | 3531 EAST 3195 NORTH KIMBERLY, ID 83341 | VEHICLE LENDERS GROUP, LLC | ☐ D ____ <br> ☐ E/F ____ <br> ■ G __2.28__ |
| 2.24 | ROBERT RYAN HINTON | 3531 EAST 3195 NORTH KIMBERLY, ID 83341 | VEHICLE LENDERS GROUP, LLC | ☐ D ____ <br> ☐ E/F ____ <br> ■ G __2.27__ |
| 2.25 | ROBERT RYAN HINTON | 3531 EAST 3195 NORTH KIMBERLY, ID 83341 | BMO HARRIS | ☐ D ____ <br> ☐ E/F ____ <br> ■ G __2.7__ |

| Fill in this information to identify the case: |
|---|

Debtor name    **RYAN HINTON INC.**

United States Bankruptcy Court for the:    DISTRICT OF IDAHO

Case number (if known)    _____

☐ Check if this is an
amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy          04/19

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

### Part 1:    Income

1.  **Gross revenue from business**

    ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:** From **1/01/2019** to **Filing Date** | ■ Operating a business ☐ Other _____ | **$1,833,271.52** |
| **For prior year:** From **1/01/2018** to **12/31/2018** | ■ Operating a business ☐ Other _____ | **$10,244,530.29** |
| **For year before that:** From **1/01/2017** to **12/31/2017** | ■ Operating a business ☐ Other _____ | **$12,126,541.00** |
| **For the fiscal year:** From **1/01/2016** to **12/31/2016** | ■ Operating a business ☐ Other _____ | **$18,237,521.00** |

2.  **Non-business revenue**
    Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

    ■ None.

| | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
|---|---|---|

### Part 2:    List Certain Transfers Made Before Filing for Bankruptcy

3.  **Certain payments or transfers to creditors within 90 days before filing this case**
    List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                          Best Case Bankruptcy

Debtor   **RYAN HINTON INC.**                                                    Case number *(if known)*

☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.1. **GILES & MEYERS FARMS**<br>**3444 N 3700 E**<br>**HANSEN, ID 83334** | **5/1/2019** | **$3,405.60** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ■ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ☐ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|
| **VOLVO FINANCIAL SERVICES**<br>**PO BOX 26131**<br>**GREENSBORO, NC 27402** | **2016 Mack CHU613 (VIN#**<br>**1M1AN07Y5GM023178)** | **5-1-2019** | **Unknown** |
| **VOLVO FINANCIAL SERVICES**<br>**PO BOX 26131**<br>**GREENSBORO, NC 27402** | **2018 Mack CHU613 (VIN#**<br>**1M1AN07Y4JM027021)** | **5-1-2019** | **Unknown** |
| **VOLVO FINANCIAL SERVICES**<br>**PO BOX 26131**<br>**GREENSBORO, NC 27402** | **2017 Volvo VNL84T630 (VIN#**<br>**4V4N99KK3HN973634)** | **5-1-2019** | **Unknown** |
| **VOLVO FINANCIAL SERVICES**<br>**PO BOX 26131**<br>**GREENSBORO, NC 27402** | **2017 Volvo VNL64T 730 (VIN#**<br>**4V4NC9EJ4HN973632)** | **5-1-2019** | **Unknown** |
| **VOLVO FINANCIAL SERVICES**<br>**PO BOX 26131**<br>**GREENSBORO, NC 27402** | **2017 Mack CHU613 (VIN#**<br>**1M1AN07Y8HM026108)** | **5-1-2019** | **Unknown** |

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ☐ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

Debtor    **RYAN HINTON INC.**

Case number *(if known)* _____

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| **DL EVANS BANK**<br>**906 BLUE LAKES BLVD N**<br>**TWIN FALLS, ID 83301** | **Creditor cashed out a CD and applied a portion to the Operating LIne of Credit.**<br>Last 4 digits of account number: _____ | 05/06/2019 | $100,967.10 |
| **DL EVANS BANK**<br>**906 BLUE LAKES BLVD N**<br>**TWIN FALLS, ID 83301** | Last 4 digits of account number: _____ | 5/____/2019 | $0.00 |

| Part 3: | Legal Actions or Assignments |
|---|---|

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case**.**

☐ None.

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **Trail Ranches, Inc. v. Ryan Hinton, Inc. and Ryan Hinton**<br>**CV42-19-0777** | **Civil** | **Twin Falls County Court**<br>**427 Shoshone Street N**<br>**Twin Falls, ID 83301** | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2. | **Land View, Inc. v. Ryan Hinton, Inc., Ryan Hinton**<br>**CV42-18-4873** | **Civil** | **Twin Falls County Court**<br>**427 Shoshone Street N**<br>**Twin Falls, ID 83301** | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.3. | **Bailey Farms International, LLC v. Ryan Hinton, Inc.**<br>**180100237** | **Civil** | **First District Court**<br>**Box Elder County**<br>**43 North Main, POB 873**<br>**Brigham City, UT 84302** | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.4. | **Sunrise Foods International, Inc. v. Ryan Hinton Inc.**<br>**1:17-cv-00457-CWD** | **Civil** | **United States Court District of Idaho**<br>**550 W Fort Street**<br>**Boise, ID 83724** | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.5. | **Pasco Farming, Inc. v. Ryan Hinton, Inc.**<br>**1:18-cv-00521-DCN** | **Civil** | **United States Court District of Idaho**<br>**550 W Fort Street**<br>**Boise, ID 83724** | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.6. | **National Funding, Inc. v. Ryan Hinton, Inc. dba Ryan Hinton, an Idaho Corporation; Robert Ryan Hinton, an individual and DOES 1-10 inclusive**<br>**30-2018-01026023-CU-BC0CJC** | **Civil** | **Orange County Superior Court**<br>**700 Civic Center Drive West**<br>**Santa Ana, CA 92701** | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.7. | **Searing Industries, Inc. and Searing Industries Wyoming, Inc. v. Ryan Hinton, Inc. et al**<br>**CIVDS1829537** | **Civil** | **San Bernardino Superior Court**<br>**247 W 3rd Street**<br>**San Bernardino, CA 92415** | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.8. | **Bart Pali dba Pali Farms v Ryan Hinton and Ryan Hinton, Inc.**<br>**199100350** | **Civil** | **First District Court of Box Elder**<br>**43 N Main Street**<br>**Brigham City, UT 84302** | ☑ Pending<br>☐ On appeal<br>☐ Concluded |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor    **RYAN HINTON INC.**    Case number *(if known)* _____

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.9. | **Jackson Group Paclease v. Ryan Hinton, Inc.**<br>**190902288** | **Civil** | **3rd District Court - Salt Lake**<br>**3636 Constitution Blvd.**<br>**Salt Lake City, UT 84119** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.10<br>. | **Ryan Hinton, Inc. v. B & B Feed, LLC d/b/a B & B Hay, Todd Burningham, Tim Burningham, Haasen Tara Feed**<br>**CV42-19-1604** | **Civil** | **Twin Falls County Court**<br>**427 Shoshone Street N**<br>**Twin Falls, ID 83301** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

**8. Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

## Part 4:    Certain Gifts and Charitable Contributions

9.  **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

## Part 5:    Certain Losses

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

☐ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|
| **Truck 36** | | **12/6/2018** | **$87,158.50** |
| **Truck 35** | | **3/12/2018** | **$32,064.14** |

## Part 6:    Certain Payments or Transfers

11. **Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor   **RYAN HINTON INC.**                                          Case number *(if known)* _____

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | ANGSTMAN JOHNSON 199 N CAPITOL BLVD., STE. 200 BOISE, ID 83702 | | | $36,690.50 |

Email or website address
**info@angstman.com**

Who made the payment, if not debtor?

---

12. **Self-settled trusts of which the debtor is a beneficiary**
    List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
    Do not include transfers already listed on this statement.

    ■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
    List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

    ■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

| Part 7: | Previous Locations |
|---|---|

14. **Previous addresses**
    List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

    ■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

| Part 8: | Health Care Bankruptcies |
|---|---|

15. **Health Care bankruptcies**
    Is the debtor primarily engaged in offering services and facilities for:
    - diagnosing or treating injury, deformity, or disease, or
    - providing any surgical, psychiatric, drug treatment, or obstetric care?

    ■ No. Go to Part 9.
    ☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

| Part 9: | Personally Identifiable Information |
|---|---|

Debtor    **RYAN HINTON INC.**                                    Case number *(if known)* _____

16. **Does the debtor collect and retain personally identifiable information of customers?**

☑  No.
☐  Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑  No. Go to Part 10.
☐  Yes. Does the debtor serve as plan administrator?

---

**Part 10:** Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

18. **Closed financial accounts**
    Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
    Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | **DL EVANS BANK**<br>**906 BLUE LAKES BLVD N**<br>**TWIN FALLS, ID 83301** | **XXXX-6900** | ☑ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | **May 2019** | **Unknown** |
| 18.2. | **DL EVANS BANK**<br>**906 BLUE LAKES BLVD N**<br>**TWIN FALLS, ID 83301** | **XXXX-0142** | ☐ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☑ Other  **Custodial Account** | **May 2019** | **Unknown** |

19. **Safe deposit boxes**
    List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|
| | | | |

20. **Off-premises storage**
    List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|
| | | | |

---

**Part 11:** Property the Debtor Holds or Controls That the Debtor Does Not Own

21. **Property held for another**
    List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do

| Debtor | RYAN HINTON INC. | Case number *(if known)* |
|---|---|---|

not list leased or rented property.

■ None

## Part 12: Details About Environment Information

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22.  **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23.  **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24.  **Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

## Part 13: Details About the Debtor's Business or Connections to Any Business

25.  **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☐ None

| Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. Dates business existed |
|---|---|---|
| 25.1.  **HIGH MOUNTAIN HAY, LLC DAVID A. COLEMAN PO BOX 525 TWIN FALLS, ID 83303-0525** | | **EIN:** **From-To**   2/2007 to Present |

26.  **Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

Debtor    **RYAN HINTON INC.**                                                                Case number *(if known)* _____

| Name and address | Date of service From-To |
|---|---|
| 26a.1.  **HATCH & COMPANY, CHTD.**<br>**834 FALLS AVENUE SUITE 1020-D**<br>**TWIN FALLS, ID 83301** | **November 2013 to**<br>**August 1, 2018** |
| 26a.2.  **COOPER NORMAN CPAS**<br>**PO BOX 5399**<br>**722 N COLLEGE ROAD**<br>**TWIN FALLS, ID 83301** | **September 1, 2018**<br>**to Present** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

■ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|

27. **Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **ROBERT RYAN HINTON** | **3531 E 3195 N**<br>**KIMBERLY, ID 83341-5351** | Owner | 100 |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

■ No
☐ Yes. Identify below.

Debtor    **RYAN HINTON INC.**                                              Case number *(if known)*

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the parent corporation |
|---|---|

**Part 14:    Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **May 20, 2019**

**/s/ Robert Ryan Hinton**                                    **Robert Ryan Hinton**
Signature of individual signing on behalf of the debtor       Printed name

Position or relationship to debtor    **Owner**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

## United States Bankruptcy Court
### District of Idaho

In re  **RYAN HINTON INC.**
_____
Debtor(s)

Case No. _____
Chapter  **11**  _____

### LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **ROBERT RYAN HINTON**<br>**3531 E 3195 N**<br>**KIMBERLY, ID 83341-5351** | | **100%** | **Shareholder** |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Owner** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date  **May 20, 2019**
_____

Signature  **/s/ Robert Ryan Hinton**
_____
**Robert Ryan Hinton**

_Penalty for making a false statement of concealing property:_ Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

**United States Bankruptcy Court**
**District of Idaho**

In re   **RYAN HINTON INC.**                            Case No. _____

                                 Debtor(s)          Chapter    **11**

# VERIFICATION OF CREDITOR MATRIX

I, the Owner of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    **May 20, 2019**                    **/s/ Robert Ryan Hinton**

                                       **Robert Ryan Hinton**/Owner
                                       Signer/Title

ADRIAN ALVARADO-VARELA
2001 1 STREET
HEYBURN, ID 83336


ANTHONY L MARLOW
2009 LAURA CIRCLE
TWIN FALLS, ID 83301


ARCO FREIGHT
257 South 100 East
JEROME, ID 83338


B   B HAY
158 CYPRESS WAY
TWIN FALLS, ID 83301


BAILEY FARMS INTERNATIONAL
PO BOX 694
EPHRAIM, UT 84627


BAILEY FARMS INTERNATIONAL
850 NORTH 200 EAST
EPHRAIM, UT 84627


BLAIR R JACKSON
INVICTUS LAW
360 S TECHNOLOGY CT STE 100
LINDON, UT 84042


BLUE BEACON
PO BOX 856
SALINA, KS 67402-0856


BMO HARRIS
PO BOX 71810
CHICAGO, IL 60694-1810

```
BMO TRANSPORTATION FINANCE
300 E JOHN CARPENTER FREEWAY
SUITE 500
IRVING, TX 75062


BULK LOADS NOW, LLC
3625 MCLEAN ROAD
OZARK, MO 65721


CARLOS A MONTANO
387 N CONANT AVE
BURLEY, ID 83318


CATERPILLAR FINANCIAL SRVCS
2120 WEST END AVE
NASHVILLE, TN 37203-0986


COLEMAN RITCHIE   JACBOSON
156 2ND AVE W
TWIN FALLS, ID 83303


CONTINENTAL BANK
15 W SOUTH TEMPLE STE 300
SALT LAKE CITY, UT 84101


CORPORATION SERVICE COMPANY
801 ADLAI STEVENSON DR
SPRINGFIELD, IL 62703


CORPORATION SERVICE COMPANY
PO BOX 2576
SPRINGFIELD, IL 62708


CT COMMODITIES
PO BOX DRAWER Q
PIXLEY, CA 93256
```

```
DAIMLER TRUST
13650 HERITAGE PARKWAY
FORT WORTH, TX 76177


DANE BOLINGER
HAWLEY TROXELL
PO BOX 1617
BOISE, ID 83701-1617


DARIN PARKE
20341 SHED ROAD
CAREY, ID 83320


DAVE PARKE
100 CATTLE DRIVE
CAREY, ID 83320


DAVID EHLERS
1031 E 900 S
EDEN, ID 83325


DEERE CREDIT, INC.
6400 NW 86TH STREET
JOHNSTON, IA 50131


DENNEY   COMPANY, CHTD.
1096 N EASTLAND DRIVE
SUITE 200
TWIN FALLS, ID 83301


DL EVANS BANK
906 BLUE LAKES BLVD N
TWIN FALLS, ID 83301


DL EVANS BANK
PO BOX 1188
BURLEY, ID 83318-0826
```

```
DOUBLE EAGLE DAIRY
4960 E 3100 N
MURTAUGH, ID 83344


DRY CREEK FARMS
78 DRY CREEK ROAD
CAREY, ID 83320


ELECTRIC 1 WEST, INC.
268 VICTORY AVENUE
TWIN FALLS, ID 83301


ENGS COMMERCIAL FINANCE
ONE PIERCE PLACE
SUITE 11OO WEST
ITASCA, IL 60143


ENGS COMMERCIAL FINANCE
PO BOX 4062
LISLE, IL 60532-4062


ENGS COMMERICAL FINANCE
2441 WARRENVILLE RD, STE 310
LISLE, IL 60532


ERRATIC INDUSTRIES
3531 E 3195 N
KIMBERLY, ID 83341


FASTRAK
PO BOX 26295
SAN FRANCISCO, CA 94126-6295


FIELDS TRUCKING LLC
1252 INCA DRIVE
TWIN FALLS, ID 83301
```

```
FIRST FEDERAL SAVINGS BANK
PO BOX 2906
TWIN FALLS, ID 83301


FLEETPRIDE
PO BOX 847118
DALLAS, TX 75284-7118


GARY AMOTH TRUCKING, INC.
PO BOX 448
TWIN FALLS, ID 83303


GEM STATE WELDERS SUPPLY INC
PO BOX 384
TWIN FALLS, ID 83303-0384


HANSEN FARMS
2277 EAST 700 NORTH
RUPERT, ID 83350


HATCH   COMPANY, CHTD
834 FALLS AVENUE, STE 1020-D
TWIN FALLS, ID 83301


HAWLEY TROXELL ENNIS HAWLEY
877 MAIN STREET SUITE 1000
BOISE, ID 83701-1617


HITACHI CAPITAL AMERICA CORP
800 CONNECTICUT AVENUE
4TH FLOOR NORTH
NORWALK, CT 06854-1631


IDAHO STATE TAX COMMISSION
PO BOX 36
BOISE, ID 83722-0410
```

```
INTERNAL REVENUE SERVICE
PO BOX 7346
PHILADELPHIA, PA 19101-7346


IVAN A GARCIA
6505 FERN STREET
RENO, NV 89506-1703


JACK VERBREE DAIRIES
1574 E 2900 S
WENDELL, ID 83355


JACK'S TIRE   OIL
172 HAWKINS ROAD SOUTH
KIMBERLY, ID 83341


JACKSON GROUP PACLEASE
PO BOX 27634
SALT LAKE CITY, UT 84127


JACKSON GROUP PETERBILT
PO BOX 27634
SALT LAKE CITY, UT 84127


JED MANWARING
EVANS KEANE LLP
PO BOX 959
BOISE, ID 83701-0959


JENNIE L HINTON
2701 E 3300 N
TWIN FALLS, ID 83301


JEREMY C VAUHGN
PO BOX 83
TWIN FALLS, ID 83303-0083
```

JEREMY C. SINK
MCKAY, BURTON  THURMAN
15 W SOUTH TEMPLE, STE 1000
SALT LAKE CITY, UT 84101


JIM CENARRUSA
PO BOX 65
CAREY, ID 83320


JOE DICKS
DICKS  WORKMAN
750 B STREET, STE 1820
SAN DIEGO, CA 92101


JOE P THOMAS
319 FILER AVE W
TWIN FALLS, ID 83301


JOHN DEERE CONST   FORESTRY
6400 NW 86TH STREET
JOHNSTON, IA 50131


JOHN DEERE FINANCIAL
LEASING DEPT
PO BOX 6600
JOHNSTON, IA 50131-6600


JUSTIN S PERRY
34 VIEW DRIVE
CENTERVILLE, ID 83631


K  AND B INDUSTRIES LLC
2198 JULIE LN
TWIN FALLS, ID 83301


KABBAGE, INC.
925B PEACHTREE STREET NE
SUITE 1688
ATLANTA, GA 30309

KALEB R HINTON
2290 SETTLERS LANE
TWIN FALLS, ID 83301


KENWORTH SALES
322 E FRONTAGE ROAD
JEROME, ID 83338


LANDVIEW, INC.
PO BOX 475
RUPERT, ID 83350


LAWRENCE K QUIRK
1334 HOLMAN AVENUE
POCATELLO, ID 83201


LEASE CONSULTANTS CORP.
PO BOX 71397
DES MOINES, IA 50325


LES SCHWAB
421 BLUE LAKES BLVD N.
TWIN FALLS, ID 83301


LORI K HURLEY
4203 N 2100 E
FILER, ID 83328


MACK FINANCIAL SERVICES
PO BOX 26131
GREENSBORO, NC 27402-6131


MARK SMITH
HUMBOLDT HAY COMPANY
7015 MCNINCH ROAD
WINNEMUCCA, NV 89445-8918

MCKENZIE FARMS
PO BOX 307
CAREY, ID 83320


MERCEDES-BENZ FINANCIAL SVCS
13650 HERITAGE PARKWAY
FORT WORTH, TX 76177


MICHAEL DANIELSON
PO BOX 366
TWIN FALLS, ID 83303-0366


MICHAEL J FISH
790 S 14 E
MOUNTAIN HOME, ID 83647


MILES P. JENSEN
OLSON  HOGGAN PC
130 SOUTH MAIN, STE 200
LOGAN, UT 84321


MILK HAULERS SERVICES
PO BOX 745
JEROME, ID 83338-5483


NATIONAL FUNDING
9820 TOWNE CENTRE DRIVE
SAN DIEGO, CA 92121


NEDROW BROTHERS
1401 N 3125 E
ASHTON, ID 83420


NICOLE CANNON
TOLMAN BRIZEE  CANNON, PC
PO BOX 1276
TWIN FALLS, ID 83303-1276

```
NORTHLAND CAPITAL EQUIPMENT
PO BOX 7278
SAINT CLOUD, MN 56302-7278


NORTHWEST EQUIPMENT SALES
2992 KIMBERLY RD
TWIN FALLS, ID 83301


NORTHWEST EQUIPMENT SALES
2405 S JANEEN STREET
BOISE, ID 83709


NORTHWEST EQUIPMENT SALES
2405 SOUTH JANEEN  STREET
BOISE, ID 83709


NORTHWEST LEASING
NORTHWEST EQUIPMENT SALES
PO BOX 16510
BOISE, ID 83715


NORTHWEST LEASING
2405 S JANEEN STREET
BOISE, ID 83709


OPEN ROAD FINANCIAL SERVICES
TRENA HARUSTAK
PO BOX 484
DALLAS, OR 97338-0484


PACAAR FINANCIAL CORP
DEPT 1166
PO BOX 121166
DALLAS, TX 75312-1166


PACAAR FINANCIAL CORP.
PO BOX 31001-7416
PASADENA, CA 91110-7416
```

PACCAR FINANCIAL CORP.
PO BOX 1618
BELLEVUE, WA 98009


PACIFIC SOURCE HEALTH PLANS
PO BOX 7068
SPRINGFIELD, OR 97475


PALI FARM LLC
8235 NORTH 4600 WEST
ELWOOD, UT 84337


PASCO FARMING INC.
590 WEST 900 NORTH
PAUL, ID 83347


PERFECT BLEND
DANIEL HAZEN
10900 NE 8TH STREET
BELLEVUE, WA 98004


PHIL YOST
1780 RICH ROAD
GRACE, ID 83241


PILOT THOMAS LOGISTICS
PO BOX 677289
DALLAS, TX 75267-7289


PORTER BILLING SERVICES LLC
2112 1ST AVE N
BIRMINGHAM, AL 35203


QL TITLING TRUST LDT
PO BOX 83265
CHICAGO, IL 60691-0265

R AG
1758 N 1775 W
PAUL, ID 83347


RHONDA M HANCOCK
673 MAIN STREET S
HANSEN, ID 83334


RITA N CORNISH
PARR BROWN GEE  LOVELESS PC
101 SOUTH 200 EAST SUITE 700
SALT LAKE CITY, UT 84111


ROBERT RYAN HINTON
3531 E 3195 N
KIMBERLY, ID 83341


ROBERT RYAN HINTON
3531 EAST 3195 NORTH
KIMBERLY, ID 83341


ROD L GILLEY
823 5TH STREET
RUPERT, ID 83350


RUSH TRUCK CENTER
537 ARLEN ROAD
JEROME, ID 83338-5515


SABRINA S HILL
175 E BLAINE AVE
RICHFIELD, ID 83349


SANTANDER BANK
3 HUNTINGTON QUAD STE. 101N
MELVILLE, NY 11747

SCOTT B. LINDSTROM
PARSONS SMITH STONE LOVELAND
PO BOX 910
BURLEY, ID 83318


SCOTT T SCHOOLCRAFT
1761 E 2350 S
GOODING, ID 83330


SIMPSON BROTHERS
BOX 208
CAREY, ID 83320


SIX ROBBLEES' INC.
PO BOX 3703
SEATTLE, WA 98124


SMOKIN DIESEL PERFORMANCE
360 MEADOWVIEW LANE
TWIN FALLS, ID 83301


STARLEY LEAVITT INSURANCE
715 SHOSHONE STREET N
TWIN FALLS, ID 83301


SUNRISE FOODS INTERNATIONAL
306 QUEEN STREET #200
SASKATOON, SK


TARA MUREN
9820 TOWNE CENTRE DRIVE
SUITE 200
SAN DIEGO, CA 92121


TARP-IT, INC.
3000 WILSON CREEK ROAD
ELLENSBURG, WA 98926

TEC EQUIPMENT
PO BOX 11272
PORTLAND, OR 97211


TONY'S  2T AUTO INC
2374 ADDISON AVE EAST
TWIN FALLS, ID 83301


TRADESMEN STAFFING LLC
PO BOX 5393
TWIN FALLS, ID 83303-5393


TRAIL RANCHES INC.
5308 E TRAIL ROAD
KING HILL, ID 83633


TRANSPORTATION ALLIANCE BANK
4185 HARRISON BLVD STE 200
OGDEN, UT 84403


TRAVIS D ZELLER
2208 E 4000 N
FILER, ID 83328


TRAVIS J HINTON
2701 E 3300 N
TWIN FALLS, ID 83301


TRUCKERS REPORTING SERVICE
PO BOX 8087
BOISE, ID 83707


TWIN FALLS COUNTY TREASURER
PO BOX 88
TWIN FALLS, ID 83303-0088

UCC DIRECT SERVICES
PO BOX 29071
GLENDALE, CA 91209-9071


US BANK
1310 MADRID STREET
MARSHALL, MN 56258


US BANK FINANCE
PO BOX 790448
SAINT LOUIS, MO 63179-0448


US DEPT OF TRANSPORTATION
GOLDEN HILLS OFFICE CENTRE
12600 W COLFAX AVE STE B-300
LAKEWOOD, CO 80215


VEHICLE LENDERS GROUP, LLC
23 BERRY HILL ROAD
OYSTER BAY, NY 11771


VERITY PROPERTY MANAGEMENT
200 N 23RD STREET
BOISE, ID 83702


VERIZON WIRELESS
PO BOX 660108
DALLAS, TX 75266-0108


VFS US LLC
PO BOX 26131
GREENSBORO, NC 27402


VFS US LLC   ASSIGNS
654 AMHERST ROAD, STE. 353
SUNDERLAND, MA 01375

VISA
PO BOX 30495
TAMPA, FL 33630-3495


VOLVO FINANCIAL SERVICES
PO BOX 26131
GREENSBORO, NC 27402


WCF INSURANCE
100 W TOWNE RIDGE PKWY
SANDY, UT 84070


WEST END DIESEL
1007 BURLEY AVE
BUHL, ID 83316


WESTERN STATE CAT
500 E OVERLAND ROAD
MERIDIAN, ID 83642


WESTERN STATES EQUIPOMENT
PO BOX 3805
SEATTLE, WA 98124-3805


WESTERN TRAILERS
PO BOX 5598
BOISE, ID 83705


WEX BANK
7090 UNION PARK CENTER
SUITE 350
MIDVALE, UT 84047


ZIONS BANKCARD CENTER
PO BOX 25787
SALT LAKE CITY, UT 84125-0787

# United States Bankruptcy Court
## District of Idaho

In re   **RYAN HINTON INC.** _____   Case No. _____

Debtor(s)   Chapter   **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **RYAN HINTON INC.**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**May 20, 2019** _____

Date

**/s/ Chad R. Moody** _____

**Chad R. Moody**
Signature of Attorney or Litigant
Counsel for   **RYAN HINTON INC.** _____
**ANGSTMAN JOHNSON**
**199 N. Capitol Blvd, Ste 200**
**BOISE, ID 83702**
**208-384-8588 Fax:208-853-0117**
**info@angstman.com**