Brent R. Wilson, ISB No. 8936
HAWLEY TROXELL ENNIS & HAWLEY LLP
877 Main Street, Suite 1000
P.O. Box 1617
Boise, ID 83701-1617
Telephone: 208.344.6000
Facsimile: 208-954-5209
Email: bwilson@hawleytroxell.com

Attorneys for Creditor Pasco Farming, Inc.

UNITED STATES BANKRUPTCY COURT

DISTRICT OF IDAHO

| | |
|---|---|
| In Re:<br><br>RYAN HINTON, INC.,<br><br>Debtor, | Case No. 19-40481-JDP<br><br>Chapter 11 |

### NOTICE OF APPEARANCE AND REQUEST FOR SERVICE

NOTICE IS HEREBY GIVEN that Brent R. Wilson of Hawley Troxell Ennis & Hawley LLP hereby enters his appearance on behalf of creditor Pasco Farming, Inc., and hereby requests that all notices given or required to be given in this case, and all papers served, or required to be served, be given to and served upon:

>Brent R. Wilson
>bwilson@hawleytroxell.com
>HAWLEY TROXELL ENNIS & HAWLEY LLP
>P.O. Box 1617
>Boise, Idaho 83701

NOTICE OF APPEARANCE AND REQUEST FOR SERVICE - 1

45263.0005.11959083.1

The foregoing requests all notices, copies, and pleadings referred to in Bankruptcy Rule 2002, including without limitation, notices of any orders, motions, demands, complaints, petitions, pleadings, or requests, applications, and any other documents brought before the Court in this case, whether formal or informal, written or oral, or transmitted or conveyed by mail, delivery, telephone, facsimile, or otherwise.

DATED THIS 29th day of May, 2019.

                          HAWLEY TROXELL ENNIS & HAWLEY LLP

                          By  /s/ Brent R. Wilson
                              Brent R. Wilson, ISB No. 8936
                              Attorneys for Creditor Pasco Farming, Inc.

NOTICE OF APPEARANCE AND REQUEST FOR SERVICE - 2

                                                45263.0005.11959083.1

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 29th day of May, 2019, I electronically filed the foregoing NOTICE OF APPEARANCE AND REQUEST FOR SERVICE with the Clerk of the Court using the CM/ECF system which sent a Notice of Electronic Filing to the following persons:

| | |
|---|---|
| Matthew Todd Christensen | mtc@angstman.com |
| Chad Moody | chad@angstman.com |
| Jason Ronald Naess | jason@pmt.org |
| Jed W. Manwaring | jmanwaring@evanskeane.com |
| Laura E. Burri | lburri@morrowfischer.com |
| David Wayne Newman | ustp.region18.bs.ecf@usdoj.gov |
| U.S. Trustee | ustp.region18.bs.ecf@usdoj.gov |

AND, I HEREBY CERTIFY that I have served the foregoing document to the following non-CM/ECF Registered Participants **via U.S. Mail** (list names and addresses):

Ryan Hinton, Inc.
P.O. Box 5985
Twin Falls, Idaho 83301

/s/ Brent R. Wilson
Brent R. Wilson

NOTICE OF APPEARANCE AND REQUEST FOR SERVICE - 3

45263.0005.11959083.1