UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF IDAHO

In re:

RYAN HINTON, INC.

Debtor.

Case No. 19-40481-JDP

Chapter 11

### ORDER GRANTING APPLICATION TO EMPLOY ACCOUNTANT

The Application to Employ Accountant, Mark Brady at Cooper Norman CPAs & Business Advisors, filed by Debtor in Possession on June 18, 2019, (Docket No. 40) having come before the Court; the Court having reviewed the Application, no objection to the Application having been filed, and good cause appearing therefore;

IT IS HEREBY ORDERED AND THIS DOES ORDER that the Application is GRANTED, consistent with the terms outlined in the Application to Employ Accountant with Mark Brady at Cooper Norman's employment effective as June 18, 2019 **provided, however, entry of this order does not constitute approval of the proposed hourly rates for the accountants, and any and all compensation and expenses to be paid to the accountants shall require a detailed application, notice and a hearing, and approval by the Court, all per 11 USC § 330**. // end of text //

DATED: August 7, 2019



_____
Jim D. Pappas
U.S. Bankruptcy Court Judge