J. Justin May, ISB: 5818
Chad R. Moody, ISB: 9946
ANGSTMAN JOHNSON
199 N. Capitol Blvd., Ste 200
Boise, Idaho 83702
Phone: (208) 384-8588
Fax: (208) 629-2157
Email: jjm@angstman.com
chad@angstman.com

Attorneys for Debtor in Possession

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF IDAHO

| | |
|---|---|
| In re:<br><br>RYAN HINTON, INC.<br><br>　　　　　Debtor. | Case No. 19-40481-JDP<br><br>Chapter 11 |

# MOTION TO SHORTEN TIME FOR NOTICE OF HEARING RE:  MOTION TO EXTEND ORDER AUTHORIZING DEBTOR'S USE OF CASH COLLATERAL [DKT NO. 233]

The Debtor in Possession, Ryan Hinton, Inc., by and through its counsel of record, Angstman Johnson, hereby moves the court for an order shortening the required time for notice of the hearing on Debtor's *Motion To Extend Order Authorizing Debtor's Use Of Cash Collateral* [ Docket No. 233 - the "Motion"], filed and served on December 12, 2019. The Debtor respectfully requests that the hearing on the Motion may be held on December 19, 2019 at 10:00 a.m. at the United States Bankruptcy Court, Courtroom #5, 550 W. Fort St., Boise, ID 83724, with the option to appear by video conference from the United States

Bankruptcy Court 4801 E. Sherman St. Pocatello, Idaho 83201.  In support of this motion, the Debtor asserts the following.

1. This request is made to coincide with the court's calendar, which is limited due to the upcoming holiday season.  December 19, 2019 is the last remaining date available on the Court's calendar before the new year.

2. The Court already has hearings in this matter set for December 19, 2019, at 10:00 a.m., to deal with two sale motions in this case.

3. Time is of the essence as the Court's current cash collateral order expires on December 31, 2019.  As set forth in the Motion, which is incorporated by reference here, the Debtor is developing its disclosure statement and plan, in addition to pursuing multiple sale transactions that, if approved, will affect and inform its monthly budget starting in January 2020.

Based on the foregoing, Debtor respectfully requests the court allow shortened time for the notice of hearing on the Motions.  Additionally, the Debtor requests the court set a deadline of December 18, 2019, for the filing of responses to the Motion.

DATED this 12th day of December, 2019.

                         /s/  Chad R. Moody
                         CHAD R. MOODY
                         Attorney for Debtor

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 12th day of December, 2019, I filed the foregoing MOTION TO SHORTEN TIME FOR NOTICE OF HEARING RE: MOTION TO EXTEND ORDER AUTHORIZING DEBTOR'S USE OF CASH COLLATERAL [DKT NO. 233 electronically through the CM/ECF system, which caused the following parties to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

- Megan M Adeyemo    madeyemo@gordonrees.com, asoto@grsm.com
- Laura E Burri    lburri@morrowfischer.com, klee@morrowfischer.com
- Kimbell D Gourley    kgourley@idalaw.com, mingham@idalaw.com
- Shannon Graham    smg@kellylawidaho.com, tls@kellylawidaho.com
- R Ron Kerl    Ron@cooper-larsen.com, kelli@cooper-larsen.com,bobbi@cooper-larsen.com
- Peter J Kuhn    peter.j.kuhn@usdoj.gov
- David Henry Leigh    dleigh@rqn.com, dburton@rqn.com;docket@rqn.com
- Jed W Manwaring    jmanwaring@evanskeane.com, jgeier@evanskeane.com
- Jed W. Manwaring    jmanwaring@evanskeane.com, valerie@evanskeane.com
- James C Meservy    jcmeservy@wmlattys.com, dlpeterson@wmlattys.com;lmcarpenter@wmlattys.com;jmbos@wmlattys.com
- Jason Ronald Naess    jason@pmt.org
- David Wayne Newman    ustp.region18.bs.ecf@usdoj.gov
- John C Peterson    johncpeterson@cableone.net
- Sheila Rae Schwager    sschwager@hawleytroxell.com, dsorg@hawleytroxell.com
- Thomas Daniel Smith    tsmith8206@cableone.net
- US Trustee    ustp.region18.bs.ecf@usdoj.gov
- Julie Varin    jvarin@grsm.com
- Jeremy Vaughn    sks&t@idaho-law.com
- Brent Russel Wilson    bwilson@hawleytroxell.com, dsorg@hawleytroxell.com

Any others as listed on the Court's ECF Notice.

       /s/ Chad R. Moody
       Chad R. Moody

MOTION TO SHORTEN TIME FOR NOTICE OF HEARING RE: MOTION TO EXTEND ORDER AUTHORIZING DEBTOR'S USE OF CASH COLLATERAL [DKT NO. 233] – Page 3
AJ: 13044-004