**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF IDAHO**

| | |
|---|---|
| Re: | **Case No. 19-40481-JDP** |
| **RYAN HINTON, INC.** | **CHAPTER 7 TRUSTEE'S INITIAL STATUS REPORT AND MINUTES OF 341(a) MEETING OF CREDITORS** |
| **Debtor(s)** | |

DATE OF 341(a) MEETING: **04/20/2020**    LOCATION OF MEETING: **TELEPHONIC**
NAME OF TRUSTEE: **Gary L.  Rainsdon**    DATE CASE FILED: **05/20/2019**
RECORDING TRACK NO. **4, 30**

RYAN HINTON, PRESIDENT (X) SWORN AND EXAMINED  ( ) DID NOT APPEAR  ( ) APPEARED
DEBTOR ADDRESS CHANGE:
DEBTOR ATTORNEY:  (X) PRESENT  ( ) NOT PRESENT  ( ) PRO SE
     Chad Moody in for Matthew Todd Christensen
CREDITORS APPEARING (X) **TED LARSEN FOR MCKENZIE FARMS**
                   **BART PALI FOR PALI FARMS**
                   **DAVID LEIGH FOR CATERPILLAR FINANCE**
                   **JASON NAESS AND ROB SQUIRES FOR DL EVANS BANK**

ACTION ITEMS
- ( )    341(a) Meeting Continued to:
- ( )    SS Information Incorrect or Missing
- (X)   Concluded
- ( )    Dismiss for Failure of Debtor and/or Attorney to Appear
- (X)   Discharge Information Given to Debtor
- ( )    Unscheduled Assets Identified
- ( )    Do Not Dismiss – Trustee Intends to Pursue Assets – Trustee will file complaint to deny or revoke discharge, if necessary

GENERAL COMMENTS
- (X)   Debtor Identity and Social Security Documentation Match Petition
- (X)   Debtor Examined
- (X)   Schedules and Statement of Affairs Filed
- (X)   Statement of Income and Expenditures Filed
- (X)   Debtor Informed of Failure to Cooperate with Trustee or U.S. Trustee or Submit Required Reports Constitute Grounds for Dismissal
- (X)   Debtor Read and Understands Both Statement of Information Required by 11 U.S.C 341.

                                /s/
                                GARY L. RAINSDON, TRUSTEE