Ron Kerl, Esq., ISB #1768
**COOPER & LARSEN, CHARTERED**
151 North Third Avenue, Suite 210
P.O. Box 4229
Pocatello, ID 83205-4229
Telephone:   (208) 235-1145
Facsimile:    (208) 235-1182
Email: ron@cooper-larsen.com

Attorneys for WCF National Insurance Company

UNITED STATES BANKRUPTCY COURT

DISTRICT OF IDAHO

| In re: | |
|---|---|
| RYAN HINTON, INC., | Case No. 19-40481-JDP |
| Debtor, | **CHAPTER 7** |

### NOTICE OF APPEARANCE

**TO:   THE CLERK OF THE ABOVE ENTITLED COURT, TO THE DEBTOR AND MATTHEW TODD CHRISTENSEN AND CHAD MOODY, ATTORNEYS OF RECORD.**

COMES NOW Ron Kerl, Esq. of the law firm of Cooper & Larsen, Chtd., P.O. Box 4229, Pocatello, ID 83205-4229, (208) 235-1145, and hereby gives notice of the entry of his appearance as attorney of record for and on behalf of WCF National Insurance Company for all purposes in any further proceedings herein.

REQUEST IS HEREBY MADE that copies of any and all notices, pleadings, papers or other documents affecting said proceedings in any manner whatsoever be served upon said attorney.//end of text//

**Notice of Appearance**
**Page - 1**

DATED this 7th day of May, 2020.

                                      **COOPER & LARSEN, CHTD**.
                                      Attorneys for WCF National Insurance Company

                                      By  /s/ Ron Kerl
                                              Ron Kerl

CERTIFICATE OF SERVICE

I HEREBY CERTIFY on the 7th day of May, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent a Notice of Electronic Filing to the following persons:

Matthew Todd Christensen – mtc@angstman.com
Chad Moody - chad@angstman.com
John C. Peterson - johncpeterson@cableone.net
David Henry Leigh - dleigh@rqn.com
Kimbell D. Gourley - kgourley@idalaw.com
Brent Russell Wilson - bwilson@hawleytroxell.com
David Wayne Newman - ustp.region18.bs.ecf@usdoj.gov
US Trustee - ustp.region18.bs.ecf@usdoj.gov
Jason Ronald Naess - jason@pmt.org
Jeremy Vaughn - sks&t@idaho-law.com
Jed W. Manwaring - jmanwaring@evanskeane.com
Laura E. Burri - lburri@morrowfischer.com
Peter J. Kuhn - peter.j.kuhn@usdoj.gov
Shannon Graham – smg@kellylawidaho.com
Thomas Daniel Smith – tsmith8206@cableone.net
Sheila Rae Schwager - sschwager@hawleytroxell.som
James C. Meservy – jcmeservy@wmlattys.com
Megan M. Adeyemo – medeyemo@gordonrees.com
Julie Varin – jvarin@grsm.com
Derrick O'Neill – doneill@idalaw.com
Gary L. Rainsdon – trustee@filertel.com
Amber Nicole Dina – amberdina@givenspursley.com

AND, I HEREBY CERTIFY that I have mailed by United States Postal Service the foregoing document(s) to the following non-CM/ECF Registered Participant(s):

By /s/ Ron Kerl
Ron Kerl

**Notice of Appearance**
**Page - 3**