Daniel C. Green (ISB No. 3213)
Heidi Buck Morrison (ISB No. 9396)
RACINE OLSON, PLLP
P.O. Box 1391
Pocatello, Idaho 83204
Phone: (208) 232-6101
Fax: (208) 232-6109
dan@racineolson.com
heidi@racineolson.com

*Attorneys for R. Sam Hopkins*

UNITED STATES BANKRUPTCY COURT

DISTRICT OF IDAHO

| In re: | Case No. 19-40481-JDP |
|---|---|
| RYAN HINTON, INC., | (Chapter 7) |
| Debtor. | |

## STATUS UPDATE

In response to the Status Request (Dkt. 392), R. Sam Hopkins, the Chapter 7 Trustee (the "Trustee"), by and through counsel, states and represents as follows:

1.     The Trustee is investigating a claim for breach of contract against Oak Valley Dairy on behalf of Debtor and anticipates filing a lawsuit in state court to recover damages on that claim within a month.

2.     The Trustee is pursuing the counterclaim against Landview in *Landview v. Ryan Hinton Inc.* (Case No. CV42-18-4873, pending in the District Court of the Fifth Judicial District of the State of Idaho, in and for the County of Twin Falls). The Trustee is in the process of investigating the claims and conducting discovery. The state court has not yet set scheduling deadlines. However, the Trustee intends to resolve the case without the necessity of trial. The Trustee anticipates the case will be resolved within the next 6-9 months.

**STATUS UPDATE** – Page 1

3. The Trustee is pursuing the Debtor's claim in the pending state court action entitled *R. Sam Hopkins, Chapter 7 Trustee of the Bankruptcy Estate of Ryan Hinton, Inc. v. B&B Feed, et. al.* (Case No. CV42-19-1604, pending in the District Court of the Fifth Judicial District of the State of Idaho, in and for the County of Twin Falls). The Trustee is in the process of investigating the claims and conducting discovery. The state court has not yet set scheduling deadlines. However, the Trustee intends to resolve the case without the necessity of trial. The Trustee anticipates the case will be resolved within the next 6-9 months.

DATED this 13th day of May, 2021.

                    RACINE OLSON, PLLP

                    By: /s/ Heidi Buck Morrison
                        HEIDI BUCK MORRISON

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 13th day of May, 2021, I filed the foregoing electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

Megan M Adeyemo
madeyemo@gordonrees.com
asoto@grsm.com

omeo Kade Beorchia
kade@worstandassociates.com

Laura E Burri
lburri@morrowfischer.com
klee@morrowfischer.com

Brett R Cahoon
ustp.region18.bs.ecf@usdoj.gov

Alexandra O Caval
alex@cavallawoffice.com
R71985@notify.bestcase.com

Matthew Todd Christensen
mtc@angstman.com
mtcecf@gmail.com
govai@angstman.com
megan@angstman.com
abbie@angstman.com
ecf@angstman.com
atty_christensen@bluestylus.com
christensenmr81164@notify.bestcase.com

David A Coleman
david@crctflaw.com

Kimbell D Gourley
kgourley@idalaw.com
swibright@idalaw.com

Shannon Graham
smg@kellylawidaho.com
tls@kellylawidaho.com

Jed W Manwaring
jmanwaring@evanskeane.com
jgeier@evanskeane.com

Jed W. Manwaring
jmanwaring@evanskeane.com
valerie@evanskeane.com

James C Meservy
jcmeservy@wmlattys.com
dlpeterson@wmlattys.com
lmcarpenter@wmlattys.com
jmbos@wmlattys.com

Rhett Michael Miller
rhett@pmt.org

Chad Moody
chad@angstman.com
govai@angstman.com
megan@angstman.com
caroline@angstman.com
ecf@angstman.com

David Wayne Newman
ustp.region18.bs.ecf@usdoj.gov

Derrick J O'Neill
doneill@idalaw.com
mmills@idalaw.com

John C Peterson
johncpeterson@cableone.net

Sheila Rae Schwager
sschwager@hawleytroxell.com
dsorg@hawleytroxell.com

Thomas Daniel Smith
tsmith8206@cableone.net

R Sam Hopkins
samhopkins@rsh7trustee.com
ID13@ecfcbis.com

R Ron Kerl
Ron@cooper-larsen.com
kelli@cooper-larsen.com
bobbi@cooper-larsen.com

Peter J Kuhn
peter.j.kuhn@usdoj.gov

David Henry Leigh
dleigh@rqn.com
swilliams@rqn.com;docket@rqn.com

US Trustee
ustp.region18.bs.ecf@usdoj.gov

Julie Varin
jvarin@grsm.com, tduff@grsm.com

Jeremy Vaughn
sks&t@idaho-law.com

Brent Russel Wilson
bwilson@hawleytroxell.com
dsorg@hawleytroxell.com

AND I FURTHER CERTIFY that on such date I served the foregoing on the following non-CM/ECF Registered Participants via U.S. Mail, First-Class, postage prepaid and addressed as follows:

Ryan Hinton, Inc.
PO Box 5985
Twin Falls, ID 83301

Robert D Long
Jordan & Co. CPA's
109 N Arthur, Ste 400
Pocatello, ID 83204

Prime Time Auctions
3400 S 5th
Pocatello, ID 83201

U.S. Bank National Association dba U.S. Bank Equipment Finance
Givens Pursley LLP
c/o Amber Dina
601 W. Bannock St.
P.O. Box 2720
Boise, ID 83701


/s/ Heidi Buck Morrison
HEIDI BUCK MORRISON

STATUS UPDATE – Page 4