Daniel C. Green (ISB No. 3213)
Heidi Buck Morrison (ISB No. 9396)
RACINE OLSON, PLLP
P.O. Box 1391
Pocatello, Idaho 83204
Phone: (208) 232-6101
Fax: (208) 232-6109
dan@racineolson.com
heidi@racineolson.com

*Attorneys for R. Sam Hopkins*

UNITED STATES BANKRUPTCY COURT

DISTRICT OF IDAHO

| | |
|---|---|
| In re: | Case No. 19-40481-JDP |
| | (Chapter 7) |
| RYAN HINTON, INC., | |
| Debtor. | |

**MOTION TO APPROVE COMPROMISE
AND NOTICE OF OPPORTUNITY TO OBJECT**

<u>No objection</u>.  The Court may consider this request for an order without further notice of hearing unless a party in interest files an objection within twenty-one [21] days of the date of this notice.

If an objection is not filed within the time permitted, the court may consider that there is no opposition to the granting of the requested relief and may grant the relief without further notice or hearing.

<u>Objection</u>.  Any objection shall set out the legal and/or factual basis for the objection.  A copy of the objection shall be served on the movant.

<u>Hearing on Objection</u>.  The objecting party shall also contact the Courts calendar clerk to schedule a hearing on the objection and file a separate notice of hearing.

Pursuant to Federal Rule of Bankruptcy Procedure 9019, the Trustee, R. Sam Hopkins moves the Court for approval of a compromise as follows:

**MOTION TO APPROVE COMPROMISE – 1**

## BACKGROUND

1.     On May 20, 2019 (the "Petition Date"), Ryan Hinton, Inc. (the "Debtor") filed for relief under Chapter 11 of the U.S. Bankruptcy Code.

2.     On February 25, 2020 (the "Conversion Date"), the Chapter 11 case was converted to a case under Chapter 7 of the U.S. Bankruptcy Code and Chapter 7 Trustee Gary L. Rainsdon was thereafter appointed to serve as the Chapter 7 Trustee.

3.     On May 11, 2020, a Notice of Appointment of Successor Trustee was filed by the United States Trustee appointing R. Sam Hopkins as successor trustee. (Dkt. 352).

4.     On May 11, 2020, R. Sam Hopkins was appointed as successor Chapter 7 Trustee.

5.     On July 27, 2021, R. Sam Hopkins filed a Verified Complaint in the Fifth Judicial District of the State of Idaho, Cassia County Case No. CV16-21-683 alleging breach of contract against Oak Valley Dairy, L.L.C. ("Defendant") A true and correct copy of the Verified Complaint is attached to hereto as **Exhibit 1** and incorporated herein by reference.

6.     The Complaint alleges Defendant owed amounts to Ryan Hinton, Inc. pursuant to two sales contracts entered into October 23, 2015, for purchase and delivery of feed, both organic corn and DDG. Oak Valley Dairy agreed in those contracts to purchase 6,000 tons of organic corn at $422.00 and 1,000 tons of organic DDG at $860.00 per ton.

7.     The Complaint also alleges Defendant refused delivery prior to all amounts being delivered and failed to pay for certain deliveries received. The Complaint requests damages in the amount of $1,294,380.10, representing the contract price for both unpaid delivered amounts and the amount remaining to be delivered pursuant to the October 2015 contracts.

8.     In the process of discovery and due to conflicting records between the Debtor and the Defendant, the Trustee has encountered difficulties in determining exact amounts delivered and owed.

**MOTION TO APPROVE COMPROMISE – 2**

9.     The Trustee and Oak Valley Dairy, L.L.C. have agreed, subject to bankruptcy court approval, to resolve this dispute. A true and correct copy of the settlement agreement entered into between the Trustee and Oak Valley Dairy is attached hereto as **Exhibit 2** and incorporated herein by reference. The terms of the resolution are as follows:

## AGREEMENT

10.     Defendant agrees to pay the Trustee the cash sum of $48,000.00 to settle the claims asserted by the Trustee against the Defendant in Cassia County Case No. CV16-21-683.

11.     The Defendants agree to waive any and all claims they have or may have against the estate;

12.     The Trustee agrees to waive any and all claims the estate has or may have arising against Defendant;

13.     Each party shall pay their own fees and costs.

14.     The substance of the settlement between the Trustee and the Defendant is contained in the Settlement Agreement, a true and correct copy of which is attached to this Motion as Exhibit 2.

## ANALYSIS OF SETTLEMENT

The Trustee believes that the proposed settlement is reasonable, is in the best interest of the bankruptcy estate, and satisfies the test established in *In Re A&C Properties*, 784 F.2d 1377 (9th Cir. 1986) as follows:

1.     <u>The probability of success in the litigation which is being settled</u>. The probability of success of the Trustee recovering maximum damages as alleged in the Complaint against Oak Valley is unlikely. The Trustee believes that both the estate and Defendant have a reasonable basis for their positions regarding breach and amount of damages. As to breach, the Defendant has alleged that the Debtor's failure to perform was a prior breach of the underlying agreement. There

**MOTION TO APPROVE COMPROMISE – 3**

are conflicting records regarding this, and certain key witnesses with personal knowledge regarding the events are now deceased. If the Defendants were to establish prior breach of the Debtor, the estate would recover nothing.

As to damages, the Trustee believes that damages from Defendant's breach could be calculated based upon market price or contract price, depending on the factual findings at trial and application of Article 2 of the UCC. Damages could vary widely, largely due to factual findings regarding the Debtor's attempts to mitigate damages. Once again, the parties have conflicting records regarding efforts to mitigate. If the Defendants were able to establish a failure to mitigate damages, the recovery for the estate would be nominal.

Determination of damages could vary widely depending on findings regarding breach by either party and resulting setoff amounts. On the one hand, determination of breach by Defendant and a finding that Debtor was unable to mitigate damages through resale could result in damages for the undelivered quantity at the contract price, $1,294,380.10. However, the Trustee believes this to be unlikely after review of information received in discovery. On the other hand, and if the Trustee were to prevail in proving breach, damages would more likely be calculated for the undelivered amount at market price taking into account actual costs incurred by the Debtor or failure to mitigate damages, a finding closer to $70,000.00. As mentioned above, determination of prior breach by Debtor could result in a setoff amount higher than that owed by Defendant and no recovery for the estate. Discovery has yielded conflicting records on each of these issues, so the estate's recovery at trial would be uncertain. The Trustee recognizes additional uncertainty subject to a jury's determination regarding the weight of conflicting evidence.

2.      <u>Difficulties, if any, to be encountered in the matter of collection</u>. The Trustee does not anticipate difficulties in collection, if necessary.

**MOTION TO APPROVE COMPROMISE – 4**

3.      <u>The complexity, inconvenience, and/or delay</u>. If the Court were to approve the proposed settlement, there would be no further proceedings required.  However, in the event the proposed settlement is not approved, then the Trustee and Defendant would be put to further expense, inconvenience, uncertainty, and delay that would result from litigation, including a three-day jury trial in Twin Falls, Idaho.

4.      <u>The interest of creditors</u>. The Trustee believes the settlement is in the best interest of the creditors as it avoids the cost and delay of litigation and allows for some distribution to creditors. Given the variability of damages calculations and the possibility that continued litigation could cost more than recovery at trial, this factor weighs in favor of approval of the compromise.

WHEREFORE, the Trustee recommends approval of the settlement and asks the Court to grant the Trustee's Motion to Approve Compromise in order to expedite the administration of the bankruptcy and to maximize the available amount to the respective creditors. For further information, please contact the undersigned at the address and telephone number stated above.

DATED this 31st day of October, 2023.

RACINE OLSON, PLLP


By: /s/ Heidi Buck Morrison
      HEIDI BUCK MORRISON

**MOTION TO APPROVE COMPROMISE – 5**

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on the 31st day of October, 2023, I filed the foregoing electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

Megan M Adeyemo
madeyemo@gordonrees.com
asoto@grsm.com

Romeo Kade Beorchia
kade@worstandassociates.com

Laura E Burri
lburri@morrowfischer.com
klee@morrowfischer.com

Brett R Cahoon
ustp.region18.bs.ecf@usdoj.gov

Alexandra O Caval
alex@cavallawoffice.com
R71985@notify.bestcase.com

Matthew Todd Christensen
mtc@angstman.com
mtcecf@gmail.com
govai@angstman.com
megan@angstman.com
abbie@angstman.com
ecf@angstman.com
atty_christensen@bluestylus.com
christensenmr81164@notify.bestcase.com

David A Coleman
david@crctflaw.com

Kimbell D Gourley
kgourley@idalaw.com
swibright@idalaw.com

Shannon Graham
smg@kellylawidaho.com
tls@kellylawidaho.com

Jed W Manwaring
jmanwaring@evanskeane.com
jgeier@evanskeane.com

Jed W. Manwaring
jmanwaring@evanskeane.com
valerie@evanskeane.com

James C Meservy
jcmeservy@wmlattys.com
dlpeterson@wmlattys.com
lmcarpenter@wmlattys.com
jmbos@wmlattys.com

Rhett Michael Miller
rhett@pmt.org

David Wayne Newman
david.w.newman@usdoj.gov
ustp.region18.bs.ecf@usdoj.gov

Derrick J O'Neill
doneill@idalaw.com
mmills@idalaw.com

John C Peterson
johncpeterson@cableone.net

Sheila Rae Schwager
sschwager@hawleytroxell.com
dsorg@hawleytroxell.com

Thomas Daniel Smith
tsmith8206@cableone.net

Meredith Leigh Thielbahr
mthielbahr@grsm.com
ckaiser@grsm.com

**MOTION TO APPROVE COMPROMISE – 6**

R Sam Hopkins
samhopkins@rsh7trustee.com
ID13@ecfcbis.com

R Ron Kerl
Ron@cooper-larsen.com
kelli@cooper-larsen.com
bobbi@cooper-larsen.com

Peter J Kuhn
peter.j.kuhn@usdoj.gov

David Henry Leigh
dleigh@rqn.com
swilliams@rqn.com;docket@rqn.com

US Trustee
ustp.region18.bs.ecf@usdoj.gov

Julie Varin
jvarin@grsm.com
tduff@grsm.com

Jeremy Vaughn
sks&t@idaho-law.com

Brent Russel Wilson
bwilson@hawleytroxell.com
dsorg@hawleytroxell.com

AND I FURTHER CERTIFY that on such date I served the foregoing on the following non-CM/ECF Registered Participants and the parties listed on the **attached mailing matrix** via U.S. Mail, First-Class, postage prepaid and addressed as follows:

Ryan Hinton, Inc.
PO Box 5985
Twin Falls, ID 83301

Robert D Long
Jordan & Co. CPA's
109 N Arthur, Ste 400
Pocatello, ID 83204

Prime Time Auctions
3400 S 5th
Pocatello, ID 83201

U.S. Bank National Association dba U.S. Bank
Equipment Finance
Givens Pursley LLP
c/o Amber Dina
601 W. Bannock St.
P.O. Box 2720
Boise, ID 83701

/s/ Heidi Buck Morrison
HEIDI BUCK MORRISON

**MOTION TO APPROVE COMPROMISE – 7**

Label Matrix for local noticing
0976-8
Case 19-40481-NGH
District of Idaho
Twin Falls
Tue Oct 31 14:21:12 MDT 2023

ADRIAN ALVARADO-VARELA
2001 1 STREET
HEYBURN, ID 83336

ANTHONY L MARLOW
2009 LAURA CIRCLE
TWIN FALLS, ID 83301-7012

ARCO FREIGHT
257 South 100 East
JEROME, ID 83338-6507

Megan M Adeyemo
Gordon & Rees LLP
2200 Ross Avenue
Suite 3700
Dallas, TX 75201-2794

Alan Floyd
986 Hillside
Hagerman, ID 83332-5667

B  & B Hay, LLC
158 Cypress Way
Twin Falls, ID 83301

B & B Hay, LLC
c/o Peterson Law Office, PLLC
PO Box 5827
Twin Falls, ID 83303-5827

B and B Hay
c/o John C. Peterson
PO Box 5827
Twin Falls, ID 83303-5827

BAILEY FARMS INTERNATIONAL
850 NORTH 200 EAST
EPHRAIM, UT 84627-1393

BAILEY FARMS INTERNATIONAL
PO BOX 694
EPHRAIM, UT 84627-0694

BLAIR R JACKSON
INVICTUS LAW
13894 S. Bangerter Hwy Ste 200
Draper, UT 84020-5320

BLUE BEACON
PO BOX 856
SALINA, KS 67402-0856

BMO HARRIS
PO BOX 71810
CHICAGO, IL 60694-1810

BMO Harris Bank N.A.
137 E. 50th Street
Garden City, ID 83714-1413

BMO Harris Bank N.A.
3925 Fountains Dr NE
Cedar Rapids, IA 52411-6619

BMO Harris Bank N.A.
PO Box 3040
Cedar Rapids, IA 52406-3040

BMO TRANSPORTATION FINANCE
300 E JOHN CARPENTER FREEWAY
SUITE 500
IRVING, TX 75062-2370

BULK LOADS NOW, LLC
3625 MCLEAN ROAD
OZARK, MO 65721-5510

Bailey Farms International,LLC
c/o Jeremy Sink
MCKAY, BURTON & THURMAN
15 West South Temple, Suite 1000
Salt Lake City, UT 84101-1553

Bart Pali, DBA Pali Farms
6580 North 3600 West
Brigham City, UT 84302-3501

Romeo Kade Beorchia
Beorchia Law PLLC
2152 Village Park Ave.
Twin Falls, ID 83301-4172

Mark A Brady
Cooper Norman
POB 5399
Twin Falls, ID 83303-5399

Heidi Buck Morrison
Racine Olson, PLLP
201 East Center Street
Pocatello, ID 83201-6329

Laura E Burri
Morrow & Fischer, PLLC
4 Ogden Avenue
83651
Nampa, ID 83651-2371

CARLOS A MONTANO
387 N CONANT AVE
BURLEY, ID 83318-3405

CATERPILLAR FINANCIAL SRVCS
2120 West End Ave
Nashville, TN 37203-5341

COLEMAN RITCHIE   JACBOSON
156 2ND AVE W
TWIN FALLS, ID 83301-6014

CONTINENTAL BANK
15 W SOUTH TEMPLE STE 300
SALT LAKE CITY, UT 84101-1542

CORPORATION SERVICE COMPANY
801 ADLAI STEVENSON DR
SPRINGFIELD, IL 62703-4261

CORPORATION SERVICE COMPANY
PO BOX 2576
SPRINGFIELD, IL 62708-2576

CT COMMODITIES INC
PO BOX Q
PIXLEY, CA 93256-1017

Brett R Cahoon
DOJ-UST
550 West Fort St.
Ste 698
Boise, ID 83724-0101

Alexandra O Caval
Caval Law Office, P.C.
POB 1716
Twin Falls, ID 83303-1716

Matthew T. Christensen
Johnson May, PLLC
199 N. Capitol Blvd
Suite 200
Boise, ID 83702-6197

David A Coleman
PO Box 525
Twin Falls, ID 83303-0525

Coleman, Ritchie & Jacobson
PO Box 525
Twin Falls, ID 83303-0525

D.L. Evans Bank
c/o Jason R. Naess
P.O. Box 910
Burley, ID 83318-0910

DAIMLER TRUST
13650 HERITAGE PARKWAY
FORT WORTH, TX 76177-5323

DANE BOLINGER
HAWLEY TROXELL
PO BOX 1617
BOISE, ID 83701-1617

DARIN PARKE
20341 SHED ROAD
CAREY, ID 83320-4900

DAVE PARKE
100 CATTLE DRIVE
CAREY, ID 83320-5035

DAVID EHLERS
1031 E 900 S
EDEN, ID 83325-5007

(p)DEERE CREDIT SERVICES  INC
ATTN LITIGATION & RECOVERY DEPARTMENT
PO BOX 6600
JOHNSTON IA 50131-6600

DENNEY  COMPANY, CHTD.
1096 N EASTLAND DRIVE
SUITE 200
TWIN FALLS, ID 83301-8970

DL EVANS BANK
906 BLUE LAKES BLVD N
TWIN FALLS, ID 83301-3301

DL EVANS BANK
PO BOX 1188
BURLEY, ID 83318-0826

DOUBLE EAGLE DAIRY
4960 E 3100 N
MURTAUGH, ID 83344-5321

DRY CREEK FARMS
78 DRY CREEK ROAD
CAREY, ID 83320-5029

David W. Ehlers
1031 East 300 South
Eden, ID 83325

ELECTRIC 1 WEST, INC.
268 VICTORY AVENUE
TWIN FALLS, ID 83301-5515

ENGS COMMERCIAL FINANCE
ONE PIERCE PLACE
SUITE 1100 WEST
ITASCA, IL 60143-3149

ENGS COMMERCIAL FINANCE
PO BOX 4062
LISLE, IL 60532-9062

ENGS COMMERICAL FINANCE
1 Pierce Pl, #1100
Itasca, IL 60143-3149

ERRATIC INDUSTRIES
3531 E 3195 N
KIMBERLY, ID 83341-5351

David Ehlers
1031 East 900 South
Eden, ID 83325-5007

(p)MITSUBISHI HC CAPITAL AMERICA  INC
1 PIERCE PLACE SUITE 1100 WEST
ITASCA IL 60143-3149

Erratic Industries Inc
2290 Settlers In
Twin Falls, ID 83301-7889

FASTRAK
PO BOX  26295
SAN FRANCISCO, CA 94126-6295

FIRST FEDERAL SAVINGS BANK
PO BOX 2906
TWIN FALLS, ID 83303-2906

FLEETPRIDE
PO BOX 847118
DALLAS, TX 75284-7118

First Federal Savings Bank of Twin Falls
c/o David A. Coleman
PO Box 525
Twin Falls, Id 83303-0525

Fleetcor Technologies Operating Co.
c/o John C. Williams, Attorney
1612 Northeast Expressway
Atlanta, GA 30329-2003

GARY AMOTH TRUCKING, INC.
PO BOX 448
TWIN FALLS, ID 83303-0448

GEM STATE WELDERS SUPPLY INC
PO BOX 384
TWIN FALLS, ID 83303-0384

Kimbell D Gourley
POB 1097
Boise, ID 83701-1097

Shannon Graham
Kelly Law
137 E. 50th Street
Garden City, ID 83714-1413

Daniel C Green
Racine Olson, PLLP
201 East Center
PO Box 1391
Pocatello, ID 83204-1391

HATCH   COMPANY, CHTD
834 FALLS AVENUE, STE 1020-D
TWIN FALLS, ID 83301-3363

HAWLEY TROXELL ENNIS HAWLEY
877 MAIN STREET SUITE 1000
BOISE, ID 83702-5884

HITACHI CAPITAL AMERICA CORP
800 CONNECTICUT AVENUE
4TH FLOOR NORTH
NORWALK, CT 06854-1738

Hansen Farms
680 North 302 East
Rupert, ID 83350-8561

Ryan Hinton
P.O. Box 5985
Twin Falls, ID 83303-5985

Hitachi Capital America Corp.
c/o Kye Law Group, PC
201 Old Country Rd, Ste 120
Melville, NY 11747-2725

Hitachi Capital America Corp.
c/o Kye Law Group, P.C.
201 Old Country Road, Suite 120
Melville, New York 11747-2725

R Sam Hopkins
POB 3014
Pocatello, ID 83206-3014

IDAHO STATE TAX COMMISSION
PO BOX 36
BOISE, ID 83722-0410

INTERNAL REVENUE SERVICE
PO BOX 7346
PHILADELPHIA, PA 19101-7346

IVAN A GARCIA
6505 FERN STREET
RENO, NV 89506-1703

Idaho Department of Labor
Twin Falls Office
420 Falls Avenue
Twin Falls, ID 83301-3320

Interstate Billing Service, Inc.,
PO Box 2250
Decatur, AL 35609-2250

JACK VERBREE DAIRIES
PO Box 30
Wendell, ID 83355-0030

JACK'S TIRE   OIL
172 HAWKINS ROAD SOUTH
KIMBERLY, ID 83341-5079

JACKSON GROUP PACLEASE
PO BOX 27634
SALT LAKE CITY, UT 84127-0634

JACKSON GROUP PETERBILT
PO BOX 27634
SALT LAKE CITY, UT 84127-0634

JED MANWARING
EVANS KEANE LLP
PO BOX 959
BOISE, ID 83701-0959

JENNIE L HINTON
2701 E 3300 N
TWIN FALLS, ID 83301-0413

JEREMY C VAUHGN
PO BOX 83
TWIN FALLS, ID 83303-0083

JEREMY C. SINK
MCKAY, BURTON   THURMAN
15 W SOUTH TEMPLE, STE 1000
SALT LAKE CITY, UT 84101-1553

JIM CENARRUSA
PO BOX 65
CAREY, ID 83320-0065

JOE DICKS
DICKS   WORKMAN
750 B STREET, STE 1820
SAN DIEGO, CA 92101-8122

JOE B THOMAS
319 FILER AVE W
TWIN FALLS, ID 83301-4621

JOHN DEERE CONST   FORESTRY
6400 NW 86TH STREET
JOHNSTON, IA 50131-3087

JUSTIN S PERRY
34 VIEW DRIVE
CENTERVILLE, ID 83631-4116

Jed W. Manwaring
Evans Keane LLP
P.O. Box 959
Boise, ID 83701-0959

John Deere Construction & Forestry Co.
c/o Ron Kerl
POB 4229
Pocatello, ID 83205-4229

(p)K AND B INDUSTRIES LLC
4023 N 3370 E
TWIN FALLS ID 83301-7110

(p)KSERVICING WIND DOWN CORP
ATTN NICOLE MANOS
3370 N HAYDEN ROAD #123
PMB 681
SCOTTSDALE AZ 85251-6632

KALEB R HINTON
2290 SETTLERS LANE
TWIN FALLS, ID 83301-7889

KENWORTH SALES
322 E FRONTAGE ROAD
JEROME, ID 83338-5187

Kenworth Sales Company, Inc.
P.O. Box 366
Twin Falls, ID 83303-0366

R Ron Kerl
POB 4229
Pocatello, ID 83205-4229

Peter J Kuhn
United States Department of Justice
405 South Main Street, Suite 300
Salt Lake City, UT 84111-3402

LANDVIEW, INC.
PO BOX 475
RUPERT, ID 83350-0475

LAWRENCE K QUIRK
1334 HOLMAN AVENUE
POCATELLO, ID 83201-2917

LEASE CONSULTANTS CORP.
PO BOX 71397
DES MOINES, IA 50325-0397

LES SCHWAB
421 BLUE LAKES BLVD N.
TWIN FALLS, ID 83301-4830

LES SCHWAB TIRE CENTERS OF IDAHO, INC.
PO BOX 5350
BEND, OR 97708-5350

LORI K HURLEY
3841 N 2000 E
Filer, ID 83328-5247

David Henry Leigh
Ray Quinney & Nebeker P.C.
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, UT 84145-0385

Robert D Long
Jordan & Co. CPA's
109 N Arthur, Ste 400
Pocatello, ID 83204-3105

MACK FINANCIAL SERVICES
PO BOX 26131
GREENSBORO, NC 27402-6131

MARK SMITH
HUMBOLDT HAY COMPANY
7015 MCNINCH ROAD
WINNEMUCCA, NV 89445-8918

MCKENZIE FARMS
PO BOX 307
CAREY, ID 83320-0307

MERCEDES-BENZ FINANCIAL SVCS
13650 HERITAGE PARKWAY
FORT WORTH, TX 76177-5323

MICHAEL DANIELSON
PO BOX 366
TWIN FALLS, ID 83303-0366

MICHAEL J FISH
790 S 14 E
MOUNTAIN HOME, ID 83647-3536

MILES P. JENSEN
OLSON   HOGGAN PC
130 SOUTH MAIN, STE 200
LOGAN, UT 84321-5387

MILK HAULERS SERVICES
PO BOX 745
JEROME, ID 83338-5483

Mack Financial Services
Hawley Troxell Ennis & Hawley, LLP
877 Main Street, Suite 1000
Boise, ID 83702-5884

Mack Financial Services and Volvo Financial
c/o Sheila R. Schwager
Hawley Troxell Ennis & Hawley, LLP
P.O. Box 1617
Boise, ID 83701-1617

Jed M. Manwaring
POB 959
Boise, ID 83701-0959

Jed W. Manwaring
Evans Keane LLP
 1161 W. River St.
Suite 100
PO Box 959
Boise, ID 83701-0959

James Justin May
Johnson May
199 N. Capitol Blvd.
Ste. 200
Boise, ID 83702-6197

McKenzie Farm
c/o Williams, Meservy & Larsen, LLP
PO Box 168
Jerome, ID 83338-0168

McKenzie Farms, LLC
c/o Theodore R. Larsen
Williams, Meservy & Larsen, LLP
POB 168
Jerome, ID 83338-0168

James C Meservy
POB 168
Jerome, ID 83338-0168

Miles P. Jensen
130 S Main, Ste 200
Logan, UT 84321-5387

Rhett Michael Miller
Parsons, Loveland, Shirley & Lindstrom,
P.O. Box 910
Burley, ID 83318-0910

NATIONAL FUNDING
9820 TOWNE CENTRE DRIVE
SAN DIEGO, CA 92121-1912

NEDROW BROTHERS
1401 N 3125 E
ASHTON, ID 83420-5014

NICOLE CANNON
TOLMAN BRIZEE   CANNON, PC
PO BOX 1276
TWIN FALLS, ID 83303-1276

NORTHLAND CAPITAL EQUIPMENT
PO BOX 7278
SAINT CLOUD, MN 56302-7278

NORTHWEST EQUIPMENT SALES
2405 S JANEEN STREET
BOISE, ID 83709-3217

NORTHWEST EQUIPMENT SALES
2405 SOUTH JANEEN  STREET
BOISE, ID 83709-3217

NORTHWEST EQUIPMENT SALES
2992 KIMBERLY RD
TWIN FALLS, ID 83301-8514

NORTHWEST LEASING
2405 S JANEEN STREET
BOISE, ID 83709-3217

NORTHWEST LEASING
NORTHWEST EQUIPMENT SALES
PO BOX 16510
BOISE, ID 83715-6510

c/o Megan M Adeyemo National Funding, Inc.
Gordon Rees Scully Mansukhani LLP
2200 Ross Ave., Suite 4100W
Dallas, TX 75201-7902

David Wayne Newman
OFFICE OF THE US TRUSTEE US DEPT
405 South Main Street, Suite 300
Salt Lake City, UT 84111-3402

Northwest Equipment Sales, Inc.
Jones Williams Fuhrman Gourley, P.A.
225 N. 9th Street, Suite 820
Boise, ID 83702-5778

Derrick J O'Neill
Jones Gledhill Fuhrman Gourley, PA
225 N. 9th St. Ste 820
Boise, ID 83702-5778

OPEN ROAD FINANCIAL SERVICES
TRENA HARUSTAK
PO BOX 484
DALLAS, OR 97338-0484

PACAAR FINANCIAL CORP
DEPT 1166
PO BOX 121166
DALLAS, TX 75312-1166

PACAAR FINANCIAL CORP.
PO BOX 31001-7416
PASADENA, CA 91110-7416

PACCAR FINANCIAL CORP.
PO BOX 1618
BELLEVUE, WA 98009

PACCAR Financial Corp.
332 N Broadmore Way, Ste 102
Nampa, ID 83687-5331

(p)PACCAR FINANCIAL CORP
P O BOX 1518
BELLEVUE WA 98009-1518

PACIFIC SOURCE HEALTH PLANS
PO BOX 7068
SPRINGFIELD, OR 97475-0068

PALI FARM LLC
6580 N 3600 W
Brigham City, UT 84302-3501

PASCO FARMING INC.
590 WEST 900 NORTH
PAUL, ID 83347-8801

PERFECT BLEND
DANIEL HAZEN
10900 NE 8TH STREET
BELLEVUE, WA 98004-4454

PHIL YOST
1780 RICH ROAD
GRACE, ID 83241-5041


PILOT THOMAS LOGISTICS
PO BOX 677289
DALLAS, TX 75267-7289

PORTER BILLING SERVICES LLC
2112 1ST AVE N
BIRMINGHAM, AL 35203-4202

Pasco Farming, Inc.
Hawley Troxell Ennis & Hawley, LLP
P.O. Box 1617
Boise, ID 83701-1617


Pasco Farming, Inc.
c/o Brent R. Wilson
Hawley Troxell Ennis & Hawley, LLP
P.O. Box 1617
Boise, ID 83701-1617

Paul Pali
8235 North 4600 West
Elwood, UT 84337-6706

Penske
4450 Enterprise Street
Boise, ID 83705-5422


Peter J. Kuhn
Office of the United States Trustee
405 South Main Street, Ste 300
Salt Lake City, UT 84111-3402

John C Peterson
P.O. Box 5827
Twin Falls, ID 83303-5827

Peterson Law Offices, PLLC
P.O. Box 5827
Twin Falls, ID 83303-5827


Phil Yost
c/o Lane V. Erickson
P.O. Box 1391
Pocatello, ID 83204-1391

Prime Time Auctions
3400 S 5th
Pocatello, ID 83204

QL TITLING TRUST LDT
PO BOX 83265
CHICAGO, IL 60691-0265


QL Tilting Trust LTD/Quality Leasing Co. Inc
9830 Bauer Drive
Indianapolis, IN 46280-1972

QL Tilting Trust LTD/Quality Leasing Co., In
332 N Broadmore Way, Ste 102
Nampa, ID 83687-5331

QL Tilting Trust LTD/Quality Leasing Co., In
c/o J. Ward Holliday & Assoc.
501 Elm Street, Suite 200
Dallas, Texas 75202-3351


QL Tilting Trust LTD/Quality Leasing Co., in
9830 Bauer Drive
Indianapolis, IN 46280-1972

R AG
1762 N 1775 W
PAUL, ID 83347-4749

RHONDA M HANCOCK
673 MAIN STREET S
HANSEN, ID 83334-4974


RITA N CORNISH
PARR BROWN GEE   LOVELESS PC
101 SOUTH 200 EAST SUITE 700
SALT LAKE CITY, UT 84111-3105

ROBERT RYAN HINTON
3531 E 3195 N
KIMBERLY, ID 83341-5351

ROBERT RYAN HINTON
3531 EAST 3195 NORTH
KIMBERLY, ID 83341-5351


ROD L GILLEY
823 5TH STREET
RUPERT, ID 83350-1508

RUSH TRUCK CENTER
537 ARLEN ROAD
JEROME, ID 83338-5515

SABRINA S HILL
175 E BLAINE AVE
RICHFIELD, ID 83349-5530


SANTANDER BANK
3 HUNTINGTON QUAD STE. 101N
MELVILLE, NY 11747-4623

SCOTT B. LINDSTROM
PARSONS SMITH STONE LOVELAND
PO BOX 910
BURLEY, ID 83318-0910

SCOTT T SCHOOLCRAFT
1761 E 2350 S
GOODING, ID 83330-5239

SIMPSON BROTHERS
BOX 208
CAREY, ID 83320-0208

SIX COBBLERS, INC.
PO BOX 3703
SEATTLE, WA 98124-3703

SMOKIN DIESEL PERFORMANCE
1424 Valencia Street
Twin Falls, ID 83301-5656

STARLEY LEAVITT INSURANCE
715 SHOSHONE STREET N
TWIN FALLS, ID 83301-6155

SUNRISE FOODS INTERNATIONAL
306 QUEEN STREET #200
SASKATOON, SK

Sheila Rae Schwager
Hawley Troxell Ennis & Hawley, LLP
877 Main Street, Suite 200
P.O. Box 1617
Boise, ID 83701-1617

Thomas Daniel Smith
Spinner, Wood & Smith
P.O. Box 6009
Pocatello, ID 83205-6009

Sunrise Foods International, Inc.
Hawley Troxell Ennis & Hawley, LLP
P.O. Box 1617
Boise, ID 83701-1617

Sunrise Foods International, Inc.
c/o Brent R. Wilson
Hawley Troxell Ennis & Hawley, LLP
P.O. Box 1617
Boise, ID 83701-1617

TARA MUREN
9820 TOWNE CENTRE DRIVE
SUITE 200
SAN DIEGO, CA 92121-1944

TARP-IT, INC.
3000 WILSON CREEK ROAD
ELLENSBURG, WA 98926-7238

TEC EQUIPMENT
PO BOX 11272
PORTLAND, OR 97211-0272

TEC Equipment Inc.
750 NE Columbia Blvd
Portland, OR 97211-1406

TONY'S  2T AUTO INC
2374 ADDISON AVE EAST
TWIN FALLS, ID 83301-6745

TRAIL RANCHES INC.
5308 E TRAIL ROAD
KING HILL, ID 83633-3431

TRANSPORTATION ALLIANCE BANK
4185 HARRISON BLVD STE 200
OGDEN, UT 84403-6400

TRAVIS D ZELLER
2208 E 4000 N
FILER, ID 83328-5206

TRAVIS J HINTON
2701 E 3300 N
TWIN FALLS, ID 83301-0413

TRUCKERS REPORTING SERVICE
PO BOX 8087
BOISE, ID 83707-2087

TWIN FALLS COUNTY TREASURER
PO BOX 88
TWIN FALLS, ID 83303-0088

Theodore R. Larsen
Williams, Meservy & Larsen, LLP
Post Office Box 168
Jerome, ID 83338-0168

Meredith Leigh Thielbahr
Gordon & Rees - Seattle
701 Fifth Avenue
Ste 2100
Seattle, WA 98104-7084

Tradesmen Staffing LLC
870 Blue Lakes Blvd N.
Twin Falls, ID 83301-4047

Ty Nedrow d/b/a Nedrow Brothers
1401 North 3125 East
Ashton, ID 83420-5014

U.S. Bank National Association dba U.S. Bank
Givens Pursley LLP
c/o Amber Dina
601 W. Bannock St.
P.O. Box 2720
Boise, ID 83701-2720

U.S. Bank, N.A. d/b/a U.S. Bank Equipment Fi
1310 Madrid Street
Marshall, MN 56258-4099

UCC DIRECT SERVICES
PO BOX 29071
GLENDALE, CA 91209-9071

US BANK
1310 MADRID STREET
MARSHALL, MN 56258-4099

US BANK FINANCE
PO BOX 790448
SAINT LOUIS, MO 63179-0448

US DEPT OF TRANSPORTATION
GOLDEN HILLS OFFICE CENTRE
12600 W COLFAX AVE STE B-300
LAKEWOOD, CO 80215-3753

US Trustee
Washington Group Central Plaza
720 Park Blvd, Ste 220
Boise, ID 83712-7785

United States Trustee
720 Park Boulevard
Suite 220
Boise, ID 83712-7785

(p)VEHICLE LENDERS GROUP LLC
ATTN DBA TRUCKLENDERS USA
415 CROSSWAYS PARK DR
STE C
WOODBURY NY 11797-2055

VERITY PROPERTY MANAGEMENT
200 N 23RD STREET
BOISE, ID 83702-4939

VERIZON WIRELESS
PO BOX 660108
DALLAS, TX 75266-0108

VFS US LLC
PO BOX 26131
GREENSBORO, NC 27402-6131

VFS US LLC   ASSIGNS
654 AMHERST ROAD, STE. 353
SUNDERLAND, MA 01375-9420

VISA
PO BOX 30495
TAMPA, FL 33630-3495

VOLVO FINANCIAL SERVICES
PO BOX 26131
GREENSBORO, NC 27402-6131

Julie Varin
Gordon Rees Scully Mansukhani LLP
999 W Main Street, #100
Boise, ID 83702-9001

Jeremy Vaughn
Stephan, Kvanvig, Stone & Trainor
P.O. Box 83
Twin Falls, ID 83303-0083

c/o David A. Coleman Vehicle Lenders Group,
Coleman, Ritchie & Jacobson
PO Box 525
Twin Falls, ID 83303-0525

Volvo Financial Services
c/o Sheila R. Schwager
Hawley Troxell Ennis & Hawley, LLP
P.O. Box 1617
Boise, ID 83701-1617

WCF INSURANCE
100 W TOWNE RIDGE PKWY
SANDY, UT 84070-5527

WCF National Insurance Company
c/o Ron Kerl
PO Box 4229
Pocatello, ID 83205-4229

WEST END DIESEL
1007 BURLEY AVE
BUHL, ID 83316-1811

WESTERN STATES EQUIPMENT COMPANY
500 E OVERLAND ROAD
MERIDIAN, ID 83642-6606

WESTERN STATES EQUIPOMENT
PO BOX 3805
SEATTLE, WA 98124-3805

WESTERN TRAILERS
PO BOX 5598
BOISE, ID 83705-0598

WEX BANK
7090 UNION PARK CENTER
SUITE 350
MIDVALE, UT 84047-6023

Brent Russel Wilson
Hawley Troxell Ennis & Hawley, LLP
877 Main Street, Suite 200
Boise, ID 83702-6030

ZIONS BANKCARD CENTER
PO BOX 25787
SALT LAKE CITY, UT 84125-0787

(p)ZIONS BANCORPORATION
P O BOX 30709 UT ZB11 0877
SALT LAKE CITY UT 84130-0709

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

DEERE CREDIT, INC.
6400 NW 86TH STREET
JOHNSTON, IA 50131

(d)Deere Credit, Inc
John Deere Financial
6400 NW 86th St.
PO Box 6600
Johnston, IA 50131

Engs Commercial Finance Co.
One Pierce Place
Suite 1100
West Itasca, IL 60143

(d)Engs Commercial Finance Co.
One Pierce Place, Suite 1100 West
Itasca, IL 60143

(d)JOHN DEERE FINANCIAL
LEASING DEPT
PO BOX 6600
JOHNSTON, IA 50131-6600

K  AND B INDUSTRIES LLC
4023 N 3370 E
Twin Falls, ID 83301


KABBAGE, INC.
925B PEACHTREE STREET NE
SUITE 1688
ATLANTA, GA 30309

PACCAR Financial Corp.
Attn: Linda Markle, BK Specialist
P.O. Box 1518
Bellevue, WA 98009-1518

VEHICLE LENDERS GROUP, LLC
415 Crossways Park Dr., Ste. C
Woodbury, NY 11797-2055


Zions First National Bank
Legal Services, UT ZB11 0877
P.O. Box 30709
Salt Lake City, UT 84130




The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.


(u)Caterpillar Financial Services Corp.

(d)Northwest Equipment Sales, Inc.
Jones Williams Fuhrman Gourley, P.A.
225 N. 9th Street, Suite 820
Boise, ID 83702-5778

(d)Ryan Hinton, Inc.
PO Box 5985
Twin Falls, ID 83303-5985


(d)c/o Megan M Adeyemo National Funding, Inc.
Gordon Rees Scully Mansukhani LLP
2200 Ross Ave., Suite 4100W
Dallas, TX 75201-7902

End of Label Matrix
Mailable recipients   232
Bypassed recipients     4
Total                 236

# EXHIBIT 1

Electronically Filed
7/27/2021 12:18 PM
Fifth Judicial District, Cassia County
Joseph W. Larsen, Clerk of the Court
By: Stephanie West, Deputy Clerk

Daniel C. Green (ISB No. 3213)
Heidi Buck Morrison (ISB No. 9396)
RACINE OLSON, PLLP
201 E. Center Street
P.O. Box 1391
Pocatello, Idaho 83204
Telephone: (208) 232-6101
Facsimile: (208) 232-6109
dan@racineolson.com
heidi@racineolson.com

*Attorneys for R. Sam Hopkins, Chapter 7 Trustee of the Bankruptcy Estate of Ryan Hinton, Inc.*

IN THE DISTRICT COURT OF THE FIFTH JUDICIAL DISTRICT OF THE

STATE OF IDAHO, IN AND FOR THE COUNTY OF CASSIA

| | |
|---|---|
| R. SAM HOPKINS, Chapter 7 Trustee of the Bankruptcy Estate of Ryan Hinton, Inc., <br><br>     Plaintiff, <br><br> vs. <br><br> OAK VALLEY DAIRY, L.L.C., an Idaho limited liability company, <br><br>     Defendants. | Case No. <br><br> **COMPLAINT** |

COMES NOW R. Sam Hopkins, Chapter 7 Trustee of the Bankruptcy Estate of Ryan

Hinton, Inc. ("Plaintiff" or "Trustee") and for its cause of action against the above-named

Defendant states and represents as follows:

### PARTIES AND JURISDICTION

1.  On May 20, 2019 (the "Petition Date"), Ryan Hinton, Inc. (the "Debtor") filed a

voluntary petition for relief under Chapter 11 of the U.S. Bankruptcy Code, which was later

converted to a case under Chapter 7 of the U.S. Bankruptcy Code on DATE.

2.  Plaintiff is the duly appointed and acting trustee of Debtor's bankruptcy estate.

COMPLAINT - 1

3.      Ryan Hinton Inc. was at all times material herein an Idaho company.

4.      Defendant, Oak Valley Dairy, LLC ("Defendant" or "Oak Valley Dairy") was at all times material herein an Idaho limited liability company with its principal place of business located at 468 South 800 West, Burley, Cassia County, Idaho 83318.

5.      This Court has jurisdiction over this matter pursuant to Idaho Code § 1-705.

6.      Venue in Cassia County is proper pursuant to Idaho Code § 5-404.

7.      The venue is proper in this Court pursuant to Idaho Code § 5-404 in that Cassia County is the site where the business transaction between the parties occurred.

## FACTUAL ALLEGATIONS

8.      R. Sam Hopkins is Chapter 7 Trustee of the Bankruptcy Estate of Ryan Hinton, Inc. Ryan Hinton, Inc. is a transportation and delivery company.

9.      On October 23, 2015, Ryan Hinton, Inc. and Oak Valley Dairy entered into a set of Sales Contracts. Under these contracts, Oak Valley Dairy agreed to purchase 6,000 tons of organic corn at $422.00 and 1,000 tons of organic DDG at $860.00 per ton ("the Products") from Ryan Hinton, Inc. to use for feed on its dairy farm.

10.      Ryan Hinton, Inc. agreed to purchase the Products from a vendor and ship the Products to Oak Valley Dairy by truck, with funds to be paid by Oak Valley Dairy prior to each partial shipment. The contract term was to begin January 1, 2016. A true and correct copy of each Sales Contract is attached hereto as **Exhibit A** and **Exhibit B** and are incorporated herein by reference.

11.      Pursuant to the contract for organic corn, Ryan Hinton, Inc. made multiple partial deliveries toward the 6,000 tons contracted purchase between January 22, 2016 and April 20, 2017, providing invoices to Oak Valley Dairy after delivery. A true and correct copy of records of

**COMPLAINT - 2**

deliveries made on the contract for organic corn is attached hereto as **Exhibit C** and incorporated herein by reference.

12.    Pursuant to the contract for organic DDG, Ryan Hinton, Inc. made multiple partial deliveries toward the 1,000 tons contracted purchase between March 11, 2016 and April 20, 2017, providing invoices to Oak Valley Dairy after delivery. A true and correct copy of records of deliveries made on the contract for organic DDG is attached hereto as **Exhibit D** and incorporated herein by reference.

13.    Oak Valley Dairy stopped accepting deliveries and refused to provide payment for continued shipments of organic corn after April 20, 2017. At that time, Ryan Hinton Inc. had delivered approximately 2,123.86 tons of organic corn with a remaining contract amount of 3,876.14 tons to be delivered.

14.    Oak Valley Dairy stopped accepting deliveries and refused to provide payment for continued shipments of organic DDG after July 17, 2017. At that time, Ryan Hinton, Inc. had delivered approximately 537.08 tons of organic DDG with a remaining contract amount of 462.92 tons to be delivered.

15.    In 2017, Oak Valley Dairy breached its contract for organic corn and its contract for organic DDG by failing to pay for or accept delivery of the remaining contract tons.

16.    Ryan Hinton, Inc. sent multiple invoices to Oak Valley Dairy representing the amount owed, including two invoices sent January 1, 2019. One invoice, attached hereto as **Exhibit E**, listed the amount due and owing for organic corn at $896,268.92. The other invoice, attached hereto as **Exhibit F**, listed the amount due and owing for organic DDG at $398,111.20.

17.    Ryan Hinton, Inc. sought to mitigate its damages by attempting to sell the Products that Oak Valley Dairy failed to pay for or accept delivery of.

**COMPLAINT - 3**

18.     As of July 1, 2021, the amount owing to Ryan Hinton, Inc. for the remaining 3,876.14 contract tons of organic corn is $896.268.92, and the amount owing for the remaining 462.92 contract tons of organic DDG is $398,111.20 for a total owed by Oak Valley Dairy of $1,294,380.10.

WHEREFORE, R. Sam Hopkins, Chapter 7 Trustee of the Bankruptcy Estate of Ryan Hinton, Inc. prays for Judgment against Oak Valley Dairy, LLC as follows:

1.     Judgment against Oak Valley Dairy, LLC for the sum of $1,294,380.10 plus allowable interest as of July 1, 2021.

2.     For attorneys' fees and costs incurred by R. Sam Hopkins, Chapter 7 Trustee of the Bankruptcy Estate of Ryan Hinton, Inc. in the sum of $5,000.00 if Judgment is taken by default, or in such sum as the Court deems just and reasonable in the event the matter is contested.

3.     For costs incurred herein.

4.     That R. Sam Hopkins, Chapter 7 Trustee of the Bankruptcy Estate of Ryan Hinton, Inc. be awarded such other and further relief as this Court may deem reasonable and proper.

DATED this 27th day of July, 2021.

RACINE OLSON, PLLP


By:/s/ Daniel C. Green_____
        DANIEL C. GREEN

COMPLAINT - 4

## VERIFICATION

STATE OF IDAHO          )
                        ) ss.
COUNTY OF BANNOCK   )

R. SAM HOPKINS, chapter 7 trustee of the Bankruptcy Estate of Ryan Hinton, Inc., being

first duly sworn, on his oath, states that he is authorized to make this verification, and the matters

and things stated in this Verified Complaint are true and accurate according to his best knowledge,

information and belief.

Subscribed and sworn to before me this ____ day of _____, 2021.

_____
Notary Public for Idaho
Residing at: _____
My Commission Expires: _____

(SEAL)

AMBER N. WILLIAMS
COMMISSION #54423
NOTARY PUBLIC
STATE OF IDAHO

COMPLAINT - 5

# EXHIBIT A

11-02-'15 08:42 FROM-Oak Valley Dairy    208-678-2077    T-728  P0003/0003 F-920

# RHI

Ryan Hinton Inc.
680 Grange Lane
Twin Falls, Id 83301

Phone: 1-208-733-2928
FAX:   1-208-734-3239

Sold To: Oak Valley Dairy
         468 South 800 West
         Burley, Id 83318

## Sales Contract:

Contract No: Organic Corn
Contract Date: 10/23/2015
Our Trader: Ryan Hinton (208) 490-2189
Your Contact: Mike Aardema
Contact Phone No: (208) 280-6453
Contact E-mail: ryanhinton@q.com

Commodity: Organic Corn
Quantity:     (6000 ton)
Pricing/TON:    **TON**           **PRICE**
                6000              $422.00 US

Shipment Period:    Start: 01/1/16        End: 01/1/17

| Ship Mode | Weight to Govern | Delivery Basis | Title Passes |
| --- | --- | --- | --- |
| Rail | Origin | Delivered | Murtaugh, ID |

**Contract Notes:**
Product of Organic Corn
6000 Tons to be shipped by Rail
Deposit needed prepay weekly as cars are loaded

**Trade Rules to Govern:** National Grain & Feed Association

**Payment Terms:** Collected Funds Prior to Shipment

**Please sign and return within 5 days.
Thanks for your business

Seller: _____        Buyer: _____

                                 Name: _____
                                 Date: _____

# EXHIBIT B

11-02-'15 08:42 FROM-Oak Valley Dairy    208-436-2670    T-728  P0002/0003 F-920

# RHI

Ryan Hinton Inc.
680 Grange Lane
Twin Falls, Id 83301

Phone: 1-208-733-2928
FAX:   1-208-734-3239

Sold To: Oak Valley Dairy
         468 South 800 West
         Burley, Id 83318

# Sales Contract:

Contract No: Organic DDG
Contract Date: 10/23/2015
Our Trader: Ryan Hinton (208) 490-2189
Your Contact: Mike Aardema
Contact Phone No: (208) 280-6453
Contact E-mail: ryanhinton@q.com

Commodity: Organic Corn  DDG
Quantity:        (1000 ton)
Pricing/TON:     TON                    PRICE
                 1000                   $860.00 US

Shipment Period:   Start: 01/1/16      End: 01/1/17

| Ship Mode | Weight to Govern | Delivery Basis | Title Passes |
|-----------|------------------|----------------|--------------|
| Truck     | Origin           | Delivered      | Murtaugh, ID |

Contract Notes:
Product of Organic DDG
1000 Tons to be shipped by truck
Deposit needed prepay weekly as cars are loaded

Trade Rules to Govern: National Grain & Feed Association

Payment Terms: Collected Funds Prior to Shipment

**Please sign and return within 5 days.
Thanks for your business

Seller: _____        Buyer: _____

                                       Name: _____
                                       Date: _____

# EXHIBIT C

High Caliber # 142:142-10X

Organic Corn # 142:142-10X

5/28/2019

| Date | | Oak Valley |
|------|------|-----------|
| **Contract Tons** | | |
| 1/22/2016 | 142-106 | 23.89 |
| 1/22/2016 | 142-107 | 23.82 |
| 1/28/2016 | 142-108 | 25.83 |
| 1/29/2016 | 142-110 | 77.425 |
| 1/29/2016 | 142-111 | 90.075 |
| 2/12/2016 | 142-112 | 100.02 |
| 2/28/2017 | HC1544-2 | 24.66 |
| 2/28/2017 | HC1544-1 | 24.68 |
| | HC1544-4 | 25.46 |
| | HC1544-5 | 25.41 |
| | HC1544-6 | 25.57 |
| 3/30/2017 | HC1544-27 | 22.39 |
| 3/29/2017 | HC1544-26 | 22.58 |
| 3/29/2017 | HC1544-25 | 21.96 |
| 4/5/2017 | HC1544-32 | 24.65 |
| 4/6/2017 | HC1544-33 | 25.04 |
| 4/17/2017 | HC1544-38 | 21.98 |
| 4/13/2017 | HC1544-37 | 23.09 |
| 4/21/2017 | HC1544-46 | 21.77 |
| 4/21/2017 | HC1544-47 | 21.61 |
| 4/21/2017 | HC1544-48 | 22.52 |
| 4/19/2017 | HC1544-40 | 24.55 |
| 4/20/2017 | HC1544-41 | 24.4 |
| | | |
| | | |
| | | |
| | | |
| | | |
| | **Totals** | **743.38** |

High Caliber #143

01/01/2016-01/01/2017

## Organic Corn #143

5/28/2019

| Date | Oak Valley | | |
|------|-----------|-----------|---|
| **Contract Tons** | | | |
| 2/4/2016 | 143-001 | -24.05 | |
| 2/4/2016 | 143-002 | -24.22 | |
| 2/4/2016 | 143-003 | -23.28 | |
| 3/7/2016 | 143-051 | -104.50 | |
| 3/21/2016 | 143-054 | -104.55 | |
| 3/21/2016 | 143-055 | -103.45 | |
| 3/23/2016 | 143-053 | -101.86 | |
| 3/28/2016 | FCTX815 | -110.25 | |
| 3/28/2016 | GCCX68131 | -103.57 | |
| 3/28/2016 | GCCX68031 | -107.57 | |
| 3/28/2016 | NAHX61775 | -110.28 | |
| 3/30/2016 | UP221422 | -99.51 | |
| 4/11/2016 | CEFX12913 | -108.12 | |
| 4/11/2016 | NDYX516452 | -105.42 | |
| 4/11/2016 | UP91441 | -107.29 | |
| 4/11/2016 | FURX840339 | -104.13 | |
| 4/11/2016 | UP79765 | -95.01 | |
| 4/25/2016 | FCTX888 | -104.65 | |
| 5/2/2016 | UP79207 | -96.78 | |
| 7/19/2016 | CMO100233 | -107.98 | |
| 7/29/2016 | UP90428 | -105.14 | |
| 8/12/2016 | UP221425 | -99.71 | |
| 8/12/2016 | CMO20029 | -105.93 | |
| 8/18/2016 | NAHX100499 | -106.62 | |
| 8/18/2016 | UP95690 | -107.24 | |
| 8/29/2016 | CMO20337 | -106.54 | |
| 9/2/2016 | NCUX30530 | -106.3 | |
| 1/31/2017 | CMO222243 | -105.84 | |
| 1/31/2017 | CTRN100498 | -101.17 | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| **Total left  to fill:** | | | |
| | **Delivered** | **-2790.96** | |

Grain Millers
01/01/2016 to 01/31/2017

Organic Corn #4908

| Date | | Oak Valley |
|------|------|------|
| 10/5/2016 | 16-01187-8 | -20.89 |
| 10/7/2016 | 16-01187-12 | -25.07 |
| 10/10/2016 | 16-01187-11 | -25.41 |
| 10/11/2016 | 16-01187-9 | -21.48 |
| 12/21/2016 | 16-01368-2 | -25.69 |
| 12/27/2016 | 16-01368-22 | -25.04 |
| 1/2/2017 | 16-01398-14 | -23.48 |
| 1/2/2017 | 16-01398-13 | -25.16 |
| 1/9/2017 | 16-01398-15 | -25.12 |
| 1/31/2017 | 16-01398-16 | -24.54 |
| | | |
| | | |
| | | |
| | **Total Delivered** | **-241.88** |

Sunrise Foods #19173

Dates:  10/1/15 to 9/30/16

## ORGANIC CORN

5/28/2019

| Date | | Oak Valley |
|---|---|---|
| 1/4/2016 | 19173 | 99.9245 |
| | | |
| | | |
| | | |
| | | |
| | | |
| | **Total Delivered** | **99.9245** |

# EXHIBIT D

GRAIN MILLERS #4912
Dates: 12/01/2015 to 01/01/2017

## ORGANIC DDGS  #4912

5/28/2019

| Date | | | Oak Valley | |
|------|--|--|-----------|--|
| | | **Contract Tons** | 1000.00 | |
| 3/11/2016 | 4912-5 | | -30.47 | |
| 3/30/2016 | 4912-7 | | -30.71 | |
| 5/3/2016 | 4912-9 | | -23.34 | |
| 5/6/2016 | 4912-10 | | -25.05 | |
| 6/7/2016 | 4912-12 | | -23.3 | |
| 6/10/2016 | 4912-13 | | -24.63 | |
| 6/28/2016 | 4912-16 | | -29.62 | |
| 6/28/2016 | 4912-15 | | -23.54 | |
| 7/6/2016 | 4912-20 | | -19.39 | |
| 7/20/2016 | 4912-21 | | -33.07 | |
| 8/22/2016 | 4912-26 | | -25.06 | |
| 8/25/2016 | 4912-27 | | -24.12 | |
| 8/29/2016 | 4912-28 | | -25.7 | |
| 10/12/2016 | 4912-33 | | -22.24 | |
| 10/14/2016 | 4912-34 | | -20.38 | |
| 2/7/2017 | 4912-39 | | -20.4 | |
| 2/27/2017 | 4912-41 | | -35.81 | |
| 4/4/2017 | 4912-42 | | -31.81 | |
| 5/4/2017 | 4912-43 | | -22.07 | |
| 6/27/2017 | 4912-47 | | -24.71 | |
| 7/17/2017 | 4912-48 | | -21.66 | |
| | | | | |
| | | | | |
| | | **Remaining Totals** | **462.92** | |

# EXHIBIT E

# *Ryan Hinton, Inc.*

*Invoice*

PO Box 5985
Twin Falls, ID  83303
Phone:  (208) 733-2928  Fax:  (208) 734-3239
email: rhioffice2928@gmail.com
      ar@ryanhintoninc.com

| Date: | Invoice # |
|-------|-----------|
| 1/1/2019 | Corn Contra |

| Bill To |
|---------|
| Oak Valley Dairy<br>Mike Aardema<br>468 S 800 W<br>Burley, ID 83318 |

| Ship To |
|---------|
| Oak Valley Dairy<br>468 S 800 W<br>Burley, ID 83318 |

| Reference: | | Terms | Due Date |
|------------|---|-------|----------|
| Corn Contract | | Due on... | 1/1/2019 |

| Date | Item Code | Description/Scale Ticket | Truck | BOL | Weight /Tons | Rate | Amount |
|------|-----------|--------------------------|-------|-----|--------------|------|--------|
| 1/1/2017 | Organic ... | Oak Valley - Mike Aardema - Remaining Owed from Organic Corn Contract (6000 ton) | RHI Truck... | | 2,123.86 | 422.00 | 896,268.92 |

Thank you for your business! Please send payment within 15 days of receipt of this invoice. We will assess a finance charge of 1.5% per month on all amounts received after that time. If you have pre-paid, the current balance will reflect on your statement.

| Invoice Total: | $896,268.92 |
|----------------|-------------|
| Payments/Credits: | $0.00 |
| Balance Due: | $896,268.92 |

# EXHIBIT F

# Ryan Hinton, Inc.

*Invoice*

PO Box 5985
Twin Falls, ID  83303
Phone:  (208) 733-2928  Fax:  (208) 734-3239
email: rhioffice2928@gmail.com
     ar@ryanhintoninc.com

| Date: | Invoice # |
|-------|-----------|
| 1/1/2019 | DDG - 4912 |

| Bill To |
|---------|
| Oak Valley Dairy<br>Mike Aardema<br>468 S 800 W<br>Burley, ID 83318 |

| Ship To |
|---------|
| Oak Valley Dairy<br>468 S 800 W<br>Burley, ID 83318 |

| Reference: | Terms | Due Date |
|------------|-------|----------|
| 4912 | Due on... | 1/1/2019 |

| Date | Item Code | Description/Scale Ticket | Truck | BOL | Weight /Tons | Rate | Amount |
|------|-----------|-------------------------|-------|-----|--------------|------|--------|
| 1/1/2017 | Organic ... | DDG's - Remaining Owed from Organic DDG contract (1000 tons) | RHI Truck... | | 462.92 | 860.00 | 398,111.20 |

Thank you for your business! Please send payment within 15 days of receipt of
this invoice. We will assess a finance charge of 1.5% per month on all amounts
received after that time. If you have pre-paid, the current balance will reflect on
your statement.

| Invoice Total: | $398,111.20 |
|----------------|-------------|
| Payments/Credits: | $0.00 |
| Balance Due: | $398,111.20 |

# EXHIBIT 2

## SETTLEMENT AND RELEASE AGREEMENT

This Settlement and Release Agreement ("Agreement") is made and entered into this 12th  day of October, 2023, (Effective Date") by and between R. Sam Hopkins, Chapter 7 Trustee of the Bankruptcy Estate of Ryan Hinton, Inc., ("Plaintiff") and Oak Valley Dairy, LLC ("Defendant"). Plaintiff and Defendant may each be referred to herein separately as a Party and jointly as the Parties.

## <u>RECITALS</u>

A. **WHEREAS**, on or about July 27, 2021, Plaintiff filed a civil action against Defendant in the District Court of the Fifth Judicial District of the State of Idaho, in and for the County of Cassia, Case No. CV16-21-00683 (the "Civil Action"); and

B. **WHEREAS**, the Parties desire to bring this matter to an expeditious and mutually acceptable resolution so as to avoid the delay, uncertainty, inconvenience, and expense of litigation; and

C. **WHEREAS**, this Agreement serves to facilitate the settlement, dismissal with prejudice, and release of any and all claims which were asserted, or which could have been asserted, with respect to the facts giving rise to that certain case; and

D. **WHEREAS**, the Parties have therefore determined and decided to enter into this Agreement, in mutual consideration of the promises, covenants, and obligations set forth below.

E. **WHEREAS,** the Parties acknowledge that this Agreement shall be contingent upon receiving approval of said Agreement by the Bankruptcy Court for the District of Idaho, Case No. 19-40481-JDP (the "Bankruptcy Action").

**NOW THEREFORE** in consideration of the following terms and conditions, the Parties agree as follows:

1. <u>Recitals</u>. The Recitals are material terms of this Agreement and incorporated herein by reference.

2. <u>Settlement Payment</u>. Within ten (10) business days of written notification by the Plaintiff that this Agreement has been approved in the Bankruptcy Action, Defendant agrees to pay, and Plaintiff agrees to accept, the sum of Forty-Eight Thousand  and NO/100 Dollars ($48,000.00), for the compromise and settlement of all claims of Plaintiff arising out of or relating to the Civil Action, and which are or could have been the subject matter of the Civil Action.

3. <u>**Mutual Release**</u>. Effective upon the Parties execution of this Agreement and Defendant's satisfaction of its obligations as provided in Section 2 above, each of the Parties, on behalf of itself, themselves, and all persons or entities claiming by, through, or under them, and their respective heirs, successors and assigns, hereby fully, completely and finally waives,

releases, remises, acquits, and forever discharges and covenants not to sue any other Party with respect to any and all claims, demands, suits, obligations, debts, liabilities, torts, covenants, contracts,  or causes of action of any kind whatsoever, at law or in equity, including without limitation, from all known and unknown charges, complaints, claims, liabilities, obligations, promises, agreements, controversies, damages, actions, causes of action, suits, rights, demands, costs, losses, debts, penalties, fees, wages, expenses (including attorneys' fees and costs actually incurred) and punitive damages, of any nature whatsoever, known or unknown, which any Party has, or may have had, against any other Party, whether or not apparent or yet to be discovered, or which may hereafter develop, for any acts or omissions between the Parties.

4. **Representations, Warranties, and Covenants.** Each Party hereby represents and warrants to and covenants to the other Party that such Party (a) has read and understands this Agreement, including the release set forth herein, and has entered into it voluntarily and without coercion; (b) has been advised, and has had the opportunity, to consult with legal counsel of its choosing with respect to this Agreement and the matters contemplated hereby; (c) is entering into this Agreement based upon its own investigation and is not relying on any representations or warranties of the other Party or any other person not set forth herein; (d) has not assigned or otherwise transferred any interest in any claim which it may have against any of the other Parties; (e) acknowledges that it is entering into this Agreement with full knowledge and understanding that in exchange for the benefits to be received as described herein, it is giving up certain valuable rights that such Party may now have or may later acquire; (f) has the legal authority to enter into this Agreement and perform its obligations hereunder; and (g) has duly executed this Agreement, and such Agreement constitutes the valid and binding obligation of such Party, enforceable against it in accordance with its terms, except as such enforceability may be limited by bankruptcy or similar laws affecting creditors rights generally and general principles of equity. In addition, Plaintiff represents and warrants that there is no other person or entity that owns or holds any rights in connection with or related to the claims released in this Agreement or which were or could have been asserted in the Civil Action.

5. **Dismissal of Litigation.** Plaintiff and its counsel shall take whatever actions are necessary to ensure that the Civil Action is dismissed in its entirety, with prejudice, and without costs or fees, within fourteen (14) days of Plaintiff's receipt of the Settlement Payment. Defendant will cooperate with Plaintiff in securing the dismissal of the Civil Action as appropriate.

6. **Default**. Any Party claiming a default under this Agreement may seek any available remedy to them under the laws of Idaho, including but not limited to injunctive relief.

7. **Attorney's Fees**. As it relates to the negotiation of this Agreement, the Parties agree that each shall bear their own attorney's fees. Notwithstanding the foregoing, if default be made by either Party in keeping or performing any of the covenants, conditions or agreements herein agreed to be kept by them, and the other party is required to employ an attorney to enforce any of the covenants, conditions or agreements herein contained, then and in such event, the Party in default agrees to pay the attorney's fees together with any costs and

disbursements that may be incurred in enforcing this Agreement. If an action is filed to enforce this Agreement, the prevailing party in such action shall be entitled to recover its attorney fees and costs in addition to any other relief awarded.

8. **Additional Documents and Further Cooperation**. The Parties shall execute such other further and additional documents as may be required to carry into effect the terms and conditions of this Agreement.

9. **Time Being of the Essence**. Time is, and shall be, of the essence of each and every term and condition of this Agreement.

10. **Survival of Representations, Warranties, and Covenants; Severability**. All representations, warranties and covenants contained in this Agreement shall survive execution of this Agreement. In the event any part of this Agreement is deemed unenforceable, the remaining provisions shall remain in force, unless the unenforceable provision is material, in which case the Agreement shall be rescinded, null and void.

11. **Binding Effect**. This Agreement shall inure to the benefit of and be binding upon, the Parties and their respective heirs, representatives, administrators and assigns.

12. **Waiver**. Failure of either Party to exercise the rights upon any default of the other shall not be construed as the waiver of the right to insist upon the full performance of all the terms and conditions of this Agreement, or exercising any other rights contained in this Agreement.

13. **Choice of Law**. This Agreement will be interpreted in accordance with the laws and statutes of the State of Idaho.

14. **Representation**. The Parties have been represented by independent legal counsel of their own choosing in the negotiation of this Agreement. As a consequence, the Agreement shall not be construed against either Party.

15. **Entire Agreement**. There are no other agreements or understandings between the parties on the subject matter of this Agreement. This Agreement is the full expression of the intent of the parties and shall control.

16. **Counterparts**. This Agreement may be executed in counterparts, and each counterpart shall be deemed to be an original.

17. **No Admission**. This Agreement is intended to resolve disputes and differences of uncertain validity and shall not be construed as an admission of liability by the Defendant. This Agreement also does not constitute a concession by Plaintiff that its potential claims are not well-founded.

SETTLEMENT AND RELEASE AGREEMENT - 3

**IN WITNESS WHEREOF**, the Parties hereto have subscribed their names, the day and year of this Agreement first above written.

PLAINTIFF

_____

R. SAM HOPKINS, Chapter 7 Trustee of
the Bankruptcy Estate of Ryan Hinton, Inc.

Date:_____

DEFENDANT

OAK VALLEY DAIRY, LLC

By:____Sarah Aardema_____
(Print Name)

Its:____owner_____
(Title)

Date:____10-18-23_____

SETTLEMENT AND RELEASE AGREEMENT - 4

Scanned with CamScanner

**IN WITNESS WHEREOF**, the Parties hereto have subscribed their names, the day and year of this Agreement first above written.

PLAINTIFF

_____
R/SAM HOPKINS, Chapter 7 Trustee of
the Bankruptcy Estate of Ryan Hinton, Inc.

Date: 10/12/23

DEFENDANT

_____
OAK VALLEY DAIRY, LLC

By:_____
(Print Name)

Its:_____
(Title)

Date:_____

SETTLEMENT AND RELEASE AGREEMENT - 4