Daniel C. Green (ISB No. 3213)
Heidi Buck Morrison (ISB No. 9396)
RACINE OLSON, PLLP
P.O. Box 1391
Pocatello, Idaho 83204
Phone: (208) 232-6101
Fax: (208) 232-6109
dan@racineolson.com
heidi@racineolson.com

*Attorneys for R. Sam Hopkins*

UNITED STATES BANKRUPTCY COURT

DISTRICT OF IDAHO

| In re: | Case No. 19-40481-JDP |
|---|---|
| RYAN HINTON, INC., | (Chapter 7) |
| Debtor. | |

**STATUS UPDATE**

In response to the Status Request (Dkt. 413), R. Sam Hopkins, the Chapter 7 Trustee (the "Trustee"), by and through counsel, states and represents as follows:

1. The Trustee settled litigation with Oak Valley Dairy on behalf of Debtor in the District Court for the Fifth Judicial District of The State of Idaho.

2. The Trustee is pursuing the Debtor's claim in the pending state court action entitled *R. Sam Hopkins, Chapter 7 Trustee of the Bankruptcy Estate of Ryan Hinton, Inc. v. B&B Feed, et. al.* (Case No. CV42-19-1604, pending in the District Court of the Fifth Judicial District of the State of Idaho, in and for the County of Twin Falls). The parties' settlement discussions are ongoing, and trial is scheduled for March 11-14, 2025.

DATED this 3rd day of April, 2024.

                                            RACINE OLSON, PLLP

                                        By: /s/ Heidi Buck Morrison
                                             HEIDI BUCK MORRISON

**STATUS UPDATE** – Page 2

# **CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on the 3rd day of April, 2024, I filed the foregoing electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

Megan M Adeyemo
madeyemo@gordonrees.com
asoto@grsm.com

Romeo Kade Beorchia
kade@worstandassociates.com

Laura E Burri
lburri@morrowfischer.com
klee@morrowfischer.com

Brett R Cahoon
ustp.region18.bs.ecf@usdoj.gov

Alexandra O Caval
alex@cavallawoffice.com
R71985@notify.bestcase.com

Matthew Todd Christensen
mtc@angstman.com
mtcecf@gmail.com
govai@angstman.com
megan@angstman.com
abbie@angstman.com
ecf@angstman.com
atty_christensen@bluestylus.com
christensenmr81164@notify.bestcase.com

David A Coleman
david@crctflaw.com

Kimbell D Gourley
kgourley@idalaw.com
swibright@idalaw.com

Shannon Graham
smg@kellylawidaho.com
tls@kellylawidaho.com

James Justin May
jjm@johnsonmaylaw.com
caroline@angstman.com
abbie@angstman.com

James C Meservy
jcmeservy@wmlattys.com
dlpeterson@wmlattys.com
lmcarpenter@wmlattys.com
jmbos@wmlattys.com

Rhett Michael Miller
rhett@pmt.org

David Wayne Newman
ustp.region18.bs.ecf@usdoj.gov

Derrick J O'Neill
doneill@idalaw.com
mmills@idalaw.com

John C Peterson
johncpeterson@cableone.net

Sheila Rae Schwager
sschwager@hawleytroxell.com
dsorg@hawleytroxell.com

Thomas Daniel Smith
tsmith8206@cableone.net

Meredith Leigh Thielbahr
mthielbahr@grsm.com
ckaiser@grsm.com

US Trustee
ustp.region18.bs.ecf@usdoj.gov

| | |
|---|---|
| R Sam Hopkins<br>samhopkins@rsh7trustee.com<br>ID13@ecfcbis.com | Julie Varin<br>jvarin@grsm.com<br>tduff@grsm.com |
| R Ron Kerl<br>Ron@cooper-larsen.com<br>kelli@cooper-larsen.com<br>bobbi@cooper-larsen.com | Jeremy Vaughn<br>sks&t@idaho-law.com<br><br>Brent Russel Wilson<br>bwilson@hawleytroxell.com<br>dsorg@hawleytroxell.com |
| Peter J Kuhn<br>peter.j.kuhn@usdoj.gov | |
| David Henry Leigh<br>dleigh@rqn.com<br>swilliams@rqn.com;docket@rqn.com | |
| Jed W Manwaring<br>jmanwaring@evanskeane.com<br>jgeier@evanskeane.com | |
| Jed W. Manwaring<br>jmanwaring@evanskeane.com<br>valerie@evanskeane.com | |

AND I FURTHER CERTIFY that on such date I served the foregoing on the following non-CM/ECF Registered Participants via U.S. Mail, First-Class, postage prepaid and addressed as follows:

| | |
|---|---|
| Ryan Hinton, Inc.<br>PO Box 5985<br>Twin Falls, ID 83301 | U.S. Bank National Association dba U.S. Bank Equipment Finance<br>Givens Pursley LLP<br>c/o Amber Dina<br>601 W. Bannock St.<br>P.O. Box 2720<br>Boise, ID 83701 |
| Robert D Long<br>Jordan & Co. CPA's<br>109 N Arthur, Ste 400<br>Pocatello, ID 83204 | |
| Prime Time Auctions<br>3400 S 5th<br>Pocatello, ID 83201 | |

/s/ Heidi Buck Morrison
HEIDI BUCK MORRISON